UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LISA CALVENTE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 1:20-cv-03366 |
| **v.** ) | |
| ) | Judge John Robert Blakey |
| **SALMA GHANEM and DEPAUL** ) | |
| **UNIVERSITY,** ) | |
| ) | |
| **Defendants.** ) | |

# DEFENDANTS' STATEMENT OF FACTS
# EXHIBITS