Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
2                    EASTERN DIVISION
3
   LISA CALVENTE,                    )
4                                    )
                    Plaintiff,       )
5                                    )
           -vs-                      ) No. 20-cv-3366
6                                    )
   SALMA GHANEM and DEPAUL           )
7    UNIVERSITY,                     )
                                     )
8                   Defendants.      )
9                 The ZOOM deposition of A. GABRIEL
10    ESTEBAN, called for examination, pursuant to the
11    Federal Rules of Civil Procedure for the United
12    States District Courts pertaining to the taking
13    of depositions, taken before Suzanne Burke, a
14    Certified Shorthand Reporter in the State of
15    Illinois, at Chicago, Illinois, on February 16,
16    2021, A.D., commencing at the hour of 9:02 a.m.
17
18
19
20
21
22
23
24

Page 2

1  APPEARANCES:
2  FITZGERALD BRAMWELL LAW OFFICES
   BY: MR. FITZGERALD BRAMWELL
3  225 West Washington Street
   Suite 2200
4  Chicago, Illinois 60606
   (312) 924-2884
5  Bramwell@fitzgeraldbramwell.com,
6    appeared on behalf of the plaintiff;
7  COZEN O'CONNOR PC
   BY: MR. ANNA WERMUTH
8  123 North Wacker Drive
   Suite 1800
9  Chicago, Illinois 60606
   (312) 382-3100
10 Awermuth@cozen.com
11   -and-
12 DEPAUL UNIVERSITY
   OFFICE OF GENERAL COUNSEL
13 BY: MS. KATHRYN STIEBER
   One East Jackson Boulevard
14 Chicago, Illinois 60604,
15   appeared on behalf of the defendants.
16 ALSO PRESENT:
17 MS. LISA CALVENTE
   MS. SALMA GHANEM
18
19
20
21
22
23
24

Page 3

1          I N D E X
2  WITNESS:                    PAGE
3  A. GABRIEL ESTEBAN
4  Examination By Mr. Bramwell         4
   Examination By Mr. Bramwell (Resumed)  143
5  Examination By Ms. Wermuth       188
6        E X H I B I T S
7  DEPOSITION EXHIBIT NOS.         PAGE
8  Exhibit 1  Handbook        30
   Exhibit 2  email to President Esteban
9  from B. Boeck attaching EEO documentation 53
   Exhibit 3  email to S. Stoute from
10 A. Murphy attaching appeal information   79
   Exhibit 4  email to G. Esteban from
11 K. Stieber Due Jan 31 Calvente Appeal
   Response            85
12 Exhibit 5  letter denying appeal      82
   Exhibit 6  Appeals Committee Report    75
13 Exhibit 7  letter from A. Murphy to
   UBPT               113
14
15      CERTIFIED QUESTIONS
16        pages 84 and 88
17
18
19
20
21
22
23
24

Page 4

1              (Witness sworn.)
2        A. GABRIEL ESTEBAN,
3  called as a witness herein, having been first
4  duly sworn, was examined and testified as follows:
5              EXAMINATION
6  BY MR. BRAMWELL:
7    Q.  All right.  Can you please state and
8  spell your name for the record?
9    A.  My name is A. Gabriel, G-a-b-r-i-e-l,
10 Esteban, E-s-t-e-b-a-n.
11   Q.  Okay.  Pronounced Esteban?
12   A.  Yes.
13   Q.  Okay.  And what does the A stand for?
14   A.  Amado, A-m-a-d-o.
15   Q.  Mr. Esteban, you've just taken an oath
16 to tell the truth.  Do you understand that?
17   A.  Yes, I do.
18   Q.  Okay.  You're the president of DePaul
19 University?
20   A.  That's correct.
21   Q.  And prior to serving as president of
22 DePaul University, you were president of Seton
23 Hall University?
24   A.  That's correct.

Page 5

1    Q.  I grew up in Staten Island actually.
2    A.  Oh, okay.
3    Q.  So not too far away.
4        You've been deposed before, I take
5  it?
6    A.  No.  This is my first time.
7    Q.  You've been the president of two
8  universities, and you have never been deposed
9  before?
10   A.  Yes, that's correct.  Provost twice,
11 also.
12   Q.  Provost twice, also.  I'm impressed.
13 You have led a charmed life.
14       All right.  Well, then we'll go over
15 some ground rules.  You've just taken an oath to
16 tell the truth.  Do you understand that?
17   A.  That's correct, yes.
18   Q.  Okay.  I'm going to ask you questions
19 and you're going to give me answers that are
20 true, complete, and accurate.  Are you agreed?
21   A.  Agree.
22   Q.  Okay.  The court reporter is taking down
23 everything that we say.  Therefore, we need to
24 take care not to talk over each other.  I know

2 (Pages 2 - 5)

1 that that's normal in human interaction. We just
2 need to take particular care particularly since
3 we're doing this over Zoom just to make sure the
4 record is clean. So can we agree?
5    A. Yes.
6    Q. Okay. You need to give clear answers.
7 Because the court reporter is taking everything
8 down, words like uh-huh and uh-uh don't show up
9 well on the transcript. So if I say you need to
10 give a clear answer, I'm not trying to be a jerk.
11 I just, you know, want to make sure that the
12 court reporter characterizes it properly. Are we
13 agreed?
14    A. Yes.
15    Q. Okay. If you don't understand a
16 question, please ask me to clarify that question,
17 and I will try to do so. Can we agree on that?
18    A. Yes.
19    Q. If you answer a question, I'm going to
20 assume, and it will be assumed by everybody, that
21 you understood that question. Are we agreed?
22    A. Yes.
23    Q. Obviously counsel is here this morning.
24 Are you being represented in your personal

1 capacity or in your capacity as the president of
2 DePaul University?
3    A. In my capacity as president of DePaul
4 University.
5    Q. Okay. And, you know, counsel, may
6 choose to object this morning. Certainly if she
7 does, we'll let her get whatever objection she
8 wants on the record, but you're still going to
9 have to answer the question. Do you understand?
10    A. Yes, I understand.
11    Q. Okay. And unfortunately, my mother is a
12 wonderful human being. She has many, many
13 wonderful qualities. One of the qualities that
14 is not very good is her hearing, and that's, I
15 think, the quality I unfortunately inherited. I
16 wish I inherited more of my mother's qualities.
17 But I need to ask you to keep your voice up. Can
18 I ask you to do that, please?
19    A. Yes, you can.
20    Q. Okay. Thank you.
21       Some of the documents that you may
22 see today are marked confidential pursuant to a
23 protective order entered by the court. If you
24 receive a document marked confidential pursuant

1 to that order, do you understand that you have to
2 delete and destroy it following the deposition?
3    A. Yes, I do.
4    Q. Unless Ms. Wermuth says otherwise. As
5 you're the president, she may grant special
6 dispensation.
7       Is there anything preventing you
8 from testifying truthfully, completely, and
9 accurately here today?
10    A. No.
11    Q. Are you taking any medication or other
12 drug that affects your ability to testify
13 truthfully, completely, and accurately?
14    A. No, I'm not.
15    Q. Have you had anything alcoholic to drink
16 in the past eight hours?
17    A. No, I haven't.
18    Q. That's the wonderful thing about taking
19 a 9:00 a.m. dep, the answer is always -- I have
20 yet to get a yes answer to that question, but I
21 ask it anyway.
22       Are you feeling sick at all today?
23    A. No, I'm not.
24    Q. What did you do to prepare for today's

1 deposition?
2    MS. WERMUTH: I'm sorry, what was the
3 question?
4    MR. BRAMWELL: Sure.
5 BY MR. BRAMWELL:
6    Q. What did you do to prepare for today's
7 deposition?
8    A. I read the interrogatories sent and just
9 another document that -- and I met with my
10 counsel.
11    Q. Have all the documents that you reviewed
12 been produced in discovery?
13    A. Yes, they have.
14    Q. Okay. Have you spoken with anyone at
15 DePaul about your testimony? I'm sorry. Okay.
16 Sorry feedback.
17       Have you spoken with anyone at
18 DePaul about your testimony or about
19 Dr. Calvente's lawsuit?
20    A. Only my legal counsels.
21    Q. Okay. So by your legal counsels, you
22 mean in-house counsel and outside counsel?
23    A. That's correct.
24    Q. And, I'm sorry, sir, I love that you

3 (Pages 6 - 9)

Page 10

1　have a very calm demeanor, but could you please
2　keep your voice up.
3　　　A. Okay.
4　　　Q. I've got my volume up as high as it can
5　go. I just need some help.
6　　　A. Okay.
7　　　Q. Thank you.
8　　　　　So you haven't spoken with Salma
9　Ghanem about this litigation?
10　　　A. No, I haven't. I mean, just that I told
11　her that I was being -- both of us were being
12　deposed.
13　　　Q. Okay.
14　　　A. That's the extent of it.
15　　　Q. When did you have that conversation with
16　her?
17　　　A. I had my weekly meeting with her
18　yesterday, and she asked me about my schedule for
19　today.
20　　　Q. Okay. And this is a question that has
21　been bugging me for a little while. How do you
22　pronounce Dr. Ghanem's last the name?
23　　　A. I pronounce it as Ghanem.
24　　　Q. Ghanem. Okay.

Page 11

1　　　A. Yeah.
2　　　Q. Has anybody promised you anything for
3　your testimony here today?
4　　　A. No, no one has.
5　　　Q. Have you spoken to anyone at the College
6　of Communication about your testimony?
7　　　A. No, I haven't.
8　　　Q. What about Dr. Calvente's lawsuit?
9　　　A. No, I haven't.
10　　　Q. Okay. Where did you go to undergrad?
11　　　A. University of the Philippines.
12　　　Q. And when did you graduate?
13　　　A. 1981.
14　　　Q. And then what degree did you receive?
15　　　A. Bachelor's of science and mathematics.
16　　　Q. All right. And did you do any graduate
17　work?
18　　　A. Yes. I have three graduate degrees.
19　　　Q. All right. Where are those graduate
20　degrees from, what are they in, and when did you
21　earn them?
22　　　A. My MBA was from the University of the
23　Philippines. I got that in 1983. I have a
24　bachelor's of science -- master's of science in

Page 12

1　Japanese business studies from Chaminade
2　University of Honolulu, and I earned that in
3　1986. And I have a PhD in administration, focus
4　on marketing from the University of California
5　Irvine, and I earned that in 1993.
6　　　Q. Thank you.
7　　　　　When did you enter the academy?
8　　　A. In the U.S.? Is that what you mean?
9　　　Q. Thank you for clarifying. When did you
10　enter the academy, I guess, initially?
11　　　A. I was a lecturer at my alma mater
12　University of the Philippines from 1983 to 1985.
13　　　Q. Okay. And what did you do after that?
14　　　A. Got my second master's degree.
15　　　Q. Okay. And you earned that in 1986?
16　　　A. Yes.
17　　　Q. And what did you do after you earned
18　your second master's?
19　　　A. I worked in the private sector.
20　　　Q. Okay. Doing what?
21　　　A. I was an investment analyst in corporate
22　planning.
23　　　Q. For whom?
24　　　A. Summit Hill Corporation.

Page 13

1　　　Q. And you were there from when to when?
2　　　A. '87, January '87, I believe is when I
3　started, to '88.
4　　　Q. Okay. And what did you do after that?
5　　　A. Started my PhD program.
6　　　Q. Okay. At UC Irvine?
7　　　A. UC Irvine.
8　　　Q. Okay. And you went straight through?
9　　　A. Yes.
10　　　Q. '88 to '93 full time?
11　　　A. '88 to '92.
12　　　Q. Okay.
13　　　A. Then I left ABD, all but dissertation,
14　and started my first teaching job at the
15　University of Houston Victoria.
16　　　Q. Okay. How long were you at University
17　of Houston?
18　　　A. Four years, '92 to '96.
19　　　Q. What titles did you hold there?
20　　　A. I was an assistant professor initially,
21　visiting assistant professor, because I was ABD,
22　assistant professor; and then I was made
23　part-time half-time institutional research and
24　planning officer.

4 (Pages 10 - 13)

Page 14

1    Q.  Okay.  And you left in '96?
2    A.  '96.
3    Q.  Okay.  And then where did you go?
4    A.  Arkansas Tech University.
5    Q.  All right.  What were you doing there?
6    A.  I was made associate vice president for
7  academic affairs, and I oversaw institutional
8  research and planning.  And I was an associate
9  professor in marketing.
10    Q.  Were your responsibilities there more
11  administrative or more teaching or a mix of both?
12    A.  Primarily administrative.  It was
13  full-time administrative.
14    Q.  Okay.  Is that your phone buzzing?
15    A.  No, it's not.
16    Q.  How long were you at Arkansas Tech?
17    A.  From 1996 to 2001.
18    Q.  Okay.  And then where did you go?
19    A.  I went to the University of Central
20  Arkansas.
21    Q.  Okay.  And how long were you there?
22    A.  From 2001 to 2007.
23    Q.  And what were you doing there?
24    A.  I started as dean of the College of

Page 15

1  Business, and I was a professor of marketing.
2  Then in February, I believe, 2011 I was named
3  provost.
4    Q.  And you were provost from '03 to '07?
5    A.  That's correct.
6    Q.  And then where did you go?
7    A.  From there I went to Seton Hall
8  University.
9    Q.  Okay.  And how long were you at Seton
10  Hall?
11    A.  I started as provost in 2007.  Became
12  interim president July 1st, 2010, president
13  January 2011; and I was there until 2017.
14    Q.  Okay.  And then you came to DePaul?
15    A.  I came to DePaul.
16    Q.  And I assume, but I could be incorrect,
17  your responsibilities at the University of
18  Arkansas were primarily administrative?
19    A.  University of Central Arkansas, that's
20  correct.
21    Q.  I'm sorry.  And then Seton Hall
22  University, again, all administrative?
23    A.  Primarily administrative.
24    Q.  What else were you doing?

Page 16

1    A.  I taught a class, and I was scheduled to
2  teach another class.
3    Q.  All right.  How does Seton Hall compare
4  to DePaul?
5        MS. WERMUTH:  I'm sorry, just very
6  quickly objection, vague, relevance.
7            Go ahead, you can answer.
8  BY MR. BRAMWELL:
9    Q.  You can answer.
10    A.  Yeah.  On what basis do I compare them?
11    Q.  Okay.  So -- and forgive me, I don't
12  have your background in administration.  You
13  know, there are research universities and
14  different gradations of research universities,
15  there are teaching universities.  There are, I
16  imagine, other types of universities.
17            You know, I understand DePaul is a
18  teaching -- I'm sorry, yeah, it's a teaching
19  university, right?
20    A.  We're considered a doctoral institution,
21  but the primary focus is still teaching.
22    Q.  Okay.
23    A.  And it's similar to Seton Hall in that
24  manner.

Page 17

1    Q.  What are the ranking and tiers of Seton
2  Hall and DePaul?
3        MS. WERMUTH:  Objection.
4  BY THE WITNESS:
5    A.  Can you clarify rankings?
6  BY MR. BRAMWELL:
7    Q.  Actually strike that, strike that.
8            Was DePaul a step up from Seton Hall
9  in your -- to your way of thinking?
10        MS. WERMUTH:  Objection, vague,
11  relevance.
12  BY MR. BRAMWELL:
13    Q.  You can answer.
14        MS. WERMUTH:  Go ahead.
15  BY THE WITNESS:
16    A.  Okay.  In terms of size, DePaul is
17  larger.
18  BY MR. BRAMWELL:
19    Q.  Okay.
20    A.  Seton Hall was -- when I was there, we
21  decided to open a medical school.  So -- and it's
22  since opened.  So in terms of programs, Seton
23  Hall had a number of programs in the health and
24  medical sciences which DePaul does not have.  So

5 (Pages 14 - 17)

Page 18

1 in terms of scope of programs, they had slightly
2 wider because they were in the health sciences,
3 health medical sciences. But size-wise DePaul
4 was larger.
5    Q.  What drew you to DePaul?
6    A.  The mission.
7    Q.  What about the mission?
8    A.  It resonated with both me and my wife
9 who we serve. I looked at the percentage of
10 students who are eligible, percentage of students
11 who are first in their family to go to college,
12 and those are things that are important to me and
13 my wife. The basis for the founding of DePaul.
14 They were founded to serve immigrants who at that
15 time had no educational options, so that was both
16 very attractive to me and my wife. The size had
17 nothing to do with the institution.
18    Q.  And remind me -- I'm sorry, I cut you
19 off. I'm terribly sorry. Were you finished?
20    A.  No problem.
21    Q.  Were you finished with your answer?
22    A.  Yes.
23    Q.  Remind me, is Seton Hall public or
24 private?

Page 19

1    A.  It's a private institution.
2    Q.  Okay. What drew you to the academy?
3    A.  I never thought I'd end up in academy.
4 But once I started to teach, my first teaching
5 job was at a teaching university, and I really
6 enjoyed being able to mentor the students. And
7 my students were primarily -- a large segment
8 were nontraditional students.
9        University of Houston Victoria is
10 very different from most institutions, at least,
11 when I taught there. So they attracted more of
12 an adult population. So that was very
13 attractive. I mean, yeah, I was planning to
14 naturally stay a few years, then move back to the
15 private sector, but I got hooked after the first
16 teaching job.
17    Q.  Now, teaching, though, is very different
18 than administration; would you agree?
19    A.  To some degree, yes, it is different, in
20 that you interact primarily with the students.
21 As an administrator, at least, early on, I used
22 to teach a class or two a year.
23    Q.  So then what drew you to administration?
24    A.  I was asked to serve. I mean, I did not

Page 20

1 volunteer. The provost at my first teaching job
2 asked me to serve in an administrative role. And
3 he became my mentor, one of my mentors, moving
4 on. So he offered me possibility to become an
5 administrator, and that was a difficult call on
6 my piece, on my part.
7    Q.  Why was it difficult?
8    A.  Because I really enjoyed teaching.
9    Q.  Do you still teach now?
10    A.  No. My schedule doesn't allow me. It's
11 very challenging.
12    Q.  I can imagine.
13        So is it fair to say that you've
14 seen a lot in your -- what, have you been in the
15 academy since '92, so that's almost what, '92,
16 2002, almost 30 years in academy. Is it fair to
17 say you've seen a lot?
18        MS. WERMUTH:  Objection, vague.
19        You can answer.
20 BY MR. BRAMWELL:
21    Q.  You can answer.
22    A.  Yes, I've been at different
23 institutions. I've seen a lot.
24    Q.  And you've been at DePaul for what,

Page 21

1 almost four years now?
2    A.  Yes, this is my fourth year.
3    Q.  Does the academic culture at DePaul vary
4 widely from the academic culture at your prior
5 institutions?
6        MS. WERMUTH:  Objection, vague,
7 relevance.
8 BY MR. BRAMWELL:
9    Q.  You can answer.
10    A.  How would you define academic culture?
11    Q.  Yeah. So the way that professors
12 interact with each other, the way that students
13 and professors interact, the way that tenured
14 professors interact with untenured tenure-track
15 professors, yeah.
16        MS. WERMUTH:  Let me just -- I'm going
17 to reassert my objections as to vague and
18 relevance.
19        You can proceed.
20 BY MR. BRAMWELL:
21    Q.  You can answer.
22    A.  Yeah, every institution I've been at has
23 its own culture, whether it's solely academic or
24 culture of the institution. Sometimes it's

6 (Pages 18 - 21)

Page 22

1  difficult to discern. And that's true with the
2  publics. I've been at three public universities,
3  and this is my second private.
4        So is it different from other
5  institutions I've served at? Yes, but so was
6  Seton Hall's culture different from Central
7  Arkansas or Arkansas Tech or University of
8  Houston Victoria.
9    Q. Well, let's ask it this way. Would you
10 agree that the academy is generally -- and I know
11 I'm going to draw the objection, but we'll just
12 have to live with it.
13        Would you agree that the academy is
14 generally hierarchical?
15     MS. WERMUTH: Objection, vague and
16 relevance.
17        Go ahead.
18 BY THE WITNESS:
19    A. What do you mean at DePaul or other
20 institutions?
21 BY MR. BRAMWELL:
22    Q. Both.
23    A. At DePaul, it's probably the least
24 hierarchal I've seen.

Page 23

1    Q. Okay. So it may be the least
2  hierarchical. Is it still hierarchical, or does
3  that not matter?
4     MS. WERMUTH: Objection, vague,
5  relevance.
6        Go ahead.
7  BY MR. BRAMWELL:
8    Q. You can answer.
9    A. I mean, it's just a matter of shades of
10 gray in my opinion. I mean, does it matter? My
11 role is to understand the culture of each place
12 and try to adopt the decision making to the
13 culture of that place.
14     MR. BRAMWELL: And, Ms. Wermuth, do you
15 want to just lodge a general objection on vague
16 and relevance on this line of questioning? It
17 will save us some time.
18     MS. WERMUTH: I don't know, because I
19 don't know exactly where you're going.
20     MR. BRAMWELL: Okay.
21 BY MR. BRAMWELL:
22    Q. Mr. Esteban -- I guess I should call you
23 Dr. Esteban.
24    A. It's all right.

Page 24

1    Q. Anyway, you said shades of gray. I
2  guess the question is -- well, maybe I'll ask you
3  this -- maybe I'll ask the question this way. If
4  you were mentoring an untenured, but tenure-track
5  faculty member who was just entering the academy,
6  how would you advise her to comport herself?
7     MS. WERMUTH: Objection, vague,
8  relevance. It's sort of a speculative
9  hypothetical.
10        If you can answer, go ahead.
11 BY MR. BRAMWELL:
12    Q. You can answer.
13        And, Ms. Wermuth -- the question --
14 the advice if you can answer is --
15     MS. WERMUTH: I'm sorry, go ahead and
16 proceed.
17     MR. BRAMWELL: Do not coach the witness.
18 BY THE WITNESS:
19    A. Yeah. I would speak from my experience
20 at my first teaching job, because I'm very
21 familiar with that. I was more familiar. It was
22 very -- I'd say you look at local guidelines of
23 your department or college, so to speak, in terms
24 of what the requirements are for promotion and

Page 25

1  tenure, make sure you understand them.
2        And my philosophy has always been to
3  look at what's minimally expected and exceed it
4  by a very wide margin. So there's no question as
5  to your -- when your time comes up for promotion
6  and tenure.
7  BY MR. BRAMWELL:
8    Q. And DePaul, the criteria is a degree of
9  proficiency in three categories; teaching,
10 research, and service, correct?
11    A. That's correct.
12    Q. Okay. How would you advise an
13 untenured, but tenure-track faculty member with
14 respect to interacting with her colleagues, her
15 tenured colleagues?
16     MS. WERMUTH: Objection, vague,
17 relevance, incomplete hypothetical.
18 BY MR. BRAMWELL:
19    Q. You can answer.
20    A. They're her colleagues, so you treat
21 them like -- when they're colleagues, they're
22 your coworkers. So I expect you to be able to
23 find ways to work together as colleagues.
24    Q. Would you expect the untenured

7 (Pages 22 - 25)

Page 26

1 tenure-track faculty member demonstrate a degree
2 of deference?
3        MS. WERMUTH:  Object, vague, relevance,
4 incomplete hypothetical.
5 BY MR. BRAMWELL:
6    Q.  You can answer.
7    A.  How would you define deference?
8    Q.  I'm pulling out my handy dictionary,
9 because it's just easiest for me.
10        Deference, yielding an opinion,
11 judgment, or wishes, courteous regard or respect.
12        And that's the definition by
13 Webster's New World College Dictionary, Fourth
14 Edition.
15    A.  So I would expect being courteous, a
16 certain amount of respect, but it has to go both
17 ways as well.
18    Q.  Would you expect the -- you asked me how
19 I would define deference.  Do you have a
20 different definition of deference?
21    A.  No.  That, courteous and respect, but it
22 has to go both ways, as a new faculty member and
23 as a senior faculty member.
24    Q.  How did you come to DePaul?

Page 27

1        MS. WERMUTH:  Objection, vague.
2        Go ahead.
3 BY MR. BRAMWELL:
4    Q.  You can answer.
5    A.  What do you mean how did I come to
6 DePaul?
7    Q.  Yeah.  Sure.  So you came to DePaul in
8 2017.  You know, how, why?  Why leave Seton Hall?
9 Why come to DePaul?
10    A.  I was approached about it.  I had -- at
11 that point I had no intention of leaving my -- of
12 Seton Hall.  But I was approached by the search
13 firm about it.
14    Q.  Okay.
15    A.  And I was asked to consider.
16    Q.  So, sorry, I can't speak, tongue-tied.
17 Only one cup of coffee this morning.
18        A headhunter contacted you and said,
19 hey, are you interested?
20    A.  Yeah, yeah.  And, also, I knew Father
21 Dennis, because we were in the big east together.
22    Q.  Dennis Holtschneider?
23    A.  Yes.
24    Q.  He seems like a decent guy.

Page 28

1    A.  Yes, he is.
2    Q.  All right.  I have emailed both you and
3 Ms. Wermuth about ten minutes before we started a
4 copy of Exhibit No. 1.  Have you received that?
5    A.  It popped up on my inbox shortly before
6 I came on.
7    Q.  All right.  Fantastic.  Can you please
8 open that up.
9    A.  I won't be able to see anyone.  I have
10 one screen.
11    Q.  You need to go work at Cozen O'Connor.
12 Apparently they get two.
13        Let the record reflect I'm smiling
14 as I thought I was telling a joke and being
15 funny.
16    A.  I have it open.
17    Q.  That document is the DePaul faculty
18 handbook from 2018, 103 pages.  Will you agree
19 that this is the DePaul faculty handbook from
20 2018, or do you want to review the entire thing?
21    A.  Yeah, just skimming through it, I agree.
22    Q.  Okay.  Excellent.
23        Now, when did you start at DePaul?
24    A.  2017.

Page 29

1    Q.  Okay.
2    A.  July 1st, 2017.
3    Q.  All right.  So did you have any input in
4 creating this version of the faculty handbook?
5    A.  This is handled out of the provost's
6 office.
7    Q.  Okay.  So the answer is no?
8        MS. WERMUTH:  I'm sorry, go ahead.
9 BY MR. BRAMWELL:
10    Q.  So the answer is no?
11    A.  I may have talked to the provost at the
12 time.  He would have informed me that they're
13 doing or making revisions to the faculty guide,
14 but that would be the extent of it.
15    Q.  And that was Martin Den Boer at the
16 time?
17    A.  Yes, that's correct.
18        MS. WERMUTH:  Excuse me, Mr. Bramwell,
19 can I just -- for the record, I don't see any
20 Bates labeling on this version, so I just want
21 to -- want the record to reflect that Exhibit 1
22 doesn't appear that it was produced by either
23 party.  I just am stating that for the record.
24        MR. BRAMWELL:  All right.  You know what

8 (Pages 26 - 29)

1  we can do, Ms. Wermuth, because you're right.  I
2  guess we should have something maybe a little bit
3  cleaner.
4          So let's replace that Exhibit 1 with
5  this replaced Exhibit 1.  Let me make sure I got
6  the court reporter's email address on here.
7          (Document marked as Esteban Deposition
8  Exhibit 1 for identification.)
9          MR. BRAMWELL:  All right.  That should
10  be on its way.  And this copy, Ms. Wermuth, and
11  thank you, is the copy that was attached to our
12  complaint, and so it has the docket on there.
13  This has the docket number on it.  So although it
14  was not produced by any party, it's part of the
15  record, and maybe that's a better way to do this.
16  Because, Ms. Wermuth, you did admit in your
17  answer that the document that I'm now replacing
18  is a copy of the handbook.
19          MS. WERMUTH:  Yeah.  I just don't yet
20  have the email.
21          MR. BRAMWELL:  The internet is slow
22  today.
23          MS. WERMUTH:  Gabe, do you have the
24  new --

1          THE WITNESS:  No, I don't.
2          It just popped in.
3          MR. BRAMWELL:  All right.
4          MS. WERMUTH:  I still don't have it.
5          MR. BRAMWELL:  Well, is it all right if
6  I can proceed with my questioning, because it's
7  -- well, or do you want to wait?
8          MS. WERMUTH:  Well, I'm not sure why
9  Gabe has it and I don't.
10          Ah, now it's here.  Here we go.
11          MR. BRAMWELL:  Okay.  That's fine.
12  BY MR. BRAMWELL:
13      Q.  Dr. Esteban, you said you were familiar
14  with this document, right?
15      A.  Yes, I have seen it.
16      Q.  Okay.  Are you -- and you said you've
17  seen it.  Are you familiar with it?
18      A.  I've read the relevant parts for today.
19      Q.  Well, since I haven't asked any
20  questions about it, I don't know what's relevant
21  for today.  What parts are you familiar?
22      A.  I read the rank and tenure and the
23  appeals section.
24      Q.  So Chapter 3 and Chapter 5?

1      A.  Let me just make sure.
2          Yes.
3      Q.  Okay.  You're not familiar with the
4  other chapters in the handbook?
5      A.  I read the document my first year here.
6      Q.  Okay.  And haven't had occasion
7  otherwise to pick it up?
8      A.  No, no.  Academic is the provost's
9  responsibility.
10      Q.  What are the responsibilities of the
11  president at DePaul?
12      A.  Oversight of the entire institution,
13  that includes everything from academics,
14  financial, fundraising, external relations,
15  athletics.  Every part of the institution
16  basically.
17      Q.  On each of those areas, approximately
18  how much time do you -- that's a horrible
19  question.  Let me try it again.
20          Approximately how much of your time
21  do you spend on each of those areas?
22      A.  There's no set time.  It depends on the
23  specific time of year, date, for example.  I
24  spend a lot of time traveling for alumni events

1  to meet donors among others.  So that may be --
2  depending on the month, it may be 50, 60 percent
3  of my time.
4          So a lot of it is external versus
5  internal.
6      Q.  How much work do you do supervising the
7  various colleges and involving yourself in the
8  academics?
9      A.  The colleges and schools are under the
10  provost.  And as president, I meet with the
11  provost on a weekly basis, but it's not to talk
12  about specific details, typically about the
13  college.  But more general topics that apply to
14  the academia in general.
15      Q.  Such as what?
16      A.  For example, we're looking at adding new
17  programs, so that would require some investments
18  or the allocation of existing resources.  So I
19  talk to her about those topics.
20          When we created a new school of
21  diplomacy, that involved -- by diplomacy, that
22  involved discussions with that provost, Martin
23  Den Boer.  So those tend to be the types of
24  discussions, budgets in general for the academic

Page 34

1  side.
2      Q.  So your -- sorry, were you finished with
3  your answer?
4      A.  Yeah.  I mean, it was more that.  If it
5  gets into the college level, we may have a
6  discussion about a dean who is up for renewal of
7  contract, for example.  But typically that would
8  be the extent of how deep I go into discussions
9  of colleges or schools.
10     Q.  Okay.  You generally don't involve
11  yourself in tenure decisions?
12     A.  I wait until the process plays out.
13  That if there's going to be an appeal, then I get
14  involved.
15     Q.  Okay.  Only when there's an appeal?
16     A.  Typically, yes.
17     Q.  Okay.  You said typically, yes.  Are
18  there instances where you involve yourself where
19  there's not an appeal?
20     A.  No, I haven't at DePaul.
21     Q.  Have you at other institutions?
22     A.  Yes, as provost.
23     Q.  Okay.  Not as president?
24     A.  Not as president.

Page 35

1      Q.  If DePaul wants to terminate a
2  tenure-tract, but untenured faculty member, how
3  do they do that?
4          MS. WERMUTH:  Objection, vague.
5          Go ahead.
6  BY MR. BRAMWELL:
7      Q.  You can answer.
8      A.  There's a process laid out in the
9  handbook, and that determination is done by the
10  provost working with the dean and faculty in the
11  college.
12     Q.  When did Dr. Ghanem become -- I'm sorry,
13  I did it again.  I should probably look at you
14  instead of my documents.  It might help me.
15  Please continue your answer.
16     A.  Oh, no, I'm done.  You were saying?
17     Q.  Yeah.  When did Dr. Ghanem become
18  provost?
19     A.  She became acting provost in October of
20  2018.
21     Q.  Okay.  And then is she now provost
22  provost or is she still acting or interim?
23     A.  She's interim provost.
24     Q.  Okay.  So she's interim provost.  So

Page 36

1  it's acting provost, then interim provost and
2  then --
3      A.  And then, yeah, we're in process doing a
4  review of her as interim provost.
5      Q.  Okay.  Is there a search committee to
6  find a full-time provost right now?
7      A.  We're not doing a search.  We're doing a
8  review.
9      Q.  Okay.  And so the -- all right.  So I
10  asked you about terminating an untenured, but
11  tenure-track faculty member.  And if I understand
12  your testimony correctly, follow the process in
13  the handbook; is that right?
14     A.  Yeah, whatever the process.  I'm not
15  involved in that process.
16     Q.  Okay.  You're not involved in the
17  process at all?
18     A.  No.
19     Q.  Or you're not involved in the process
20  until the end?
21     A.  I have not yet received anything of an
22  appeal of an untenured faculty member unless
23  they've gone through the process, the whole
24  process.  But if you're talking about a

Page 37

1  probationary faculty member, two, three years,
2  four years in who has been terminated, I haven't
3  been involved in that process at DePaul.
4      Q.  Okay.  So I think that -- and I'm glad
5  you mentioned that, because I think now we might
6  be talking about two different things.  So I'd
7  like to now get a common vocabulary.
8          So obviously you have an untenured
9  faculty member who goes through the probationary
10  period, right?
11     A.  Uh-huh.
12     Q.  And they have two or three reviews; is
13  that correct, generally?
14     A.  Yeah, there's a review depending on -- I
15  think it depends on the college the number of
16  times they're reviewed.
17     Q.  Right.  And they could be nonrenewed at
18  various points before they go up for tenure?
19     A.  Yes, I believe that can be done.
20     Q.  Okay.  And you are not involved in any
21  of those nonrenewals unless there's an appeal; is
22  that right?
23     A.  Yes.  And even that, I'll have to look
24  at the handbook.  I'm not sure how you appeal.

10 (Pages 34 - 37)

Page 38

1    If you're -- let's say after two years, if the
2    determination is made not to renew you, not sure
3    what the appeal process is for that nonrenewal,
4    because that's done at the local level.
5        Q.  But you have not been involved in any
6    appeal -- or rather strike that.  Let's start
7    again.
8            No appeal has come to your desk for
9    a nonrenewal; is that correct?
10       A.  At that level, that's correct.
11       Q.  Okay.  And then you have people that go
12   up for tenure, right?
13       A.  That's correct.
14       Q.  And they go to -- they have their
15   college vote, and then there's the UBPT, and then
16   the provost makes a decision and then they can
17   appeal to you, right?
18       A.  Yes, there's more.  I mean, the dean.
19   You also have the personnel committee weighs in.
20       Q.  Okay.
21       A.  So you go through that whole process
22   that's spelled out in the handbook, and then it
23   comes to me.
24       Q.  All right.  So when I talk about

Page 39

1    terminating an untenured faculty, so we're
2    talking about -- or when I talk about terminating
3    an untenured tenure-line faculty, so you and I
4    have the same vocabulary, I'm talking about
5    terminating somebody who is going up for tenure
6    as opposed to somebody who is nonrenewed.  Can we
7    agree on that vocabulary?
8        A.  Yes.
9        Q.  Okay.  So terminating an untenured
10   faculty -- terminating an untenured tenure-line
11   faculty, I mean, it's not an easy thing to do; is
12   it?
13           MS. WERMUTH:  Objection, vague.
14           MR. BRAMWELL:  Actually you're right.
15           MS. WERMUTH:  Argumentative.
16           MR. BRAMWELL:  It's not argumentative,
17   but let's just strike.
18   BY MR. BRAMWELL:
19       Q.  All right.  To sum it up, the process
20   for terminating somebody or the process for
21   denying somebody tenure is spelled out in the
22   handbook, and you're familiar with that process?
23       A.  That's correct.
24       Q.  Can you just give me your understanding

Page 40

1    of that process?
2        A.  It starts at the local level whether it
3    be department or college.  You have tenured
4    faculty who make a -- they make an assessment.
5            Let me go back.  You have the
6    personnel committee which starts off.  They make
7    an assessment.  That goes to a college committee
8    that goes to the dean.  All of them make
9    independent assessments of the dossier of the
10   faculty member.  And from the dean, it goes
11   through the University promotion and tenure
12   committee and it goes to the provost at that
13   point.
14       Q.  Okay.  And then what happens?
15       A.  Then the provost makes a recommendation.
16       Q.  Provost makes a recommendation or a
17   decision?
18       A.  Makes a decision.
19       Q.  Okay.  And if the faculty member is
20   denied, then what happens?
21       A.  If the faculty member is denied tenure
22   or promotion, they can appeal.
23       Q.  Okay.  And what's that look like?
24       A.  They file an appeal to the faculty

Page 41

1    appeals board.
2        Q.  Okay.  And then what happens?
3        A.  Appeals board reviews the portfolio and
4    makes a determination based on the criteria
5    spelled out in the faculty handbook.
6            MR. BRAMWELL:  I'm sorry, there was a
7    bit of a hiccup.
8            Can I ask the court reporter to read
9    back that answer.
10           (Whereupon, the answer was read.)
11   BY MR. BRAMWELL:
12       Q.  Okay.  And after the appeals committee
13   makes their determination, then what happens?
14       A.  It comes to me.
15       Q.  Okay.  And you make a decision?
16       A.  I make a decision.
17       Q.  Okay.  Now, first of all, why don't you
18   have a Linkedin profile?
19           MS. WERMUTH:  Objection, relevance.
20   BY MR. BRAMWELL:
21       Q.  You can answer.
22       A.  Too many people wanted to link in with
23   me.  Don't have time to -- same reason I don't
24   have Facebook.  I have no time to.

11 (Pages 38 - 41)

Page 42

1    Q.  Fair enough.
2         So you were at University of Houston
3    from '92 to '96.  Were you tenured there?
4    A.  No.  That was four years.
5    Q.  When you became associate VP of academic
6    affairs at Arkansas, were you tenured there?
7    A.  Yes, I was.
8    Q.  In which college were you tenured?
9    A.  The College of Business.
10   Q.  Did you vote on tenure cases?
11   A.  As associate VP, no, I did not.  I
12   evaluated files.
13   Q.  Okay.  What do you mean you evaluated
14   files?
15   A.  The provost asked me to evaluate
16   promotion and tenure files.
17   Q.  Okay.  Have you ever as a faculty member
18   voted on somebody's application for tenure?
19   A.  As a faculty member?
20   Q.  As a faculty member.
21   A.  No, I did not.
22   Q.  So never in your career as a faculty
23   member have you voted on somebody's application
24   for tenure?

Page 43

1    A.  No.
2    Q.  All right.  Now, do you know Lisa
3    Calvente?
4    A.  I may have met her on campus or one of
5    the many meet and greets we have across campus,
6    even in faculty council meetings.
7    Q.  But you're not sure whether you've met
8    her?
9    A.  No.  I'll have to see her photo to jog
10   my memory.
11      MR. BRAMWELL:  Dr. Calvente, do you want
12   to turn on your video.
13        All right.  Thanks.  You can turn
14   off your video.
15   Q.  Has that jogged your memory?
16   A.  No, I do not believe I met her recently.
17   Q.  You said you do not believe you met her
18   recently.  Did you --
19   A.  Yeah, I mean my first year here, I
20   probably met -- between alumni, faculty, staff,
21   because I went to all colleges and all schools
22   and the entire institution, I probably met, and I
23   use that term loosely in a way, I met about, at
24   least, a thousand different individuals.  And

Page 44

1    unless I see someone on a regular basis like
2    faculty leadership and so on, it's hard for me to
3    put a name with a face.  It's challenging.
4    Q.  I understand.  What do you know about
5    Dr. Calvente?
6    A.  What I know is based on what was in her
7    -- she had a CV, a short one, which was in her
8    file.  So I familiarized myself when I looked at
9    her appeal.
10   Q.  I'm sending -- I'm getting ready to
11   send.
12        All right.  Did you know that
13   Dr. Calvente complained about discrimination at
14   DePaul?
15   A.  Can you repeat that?  You were kind of
16   garbled.
17   Q.  I'm sorry about that.  Sure.  Did you
18   know that Dr. Calvente complained about
19   discrimination at DePaul?
20   A.  I became aware of it.  Can you give me a
21   timeline?
22   Q.  When did you become aware of it?
23   A.  When she filed a complaint.
24   Q.  So you became aware when she filed a

Page 45

1    complaint?
2    A.  Yes.  I think there was an EEO
3    complaint.
4    Q.  Okay.  So would that have been in the
5    fall of 2018?
6    A.  I don't recall.  I'd have to look.
7    Q.  Okay.  But you were aware -- you became
8    aware that Dr. Calvente complained about
9    discrimination at or around the time she filed
10   her EEO complaint?
11   A.  That's correct.
12   Q.  How did you become aware of that EEO
13   complaint?
14   A.  I meet monthly with my Office of General
15   Counsel.
16   Q.  Are you then made aware of all EEO
17   complaints filed by all faculty members?
18      MS. WERMUTH:  I'm objecting based
19   on the vague nature of the question.
20   BY MR. BRAMWELL:
21   Q.  You can answer.
22   A.  If my OGC makes -- Office of General
23   Counsel makes aware, then, yes.
24   Q.  Okay.  I'm trying to formulate this

12 (Pages 42 - 45)

Page 46

1  question, so I don't get an objection on
2  privilege grounds. But let me ask it this way.
3       So what do you recall about
4  Dr. Calvente's EEO complaint?
5       A. Typically when I get -- when I'm told
6  about an EEO complaint, I just get the name of
7  the individual filing the complaint.
8       MS. WERMUTH: And I will just caution
9  you, Gabe, to avoid any conversations or specific
10  information relayed to you from the general
11  counsel's office about any legal matters. Okay.
12       THE WITNESS: Okay.
13       MR. BRAMWELL: I hope you appreciate
14  that I am trying very hard to ask the questions
15  to not elicit that information.
16       MS. WERMUTH: Right, I did not object to
17  your question. But the answer suggested to me
18  that Gabe is struggling with answering it without
19  going into that territory.
20       And I just want you to understand,
21  Gabe, that those are privileged conversations.
22  And so you should not reveal that information,
23  okay? Thank you.
24       THE WITNESS: Uh-huh.

Page 47

1  BY MR. BRAMWELL:
2       Q. How do you react when you find out a
3  faculty member has filed an EEO complaint?
4       MS. WERMUTH: Objection, vague, calls
5  for speculation. And it's vague on a variety of
6  levels.
7       But go ahead.
8  BY MR. BRAMWELL:
9       Q. You can answer.
10       A. When you say react, are you talking
11  about the personal reaction or a --
12       Q. Both a personal and a professional
13  reaction.
14       MS. WERMUTH: Objection, vague,
15  relevance.
16  BY MR. BRAMWELL:
17       Q. You can answer.
18       MS. WERMUTH: Also, to the extent that
19  you're -- let me just object on privilege
20  grounds.
21       To the extent that you are reacting
22  to learning from counsel about an EEO complaint,
23  which is one of the big issues I have with
24  respect what's an EEO complaint, but to the

Page 48

1  extent, Gabe, that your reaction is responding to
2  counsel, I would instruct you not to answer.
3       MR. BRAMWELL: And that gets very close
4  to a speaking objection, closer than I would.
5  BY MR. BRAMWELL:
6       Q. But yeah, you can answer.
7       Don't tell me what your -- do not
8  share the conversations you had with your
9  attorneys. But, you know, how do you react when
10  you learn that one of your faculty members has
11  accused your school of discrimination?
12       MS. WERMUTH: Same objections and same
13  instruction regarding privilege.
14  BY THE WITNESS:
15       A. Yeah, and I can't recall. I can't
16  comment. Because from my standpoint, just
17  personally, it is -- I look at everything as a
18  matter of fact. And it's just a list of things,
19  which we go down the list, so to speak.
20  BY MR. BRAMWELL:
21       Q. What do you mean you go down the list?
22       A. I mean, there are a number of items
23  which I discuss, not just with our legal counsel,
24  but in my meetings with all my other cabinet

Page 49

1  members. We go down a list of items, and I
2  either comment or just, for the large part, just
3  take it matter of fact.
4       Q. Okay. Your cabinet, I assume that
5  includes the provost and general counsel. Who
6  else is in your cabinet?
7       A. Vice president enrollment management,
8  vice president for student affairs, vice
9  president university marketing and
10  communications, vice president for admission,
11  senior vice president for advancement, the EVP
12  and CFO, chief of staff, provost, OIDE for Office
13  of Institutional Diversity and Equality. About
14  11.
15       Q. Who is the OIDE representative in your
16  cabinet?
17       A. That would be Liz Ortiz.
18       Q. Okay. Did Ms. Ortiz brief you with
19  respect to Dr. Calvente's EEO complaint?
20       MS. WERMUTH: Objection, vague.
21  BY MR. BRAMWELL:
22       Q. You can answer.
23       A. No.
24       Q. I'm sorry, I'm just trying to figure out

13 (Pages 46 - 49)

Page 50

1 the best way to ask this question without
2 invading the privilege here.
3          Did you ever reach out to
4 Dr. Calvente about her EEO complaint?
5          MS. WERMUTH: Objection, vague.
6 BY MR. BRAMWELL:
7     Q. You can answer.
8     A. No.
9     Q. Why not?
10    A. It was being handled by a -- the EEO
11 office.
12    Q. That's Liz Ortiz's office?
13    A. By that time I believe it had moved to
14 human resources.
15    Q. Okay. So who was then handling that
16 issue for you?
17    A. That would be under Dr. Stephanie Smith.
18    Q. Okay.
19    A. She's ADP for human resources.
20    Q. Is she a part of your cabinet?
21    A. No, she's not.
22    Q. Okay. Do you recall what else you were
23 told about Dr. Calvente's EEO complaint?
24         MS. WERMUTH: Objection, vague, and

Page 51

1 objection to the extent it calls for privileged
2 communications.
3 BY MR. BRAMWELL:
4     Q. You can answer.
5     A. No.
6     Q. Now, just remind me who told you about
7 Dr. Calvente's EEO complaint? Was it your HR
8 folks or was it your GC?
9         MS. WERMUTH: Objection, vague.
10 BY MR. BRAMWELL:
11    Q. You can answer.
12    A. It's my GC.
13    Q. Your GC. Who was GC at the time?
14    A. Jose Padilla.
15    Q. And I understand Kathy Stieber is
16 currently the GC?
17    A. That's correct.
18    Q. When did Ms. Stieber become GC?
19    A. Last summer.
20    Q. Okay. And did you ever speak with
21 any -- I don't remember if I asked this, so
22 please indulge me. Sometimes I repeat myself in
23 depositions. It's an occupational hazard.
24         Did you ever speak with anybody at

Page 52

1 HR or OIDE or otherwise about Dr. Calvente's
2 complaint?
3     A. No, I didn't.
4     Q. What would you have expected your HR
5 function to do with respect to investigating
6 Dr. Calvente's allegations of discrimination?
7         MS. WERMUTH: Objection, vague,
8 confusing, lacks foundation.
9 BY MR. BRAMWELL:
10    Q. You can answer.
11    A. Investigate the complaint.
12    Q. What would you expect them to do in the
13 course of their investigation?
14        MS. WERMUTH: Objection, vague,
15 confusing, lacks foundation.
16 BY MR. BRAMWELL:
17    Q. You can answer.
18    A. Yeah. I assume they have a process to
19 go through when they investigate any complaint.
20    Q. You mentioned that you learned about
21 Dr. Calvente's OIDE -- EEO complaint. Let's just
22 start the question again.
23        You mentioned you learned about
24 Dr. Calvente's EEO complaint around the time it

Page 53

1 was filed. Do you know anything else about
2 Dr. Calvente's EEO activity?
3         MS. WERMUTH: Objection, vague.
4 BY MR. BRAMWELL:
5     Q. You can answer.
6         MS. WERMUTH: Also misstates the
7 testimony.
8         Go ahead.
9 BY MR. BRAMWELL:
10    Q. You can answer.
11    A. No.
12    Q. No, you know nothing else about
13 Dr. Calvente's EEO activity?
14    A. No.
15    Q. I'm sending you a document marked
16 Exhibit No. 2. Please let me know when it
17 arrives.
18        (Document marked as Esteban Deposition
19        Exhibit 2 for identification.)
20        MR. BRAMWELL: And just while we're
21 waiting, I'll just let the court reporter know
22 the Bates numbers, so we're not chewing up too
23 much time.
24        This is a document Bates labeled

14 (Pages 50 - 53)

Page 54

1  Calvente-DePaul 016316.
2        MS. WERMUTH:  And I just got it.
3  BY MR. BRAMWELL:
4     Q.  Okay.  Dr. Esteban?
5     A.  Just the email?
6     Q.  Have you received it?
7     A.  Yes, the email from Brian.
8     Q.  Brian Boeck?
9     A.  Uh-huh.
10    Q.  I'm sorry, uh-huh doesn't show up.
11    A.  Yes.
12    ███████████████████████
13    █████████████████████████████
14    Q.  Okay.  And what about Steve Stoute; is
15  that correct?
16    A.  Yeah, yes, that's correct.  Steve Stoute
17  is my chief of staff.
    █  ████████████████████████████
    ██████████████████████
20        MS. WERMUTH:  Objection, foundation.
21  BY MR. BRAMWELL:
22    Q.  You can answer.
23        Dr. Esteban, do you need the
24  question reread?

Page 55

1     A.  Yes, please.
2        MR. BRAMWELL:  Can I ask the court
3  reporter to read back the question.
4        (Whereupon, the question was read.)
   █  ████████████████████████████
   █  ██████████████████
   █  ███████████████████████
   █  ████████████████████████
   █  ███████████████████
   █  █████████████████
13    Q.  Okay.  Approximately how much time did
14  you spend looking at them?
15    A.  I don't recall.  This was a year ago.
16    Q.  Would it have been an hour?
17        MS. WERMUTH:  Objection, asked and
18  answered.
19  BY MR. BRAMWELL:
20    Q.  You can answer.
21    A.  I would not recall, because it was part
22  of all the other documents I reviewed.
23    Q.  Approximately how much time did you
24  spend reviewing all the documents?

Page 56

1     A.  Again, it's typical for me to sum it up,
2  because it would have been over a few days.
3     Q.  Okay.  Would it have been half a day of
4  your time?
5        MS. WERMUTH:  Objection, asked and
6  answered.
7  BY MR. BRAMWELL:
8     Q.  You can answer.
9     A.  It probably would have been more.
10    Q.  And when I say half a day, I'm assuming
11  a day is eight hours; all right?
12    A.  Uh-huh.
13    Q.  Would it have been a day?
14        MS. WERMUTH:  Objection, asked and
15  answered.
16  BY MR. BRAMWELL:
17    Q.  You can answer.
18    A.  It probably would have been more than a
19  day.
20    Q.  Would it have been two days?
21        MS. WERMUTH:  Asked and answered.
22  BY MR. BRAMWELL:
23    Q.  You can answer.
24    A.  If I was to guess, it would have been

Page 57

1  maybe 16 hours.
2     Q.  Maybe 16 hours?
3     A.  Yeah.  That's a guess.
4        MR. BRAMWELL:  Okay.  If we can, I'd
5  like to take five minutes and come back at 10:12.
6  Can we do that?
7        MS. WERMUTH:  Uh-huh.
8        MR. BRAMWELL:  Off the record.
9        (A short recess was taken.)
10  BY MR. BRAMWELL:
11    Q.  All right.  Dr. Esteban, you mentioned
12  that earlier before we went on break that --
13  since you started at DePaul, approximately how
14  many of your professors filed EEO complaints that
15  you've been made aware of?
16        MS. WERMUTH:  Objection, relevance,
17  vague.
18  BY THE WITNESS:
19    A.  Yeah.
20  BY MR. BRAMWELL:
21    Q.  You can answer.
22    A.  Yeah, I don't recall the exact number.
23    Q.  More than ten?
24    A.  No, I don't believe so.

15 (Pages 54 - 57)

Page 58

1    Q.  More than five?

2    A.  No, I don't believe so.

3    ██████████████████████████████

    ██████████████

5        MS. WERMUTH:  Objection, vague,

6  relevance.

7  BY MR. BRAMWELL:

8    Q.  You can answer.

9  ██████████████████████████████████

██████████████████████████████████████

██████████████████████

██  ████████████

14    Q.  When you -- all right.  So earlier this

15  morning we went through briefly the process for

16  what happens -- let's start again.

17        Earlier this morning we spoke a

18  little bit about obtaining tenure and what

19  happens if tenure is denied.  Do you recall that

20  conversation?

21    A.  Yes, I do.

22    Q.  Okay.  So if I understand it correctly,

23  you go through the local levels.  The UBPT makes

24  a recommendation.  The provost makes a decision.

Page 59

1  Then if the faculty member is unhappy with that

2  decision, they can file an appeal.  And then you

3  make the -- then you make a decision.  Does that

4  summarize our conversation?

5    A.  I think I added in that the dean has a

6  say, also, in it as well as there's typically a

7  personnel review committee at the local level.

8    Q.  Okay.  Right.  So after everything local

9  happens and the local unit and the dean make a

10  recommendation, it goes to the UBPT, UBPT makes a

11  recommendation, the provost makes a decision.  Is

12  that all correct?

13    A.  That's correct.

14    Q.  All right.  And then if the faculty

15  member is unhappy with that decision, they file

16  an appeal with the appeals committee?

17    A.  That's correct.

18    Q.  Is the appeal committee a standing

19  committee, or is that a committee that is

20  constituted when an appeal is filed?

21    A.  It's constituted.

22    Q.  How is the appeals committee

23  constituted?

24    A.  If I recall, they have a roster of

Page 60

1  faculty willing to serve and selection is made.

2    Q.  What are the criteria to be on that

3  roster of faculty willing to serve on the appeals

4  committee?

5    A.  I'll have to look at it, but my

6  assumption is they'll all be tenured faculty.

7    Q.  Tenured full professors?

8    A.  Not having the document in front of me,

9  if it was not a case for an appeal to a full

10  professor, then it would probably just be tenured

11  faculty.  But I'll have to look at the -- I

12  believe if you're appealing promotion to full, I

13  think it should be all full professors.

14    Q.  And what document would you need to

15  refresh your recollection?

16    A.  The handbook.

17    Q.  Well, you have a copy of the handbook in

18  front of you.

19    A.  I can't look at it and see you at the

20  same time, so I'll have to go --

21    Q.  I'm not worth looking at, trust me.

22        And what section, by the way, of the

23  handbook are you reviewing?

24    A.  Right now I'm looking at 3.

Page 61

1    Q.  Appeals?

2    A.  Yeah, it's in 5.

3    Q.  Yeah, I was going to say appeals are in

4  Chapter 5, if I recall.

5    A.  Yeah.  So it's comprised of 12 tenured

6  faculty members of the faculty counsel.

7    Q.  And where are you looking at?  Where are

8  you?

9    A.  5.1.1.1.

10    Q.  Okay.  Now, what's the purpose of the

11  appeals panel?

12    A.  Can you clarify?  In relation to what?

13    Q.  Well, so -- all right.  And you can put

14  the handbook aside for a second if you'd like.

15        So we've talked about the process,

16  somebody is denied tenure, doesn't like the fact

17  that they were denied tenure.  Provost says no.

18  Their avenue is to file an appeal, right?

19    A.  If they so desire, that's correct.

20    Q.  Right.  If they -- obviously they can

21  accept the decision of the provost and take their

22  terminal contract or they can appeal, right?

23    A.  That's correct.

24    Q.  And the first step in an appeal is to

16 (Pages 58 - 61)

Page 62

1  present material to the appeals panel, right?
2      A.  Yes, that's correct.
3      Q.  What's the purpose of the appeals panel?
4      A.  They are supposed to review it based on
5  -- there are three grounds for appeal.
6      Q.  Okay.
7      A.  One, the first has to do with whether or
8  not it's a question of violation of academic
9  freedom.  The second if whether the University or
10  local guidelines or procedures were not followed.
11  And the third is to look at -- the third ground
12  is on the basis of discrimination.
13      Q.  Okay.
14      A.  Also, the faculty guide also states that
15  the burden is on the one making the appeal.
16      Q.  That's right.  So --
17      A.  And that judgment -- the faculty
18  handbook also states, if I recall, that the
19  appeals board is not supposed to make evaluative
20  assessments of the merits of the candidate.
21      Q.  Okay.  So maybe this is my fault for not
22  asking the question properly.  So they, you know,
23  review all these materials.  But, you know,
24  what's their purpose in the sense that -- well,

Page 63

1  the appeals committee decision is not binding,
2  correct?
3      A.  It's a recommendation.
4      Q.  It's a recommendation.  So then what's
5  the -- if it's just a recommendation, what's --
6  why have an appeals committee at all?
7      MS. WERMUTH:  Objection, argumentative.
8  BY MR. BRAMWELL:
9      Q.  You can answer.
10      A.  It's to provide a faculty member, in
11  this case, one last venue to appeal to the
12  president, in this case.
13      Q.  Now, Ms. Wermuth just said that I was
14  argumentative.  Do you feel that I have unfairly
15  attacked you or been verbally abusive to you in
16  any way, shape, or form?
17      MS. WERMUTH:  Wait, let me just --
18  before you answer, let me object to that
19  question.  Argumentative is merely a ground.  It
20  doesn't mean that I'm accusing any person of
21  being an argumentative person.  There are
22  questions that can be argumentative.  I have not
23  made any objections on the grounds of harassing
24  or inappropriate behavior by counsel.

Page 64

1  BY MR. BRAMWELL:
2      Q.  You can answer.
3      A.  So can you repeat that question?
4      MR. BRAMWELL:  Yeah.
5      Can I ask the court reporter to
6  repeat the question.
7      (Whereupon, the question was read.)
8  BY THE WITNESS:
9      A.  No.
10  BY MR. BRAMWELL:
11      Q.  All right.  Are you receiving emails
12  right now, Dr. Esteban?
13      A.  There are pop-ups.
14      Q.  Okay.  You're not receiving emails from
15  counsel or about any topics being discussed in
16  this deposition?
17      MS. WERMUTH:  All right.  Let me just --
18  Jerry, I'm sorry, Mr. Bramwell, I am not
19  communicating with the witness by electronic
20  means or otherwise while he is in examination.
21      MR. BRAMWELL:  Okay.
22      MS. WERMUTH:  And there's -- I'm sorry,
23  I'm also muting, because I live across the street
24  from a public school, and they're trying to move

Page 65

1  mountains of snow, so that kids can come back
2  tomorrow.  So I'm sorry for the noise.  I'm
3  trying to mute it out.
4      MR. BRAMWELL:  You actually are coming
5  through fine.  I don't hear anything from your
6  end.  I don't think it's from your end.  I don't
7  hear anything that sounds like snow moving.
8  BY MR. BRAMWELL:
9      Q.  All right.  So, Dr. Esteban, before we
10  got sidetracked -- and, I'm sorry, I don't know
11  that I got the answer.  I think that you said
12  that the purpose was to have another vetting?
13      A.  No.
14      Q.  No.  What's the purpose then of an
15  appeals panel?
16      A.  The purposes of the appeals panel is to
17  allow another avenue for the faculty to appeal
18  the decision made at the provost level.
19      Q.  And the decision ultimately, though,
20  becomes yours as the president, right?
21      A.  What decision are we referring to?
22      Q.  Sure.  The decision to grant or deny
23  tenure.
24      A.  My decision is to look at the

17 (Pages 62 - 65)

Page 66

1  recommendation of the appeals board and based on
2  the criteria make an assessment as to whether or
3  not I agree with the appeals board
4  recommendation.
5      Q.  Okay.  I don't know that that answered
6  my question.  Let me ask it this way.  So in a
7  tenure denial situation that is an appeal,
8  ultimately it's your decision as to whether to
9  grant or deny tenure, correct?
10      MS. WERMUTH:  Objection, asked and
11  answered.
12  BY MR. BRAMWELL:
13      Q.  You can answer.
14      A.  I guess is the question could I reverse
15  the decision of the provost?  Is that what you're
16  asking?
17      Q.  Can you reverse the decision of the
18  provost?
19      A.  Yes, I can.
20      Q.  Okay.  And you can either accept or
21  reject the appeals panel recommendation, correct?
22      A.  That's correct.
23      Q.  What then is the purpose of the appeals
24  panel if you can accept or reject their

Page 67

1  recommendation?  Why not just have the appealing
2  faculty member submit all their materials to you
3  in the first instance?
4      MS. WERMUTH:  Objection, asked and
5  answered, also argumentative.
6  BY MR. BRAMWELL:
7      Q.  You can answer.
8      And, Dr. Esteban, if you feel like I
9  have been abusive to you in any way, shape, or
10  form, please let me know.  I'll try to --
11      MS. WERMUTH:  My objection is not based
12  on abusive questioning.
13  BY THE WITNESS:
14      A.  The whole process of promotion and
15  tenure is designed so there's going to be
16  different levels of review by peers, in this
17  case, co-faculty members.  And that's why you
18  have that all the way through the process.  You
19  have exhaustive reviews at the local, University
20  level, and at the appeal level.  That's why it's
21  set up the way it is, so it can be a faculty
22  driven process, so to speak.
23  BY MR. BRAMWELL:
24      Q.  Okay.  So to see if I can put what you

Page 68

1  just said into my own words, and I know I'm going
2  to draw an objection for misstating your
3  testimony, but we'll have to live with it.  The
4  purpose of the appeals panel is to allow faculty
5  another chance to offer an opinion; is that
6  correct?
7      A.  That's correct.
8      Q.  Okay.  Any other purposes of the appeals
9  panel?
10      A.  You had the three listed in the faculty
11  handbook are the main purposes.
12      Q.  Okay.  What does it mean to violate
13  academic freedom?
14      MS. WERMUTH:  Objection, vague.
15  BY MR. BRAMWELL:
16      Q.  You can answer.
17      MS. WERMUTH:  Also, not relevant.
18  BY MR. BRAMWELL:
19      Q.  You can still answer.
20      A.  The faculty in the context of their role
21  as a faculty member have certain rights and
22  privileges.  And in the context of DePaul, we use
23  the AAUP guidelines on academic freedom, which
24  involves being allowed to teach at times

Page 69

1  controversial material and so on.
2      Q.  All right.  So teach controversial
3  material.  Would you classify race and racism as
4  controversial material?
5      A.  You're asking my personal opinion?
6      Q.  Your professional opinion.
7      A.  Okay.  No, from my standpoint, it's not.
8      Q.  Okay.  You've been president for four
9  years at DePaul, right, ballpark?
10      A.  That's correct.
11      Q.  How many appeals have you heard
12  following the denial of tenure in your time as
13  president?
14      A.  This may be the first.  If not, it's the
15  second.  I don't recall exactly.
16      Q.  Okay.  So either one or two?
17      A.  Yes, that's correct.
18      Q.  In the other case, did the faculty
19  appeals panel recommend tenure or recommend that
20  tenure not be granted?
21      MS. WERMUTH:  Object, vague, calls for
22  speculation.
23  BY MR. BRAMWELL:
24      Q.  You can answer.

18 (Pages 66 - 69)



Page 70

1    And what a panel did, the fact that
2  anybody (inaudible) speculative borders on bad
3  faith.
4  BY THE WITNESS:
5    A.  And I don't recall.
6  BY MR. BRAMWELL:
7    Q.  And you don't recall who that other
8  person might have been who appealed, do you?
9    A.  No, I don't.
10   Q.  And so, therefore, you don't recall
11 whether that person had a history of filing EEO
12 complaints?
13   MS. WERMUTH:  Objection, argumentative,
14 vague.
15 BY THE WITNESS:
16   A.  I don't.
17 BY MR. BRAMWELL:
18   Q.  You can answer.  And, again, if you ever
19 believe that I'm being verbally abusive, let me
20 know.
21   MS. WERMUTH:  And let me just state for
22 the record again argumentative does not mean
23 verbally abusive.
24   MR. BRAMWELL:  It's the only thing it

Page 71

1  means, Ms. Wermuth.
2    MS. WERMUTH:  I disagree.
3    MR. BRAMWELL:  Well, you can disagree.
4  We can get the judge on the phone if you'd like.
5  BY MR. BRAMWELL:
6    Q.  Do you know the members of the appeals
7  panel for Dr. Calvente's appeal?
8    A.  Do you mean do I know them personally
9  or --
10   Q.  Personally or professionally.
11   And thank you for the clarifying
12 question.
13   A.  No, I do not recall if I met them in
14 person.
15   Q.  Do you know them professionally?  And by
16 that I mean do you know about their professional
17 reputations?
18   A.  No, I'm not familiar.
19   Q.  So you don't know whether they have any
20 reputations for professional integrity or
21 professional incompetence?
22   A.  No, I don't.
23   Q.  Do you know approximately how many hours
24 the appeals panel spent reviewing Dr. Calvente's

Page 72

1  appeal?
2    MS. WERMUTH:  Objection, foundation.
3  BY MR. BRAMWELL:
4    Q.  You can answer.
5    A.  No, I don't.
6    Q.  Do you respect the work that the appeals
7  panel did in presenting Dr. Calvente's appeal?
8    MS. WERMUTH:  Objection, vague,
9  argumentative.
10   MR. BRAMWELL:  If you'd like, we can get
11 the judge, Ms. Wermuth, but there's nothing
12 argumentative about that question.
13 BY THE WITNESS:
14   A.  Can you clarify that question?
15 BY MR. BRAMWELL:
16   Q.  Sure.  Do you respect -- let's see.
17   Do you think that the appeals panel
18 worked hard at reviewing Dr. Calvente's appeal?
19   A.  Yes, I believe they worked hard.
20 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Page 73

▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓
3    MS. WERMUTH:  Asked and answered.
4  BY MR. BRAMWELL:
5    Q.  You can answer.
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓
▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓
18   MR. BRAMWELL:  Can I ask the court
19 reporter to read it back, please.
20   (Whereupon, the question was read.)
21   MS. WERMUTH:  And I lodge the same
22 objections.  It's vague and argumentative.
23   MR. BRAMWELL:  We can get the judge on
24 the phone at any time, Ms. Wermuth, if you think

19 (Pages 70 - 73)

Page 74

1    that I'm being argumentative.
2    BY THE WITNESS:
3    ███████████████████████████████

5    BY MR. BRAMWELL:
6    ████████████████████████████████
7    ██████████████████████████████
8    ████████████████████████
9    █████████████████████████████
10   ████████████
13       Q.  Okay.  With respect to -- is it fair to
14   say that one of the purposes of the appeals panel
15   is to do the heavy lifting on a file, so you
16   don't have to?
17          MS. WERMUTH:  Objection, argumentative.
18   BY MR. BRAMWELL:
19       Q.  You can answer.
20       A.  By heavy lifting, do you mean getting
21   all the information or --
22       Q.  Well, they do most of the work, so that
23   you don't have to do tons of work on it.
24       A.  They do what's required of them.

Page 75

1        Q.  Okay.  That doesn't answer --
2        A.  I mean, you're asking for my opinion on
3    whether I believe they do heavy lifting, right.
4    The assessment is that they do what's expected of
5    them to make a decision.
6        Q.  Well, that's not quite the question I
7    asked.  So I appreciate the clarification.  The
8    question is:  Do they do the heavy lifting, so
9    that you don't have to do as much work?  That's
10   really the call of the question there.
11          MS. WERMUTH:  Objection, vague,
12   relevance, argumentative, asked and answered.
13   BY MR. BRAMWELL:
14       Q.  You can answer still.
15       A.  No, I wouldn't say they do the heavy
16   lifting.
17       Q.  Okay.  I just sent you a document that
18   I've marked as Exhibit No. 6.
19          (Document marked as Esteban Deposition
20           Exhibit 6 for identification.)
21       MR. BRAMWELL:  So the record is clear,
22   this is a document that was attached as an
23   exhibit to our complaint.  It is file marked up
24   top.

Page 76

Page 77

15          MS. WERMUTH:  Excuse me.
16

24



20 (Pages 74 - 77)

Page 78

5　　　　The one grade you can always count
6　on a C for me was foreign language.  And I don't
7　know what it is, but I have a very hard time
8　pronouncing certain things, and I apologize for
9　it.

18　　　Q.  Okay.  I understand that you received
19　Dr. Calvente's file on January 16, 2020; is that
20　right?
21　　　A.  I'll have to check.  If that's the date
22　we acknowledged from the chair of the appeals
23　board, then that's correct.
24　　　Q.  Oh, come on.  Sorry, I'm having computer

Page 79

1　problems here.  I am sending you a document that
2　I've marked as Exhibit No. 3.
3　　　　So we can continue and the court
4　reporter has it, this is an email that's Bates
5　labeled Calvente-DePaul 034394 through 396.
6　　　　(Document marked as Esteban Deposition
7　　　　Exhibit 3 for identification.)
8　　MS. WERMUTH:  I don't yet have it.
9　　THE WITNESS:  I don't have it.
10　　MR. BRAMWELL:  Maybe I need to get
11　faster internet.
12　　MS. WERMUTH:  We have so many walls and
13　VPNs to wind our way through, so it just takes a
14　minute.
15　　THE WITNESS:  Okay.  I see it.
16　　MR. BRAMWELL:  Ms. Wermuth, do you have
17　it?
18　　MS. WERMUTH:  Uh-uh.
19　　　　Oh, I do now.
20　　MR. BRAMWELL:  Okay, good.
21　BY MR. BRAMWELL:
22　　　Q.  Dr. Esteban, does this refresh your
23　recollection of --
24　　　A.  Yes.

Page 80

1　　　Q.  -- the appeal?
2　　　A.  Uh-huh.
3　　　Q.  Uh-huh doesn't show up.
4　　　A.  Yes, it does.
5　　MS. WERMUTH:  I'm sorry, what was the
6　question?  I'm sorry, I don't --
7　BY MR. BRAMWELL:
8　　　Q.  Sure.  January 16th was when you
9　received Dr. Calvente's file?
10　　MS. WERMUTH:  Okay.  I will just object
11　on vague.
12　BY MR. BRAMWELL:
13　　　Q.  You can answer.
14　　　A.  Okay.  Clarification, it says 1/17.
15　　　Q.  The top says 1/17.  This is an email
16　chain.  But if you go further down the chain, and
17　it's the very top of the second page, or actually
18　the very bottom of the first page, the top of the
19　second page, it looks like there's an email from
20　Steve Stoute, who is your chief of staff,
21　January 16, 2020, at 4:12 p.m.  Hi Lexa, Happy
22　New Year!  Please see below.  The President's
23　Office is in receipt of an appeal.
24　　　A.  Okay.

Page 81

1　　　Q.  You see that there?
2　　　A.  Yes, I see that.
3　　　Q.  And I assume that your chief of staff
4　keeps you informed of important events like
5　faculty appeals?
6　　　A.  Yes, that's correct.
7　　　Q.  Would you consider a faculty appeal of a
8　denial of tenure a priority for you?
9　　　A.  Yes, I would.
10　　　Q.  Okay.  Now, it looks like Mr. Stoute
11　says that you must make a decision by
12　January 31st.  Why is that?
13　　　A.  I believe there are timelines stated in
14　the handbook as to when I need to reply.





Page 82

6        You completed your review or rather
7  you made a decision and announced that decision
8  on January 30th, 2020, correct?
9        A.  That's correct.
10       Q.  All right.  I'm going to send you
11  Exhibit No. 5.  Make sure I got the numbers
12  correct.  Okay.  Here we go.
13              (Document marked as Esteban Deposition
14                Exhibit 5 for identification.)
15       Q.  And please let me know when Exhibit
16  No. 5 comes through.
17              And just so the court reporter has
18  it, Exhibit No. 5 is a document we produced Bates
19  labeled LC0003993 through 4002.
20       A.  I received it.

Page 83

20       MS. WERMUTH:  I'm going to object to
21  that question.  It calls for privileged
22  information.
23  BY MR. BRAMWELL:
24       Q.  You can answer.

Page 84

4        MS. WERMUTH:  Honestly, you know, this
5  line of questioning is going into privileged
6  material, and so I'm going to ask you not to
7  answer.
8  BY MR. BRAMWELL:
9        Q.  Are you going to take your counsel's
10  instruction and not respond to the question?
11       A.  Yes, I will.
12       MR. BRAMWELL:  Please certify it.
13  BY THE WITNESS:
14       A.  I will take my counsel's advice and not
15  answer it.
16       MR. BRAMWELL:  Please certify the
17  question.
18  BY MR. BRAMWELL:

22       MS. STIEBER:  Excuse me, I'm sorry, I
23  think Anna may be frozen.  I don't think that she
24  heard that question.

Page 85

1        MS. WERMUTH:  Yeah, I'm sorry, was
2  there -- can you repeat the question.
3        MR. BRAMWELL:  Sure.
4        I'll ask the court reporter to read
5  it back, please.
6              (Whereupon, the question was read.)
7        MS. WERMUTH:  Yeah, I am sorry, that
8  absolutely calls for privileged conversation,
9  getting instructions or direction from general
10  counsel.
11             So to the extent, Gabe, if there's
12  an answer on the record, I would ask that it be
13  stricken.  And I would direct you not to answer
14  questions about communications with the General
15  Counsel's Office.
16  BY MR. BRAMWELL:
17       Q.  I have sent you Exhibit No. 4, emailed
18  you Exhibit No. 4.
19             (Document marked as Esteban Deposition
20               Exhibit 4 for identification.)
21       Q.  You should have received it, because I
22  sent it a few minutes ago.  Do you have it?
23       MS. WERMUTH:  Let me see.
24       A.  Yes.

22 (Pages 82 - 85)



Page 86

9 MS. WERMUTH: So I'm going to object.
10 If you have questions about dates or times of
11 communications with the General Counsel's Office,
12 you know, those are logged on the privilege log
13 that we sent to you. If you're going to get into
14 substance of any of these communications or what
15 is being transmitted, that is -- that's
16 privileged.
17 BY MR. BRAMWELL:
18 Q. You can answer.
19 MS. WERMUTH: I'm sorry, let me hear the
20 question again if I may, Ms. Burke. Thank you.
21 (Whereupon, the question was read.)
22 MS. WERMUTH: Yeah, I will instruct the
23 witness not to answer to the extent you're asking
24 about the subject of communications with general

Page 87

1 counsel.
2 MR. BRAMWELL: I'm not asking about the
3 subject. I'm just asking whether they exchanged
4 other emails about this Exhibit No. 5.
5 MS. WERMUTH: Right.
6 MR. BRAMWELL: Not the substance of
7 communications.
8 MS. WERMUTH: Yeah, I'm going to
9 instruct the witness not to answer.
10 MR. BRAMWELL: Certify the question,
11 please.
12 BY MR. BRAMWELL:

Page 88

4 MS. WERMUTH: Objection. It's an
5 improper hypothetical.
6 BY MR. BRAMWELL:
7 Q. You can answer.

17 MS. WERMUTH: Argumentative.
18 BY MR. BRAMWELL:
19 Q. You can answer.

Page 89

Veritext Legal Solutions
www.veritext.com 888-391-3376



Page 90

(redacted)

Page 92

6     Q. Okay. Let's go back to the faculty
7 handbook if we may. This was Exhibit No. 1.
8 What's the purpose of the faculty handbook?
9     A. Can you clarify? Because --
10     Q. Yeah, maybe I'll do it this way, and
11 hopefully I won't get an objection as to form,
12 although I suspect I will.
13     Would you agree that one of the
14 purposes of the faculty handbook is to outline
15 the expectations of the faculty at DePaul?
16     A. Yeah, that's one of the roles of the
17 faculty handbook.
18     Q. All right. Let's take a look at page --
19 at Section 6.4.1 of the faculty handbook. That's
20 actually the 96th page of the document. That
21 might help you get there a little bit faster.
22     A. Can you repeat that. Six point?
23     Q. 4.1.
24     A. 4.1.

Page 91

24     MS. WERMUTH: What is your question,
1 Mr. Bramwell? Is there a question pending?
2     MR. BRAMWELL: There is. I can have the
3 court reporter read it back if you like.
4     MS. WERMUTH: Yeah, I didn't hear a
5 question.
6     MR. BRAMWELL: Madam Court Reporter can
7 read it back if you'd like.
8     MS. WERMUTH: Yes, please.
9     MR. BRAMWELL: All right.
10     (Whereupon, the question was read.)
11     MS. WERMUTH: I object as very vague,
12 very confusing.
13     MR. BRAMWELL: I know Dr. Esteban is
14 capable of understanding it.
15 BY THE WITNESS:

(redacted)

Page 93

1     Q. Are you there?
2     A. Yes.
3     Q. Okay. Faculty have an obligation to
4 seek truth; is that correct?
5     A. Yes, that's correct.
6     Q. And faculty have an obligation to
7 practice intellectual honesty?
8     A. That's correct.
9     Q. Do you have an understanding or belief
10 as to what it means to practice intellectual
11 honesty?
12     A. Yes.
13     Q. What is that?
14     A. It ties in with the first one actually,
15 to seek the truth. It means that when you do
16 scholarship and anything we do in our profession
17 that we try to be as impartial as we can. And
18 that when we do a scholarship, it also means that
19 you make sure that the data we have, the research
20 we do is true to our profession.
21     Q. Do these obligations also exist with
22 respect to -- rather, let's strike that and start
23 again.
24     Do these criteria also apply to

24 (Pages 90 - 93)

1 obligations that exist -- third time is the
2 charm.
3         Do these criteria also exist for
4 other faculty obligations?
5         MS. WERMUTH:  Objection, vague.
6 BY MR. BRAMWELL:
7     Q.  You can answer.
8     A.  Yeah, and I'm not sure I understand
9 that.
10    Q.  Sure.  If I am a faculty member, if I'm
11 a tenured faculty member, evaluating one of my
12 untenured colleagues, do I have an obligation to
13 practice intellectual honesty in evaluating their
14 work?
15    A.  Yes.  It also applies to any other
16 faculty member or student.
17    Q.  And I have an obligation as a faculty
18 member evaluating my untenured faculty, my
19 untenured colleagues, to seek the truth?
20    A.  That's correct.
21    Q.  Do these criteria also apply to
22 administrators?
23    A.  That should be the case.
24    Q.  So Dr. Ghanem has got an obligation to

1 practice intellectual honesty when evaluating the
2 UBPT's recommendation and making tenure
3 decisions?
4         MS. WERMUTH:  I'm sorry, can you read
5 that question back, Ms. Burke.
6         (Whereupon, the question was read.)
7 BY THE WITNESS:
8     A.  That's correct.
9 BY MR. BRAMWELL:
10    Q.  And you have that same obligation,
11 right?
12    A.  As a tenured faculty member, that's
13 correct.
14    Q.  What about as a president of the
15 University, do you have that obligation?
16    A.  Yes, I do.
17    Q.  And as president of the University, you
18 have the obligation to seek truth?
19    A.  That's correct.
20    Q.  And your provost has that same
21 obligation, doesn't she?
22         MS. WERMUTH:  Objection, asked and
23 answered.
24

1 BY MR. BRAMWELL:
2     Q.  You can answer.
3     A.  Yes, she does.
4     Q.  Let's take a look at the handbook.
5 We'll have a race to see who gets there first.
6 Section 3.3.1.  That's page 30 of the document.
7         Let me know when you're there,
8 please.
9     A.  I'm there.
10    Q.  Okay.  So Section 3.3.1 says -- is
11 entitled Probationary Tenure-Line Reviews.  Do
12 you see that there?
13    A.  Yes, I do.
14    Q.  And if you go down to lines 4 and 15, it
15 says that one of the purposes of probationary
16 line reviews is to provide clear and consistent
17 guidance and develop priorities for the faculty
18 member towards fully satisfying the criteria.  Do
19 you see that there?
20    A.  Yes, I do.
21    Q.  Do you agree that that's one of the
22 purposes of the probationary period?
23         MS. WERMUTH:  Objection, misstates the
24 record evidence.

1 BY MR. BRAMWELL:
2     Q.  You can answer.
3     A.  Yes.
4     Q.  And if we go down to Section 3.3.1.1,
5 you'll see Formal Tenure-Line Probationary
6 Reviews.
7     A.  Okay.  Where is that, 3.3?
8     Q.  Yes, same page.
9     A.  Okay.
10    Q.  Line 33 on the faculty handbook there.
11 Do you see that there?
12    A.  Yep, yes, I do.
13    Q.  All right.  And the first sentence, I'll
14 just read it, so I don't get another objection.
15 "A formal probationary review is designed to
16 prepare a faculty member for the tenure process
17 and to document areas that need the faculty
18 member's attention."  Do you see that there?
19    A.  Yes, I do.
20    Q.  And so you agree that that's one of the
21 reasons for a probationary review, to document
22 areas that need the faculty member's attention?
23    A.  Yes, I do.
24    Q.  And to prepare them for the tenure

25 (Pages 94 - 97)



Page 98

1  process?
2      A.  Yes.
3      Q.  So would you agree then it's important
4  to provide clear and consistent guidance during
5  the formal -- I'm sorry, strike that.
6          Would you agree that it is important
7  to provide clear and consistent guidance during
8  the probationary reviews?
9      A.  Yes.
10     Q.  Okay.  And if the probationary reviews
11  are not providing clear and consistent guidance,
12  that's a problem; isn't it?
13         MS. WERMUTH:  Objection, form.
14  BY MR. BRAMWELL:
15     Q.  You can answer.
16     A.  Yes.
17     Q.  Okay.  Now, let's take a look at Exhibit
18  No. 5 if we can.  And you can close the faculty
19  handbook.  I think I'm done for right now.
20         MS. WERMUTH:  And what exhibit are you
21  asking us to look at, Mr. Bramwell?
22         MR. BRAMWELL:  Sure.  It's Exhibit
23  No. 5.  I believe this is the January 30th letter
24  by Dr. Esteban.

Page 99

1  BY MR. BRAMWELL:
2      Q.  Am I pronouncing that correctly?
3      A.  Yes.
4      Q.  One of my earliest mentors told me that,
5  you know, I can still hear her saying, whatever
6  you do, Jerry, make sure you get people's names
7  correctly.  And I try to do it, and I fail more
8  often than I succeed.  But thank you for humoring
9  me in this regard.

Page 100

17     Q.  I mean, you're a mathematician, right?
18     A.  That was my undergrad degree, that's
19  correct.
20     Q.  How do you differentiate between very
21  good or excellent in the areas of teaching,
22  research, or service?
23         MS. WERMUTH:  Objection, foundation.
24

Page 101

1  BY MR. BRAMWELL:
2      Q.  You can answer.
3      A.  That would be based on the local
4  guidelines.
5      Q.  How do you -- but how do you
6  differentiate between very good and excellent?
7         MS. WERMUTH:  Objection, foundation.
8  BY MR. BRAMWELL:
9      Q.  You can answer.
10         MS. WERMUTH:  Also, just asked and
11  answered.
12  BY MR. BRAMWELL:
13     Q.  You can still answer.
14     A.  Yeah.  Again, that depends on the local
15  guidelines.
16     Q.  Are you aware of any objective criteria?
17         MS. WERMUTH:  Objection, foundation.
18  BY MR. BRAMWELL:
19     Q.  You can answer.
20     A.  It's not -- when you say objective, do
21  you mean quantitative?  Do you mean --
22     Q.  Yes, I mean, quantitative.  Thank you
23  for asking to clarify.
24     A.  One thing one could look at would be the

26 (Pages 98 - 101)

Page 102

1  student evaluations of teaching.
2      Q.  Okay.
3      A.  That's one of the few ones where you
4  have numbers.  But typically that's supplemented
5  or supplanted by observations in the classroom,
6  comments about teaching, those sorts of things.
7      Q.  What about research, is there a way to
8  objectively measure research?
9      A.  It depends on the field, the amount of
10  quantitative metrics available.
11      Q.  In communication.  Sorry, go ahead.  I'm
12  sorry.
13      A.  I'll give you an example.  In my field
14  business marketing, at some of the institutions I
15  was at, there was a book which was used that
16  assessed the quality of the different journals.
17  And at some institutions, they might require you
18  to have two publications in these types of
19  journals.
20          Typically in academia, when you look
21  at scholarship, it has to be elite, meaning you
22  have a group of peers evaluating the quality of
23  your work before it goes into publication or
24  presentation.  And depending on the field, it can

Page 103

1  be performances as well.
2          So that an example would be in music
3  theater or in some cases communications.  I've
4  seen it in occupational therapy as well.  So it
5  depends on the field and the type of research
6  that's being conducted.
7      Q.  What about service, is there a way to
8  objectively measure that?
9      A.  Typically at a university, you look at
10  the committees that person serves on, whether
11  it's a permanent committee, ad hoc, standard
12  committee, the scope of work of that committee.
13  Is it the local level or is it university wide.
14  So those are just some of the things one looks
15  at.
16      Q.  Is there -- does DePaul have a scoring
17  system in any way, shape, or form?
18      A.  You mean at the local or the University
19  level?
20      Q.  Okay.  So fair.  So let's say I'm going
21  up for tenure and I need to get a certain grade
22  in terms of service.  Okay.  Do I get, you know,
23  X number of points if I serve on a dean search
24  committee and Y number of points if I serve on a

Page 104

1  University committee and Z number of points if I
2  serve on just a regular committee in my -- or a
3  subcommittee?  Is it graded that way or is it
4  just this is what I did?
5          MS. WERMUTH:  Objection, vague and
6  improper hypothetical.
7  BY MR. BRAMWELL:
8      Q.  You can answer.
9      A.  Yeah, I'm unaware of any grading system
10  that says if I serve on this committee I get
11  20 points and so on.  And this will also be very
12  specific to the college or school.  A college
13  such as the liberal arts and social sciences is a
14  large college where they have quite a few
15  committees issued and quite a few faculty
16  members.  And so at the smaller colleges or
17  schools, my understanding is the expectation --
18  that for assistant professors expectation is to
19  serve at the local level.  And that the volume,
20  types of service should be determined at the
21  local level.
22      Q.  I'd like to turn you back to Exhibit
23  No. 5 here.  If you can turn to page 3 of that.
24  It's Bates No. LC 3995.

Page 105

1      A.  You said Exhibit 5?
2      Q.  Correct.  That's your letter.
3      A.  And which one?
4      Q.  Page 3.
5      A.  Uh-huh.
6      Q.  Let me know when you're there, please.
7      A.  I'm on page 3.
8  ████████████████████
   ████████████████████████████
   ███████████████████████
   ██████████████████████████
   ████████████████████████████
   ██████████████████
   █████
   ███████████████████████
   ██████
   ████████████
   ████████████████████████
21          MS. WERMUTH:  Objection, vague.
22  BY MR. BRAMWELL:
23      Q.  You can answer.
24  ██████████

27 (Pages 102 - 105)



Page 106

1    Q.  How much time did you spend and what did
2  you do with respect to that investigation?
3    A.  Again, I'm not sure how much I spent on
4  specific sections of the appeal.
5    Q.  Did you spend 10 percent of your time on
6  these rejected allegations?
7        MS. WERMUTH:  Objection, asked and
8  answered.
9  BY MR. BRAMWELL:
10   Q.  You can answer.
11   A.  I don't recall.
12   Q.  Would anything refresh your
13 recollection?
14   A.  No.
15   Q.  Let's ask it this way.  Do you think you
16 spent the bulk of your time on the non-rejected
17 allegations?
18       MS. WERMUTH:  Vague, objection, vague.
19 BY MR. BRAMWELL:
20   Q.  You can answer.
21   A.  I spent the bulk of my time on reading
22 the material.
23   Q.  Okay.  So reading the material, the
24 material being the appeals committee reports, the

Page 107

1  EEO materials, and Dr. Calvente's dossier?
2    A.  Yes.  More on the appeals board
3  recommendation.
4    Q.  And I think you said you spent
5  approximately 16 hours; is that right?
6    A.  Yeah, best of my recollection.
7
12       MS. WERMUTH:  Objection, vague, and
13 argumentative.
14 BY MR. BRAMWELL:
15   Q.  You can answer.
23       MS. WERMUTH:  Do you want to take a
24 break?  Oh, now you found your place.

Page 108

1        MR. BRAMWELL:  I found my place.
2  BY MR. BRAMWELL:
3    Q.  So let's take a look, please, at page 6
4  of your letter.  This is, again, Exhibit No. 5;
5  and so the record is clear, it's LC3998.
6        Let me know when you're there,
7  please.
8    A.  I'm on page 6.
19   Q.  And if you want to just review it
20 quickly, you know, you can.  We've got the time.
21 We've got seven hours today.  So we've got the
22 time.
23

Page 109

2    A.  Uh-huh.
3    Q.  Uh-huh doesn't show up on a transcript.

Veritext Legal Solutions
www.veritext.com                                        888-391-3376



Page 110

3       MS. WERMUTH: Objection, vague.
4       You can answer.
5  BY THE WITNESS:
6    A. I'm not sure I understand the question.
7  BY MR. BRAMWELL:
8    Q. Sure. So -- and forgive me if I'm
9  wrong, because one of the reasons we're having
10  this conversation is I want to understand, you
11  know -- I just want to understand your thought
12  process with respect to this letter.

23       MS. WERMUTH: Objection, vague.
24

Page 111

1  BY MR. BRAMWELL:
2    Q. You can answer.
3       MS. WERMUTH: Foundation.
4  BY MR. BRAMWELL:
5    Q. You can still answer.
6       MS. WERMUTH: Argumentative.
7       MR. BRAMWELL: Ms. Wermuth, if you say
8  argumentative again, I'm going to call the judge.
9  There's no argumentative here. My tone is soft
10  and it's just a question.
11  BY THE WITNESS:
12    A. Okay. So --
13       MR. BRAMWELL: The only person being
14  argumentative honestly, Ms. Wermuth, is you in
15  continuing to raise the question.
16       MS. WERMUTH: I disagree. It's a basis
17  for the objection, Jerry, Mr. Bramwell.
18       MR. BRAMWELL: Mr. Bramwell.
19       MS. WERMUTH: Mr. Bramwell. I corrected
20  myself.
21       And if you want to call the judge, I
22  understand, but I don't see a need to call the
23  judge.
24

Page 112

1  BY THE WITNESS:
2    A. So can you please repeat the question?
3       MR. BRAMWELL: Yeah, if we can ask the
4  court reporter to read it back, please.
5       (Whereupon, the question was read.)
6  BY THE WITNESS:

9  BY MR. BRAMWELL:

Page 113

       I'm going to send you Exhibit No. 7.
5  Have I sent this exhibit out yet?
6       MS. WERMUTH: I don't think so.
7  BY MR. BRAMWELL:
8    Q. Please let me know when you've received
9  it, Dr. Esteban.
10       (Document marked as Esteban Deposition
11       Exhibit 7 for identification.)
12       MS. WERMUTH: This is No. 7, I have it
13  now.
14       THE WITNESS: Yeah, I just got it.
15  BY MR. BRAMWELL:

29 (Pages 110 - 113)



Page 114

4    Q.  Okay.  And this is a document that
5  DePaul asked that I remove from the record.  Is
6  that consistent with full transparency?
7        MS. WERMUTH:  Objection.  That is
8  argumentative.  There's no doubt about it.
9        MR. BRAMWELL:  Yeah, you also said it
10  was clear that these should be removed.  So I
11  don't know about no doubt about it.
12  BY MR. BRAMWELL:
13    Q.  You can answer, Dr. Esteban.
14    A.  What was the question?
15    Q.  Sure.
16        Can the court reporter read it back,
17  please.
18        (Whereupon, the question was read.)
19        MS. WERMUTH:  I want to just object to
20  the extent it misstates the record and, also,
21  foundation.
22  BY MR. BRAMWELL:
23    Q.  You can answer.
24    A.  I still don't get the question.

Page 115

1    Q.  Sure.  I'm trying to understand what you
2  mean by full transparency, because it's a concept
3  that I'm having some trouble with.  Is it fully
4  transparent for -- is it consistent for full
5  transparency for Dr. Calvente to share the
6  information in this letter with others?
7        MS. WERMUTH:  Same objections.
8  BY MR. BRAMWELL:
9    Q.  You can answer.
10    A.  Yeah.  And I think to clarify, you said
11  that Dr. Calvente shared this letter with others;
12  is that what I'm hearing?
13    Q.  Well, she filed it in her -- as an
14  attachment to her complaint.  Is that consistent
15  with full transparency?
16        MS. WERMUTH:  Objection, vague,
17  argumentative.
18  BY MR. BRAMWELL:
19    Q.  You can answer.
20        MS. WERMUTH:  Speculation.
21  BY MR. BRAMWELL:
22    Q.  You can still answer.
23    A.  Dr. Calvente can include whatever
24  materials she wants when she files for her

Page 116

1  appeal.
2    Q.  Well, I'm not talking about filing her
3  appeal.  I'm talking about filing the lawsuit
4  which is a public record.
5        MS. WERMUTH:  Objection, foundation.
6  BY MR. BRAMWELL:
7    Q.  You can answer.
8    A.  I don't know.
9

17    Q.  Yeah.  Actually to make this a little
18  bit easier, I'm going to share my screen.  I'm
19  going to try to use the technology.  Let's see if
20  I can do it.
21        Okay.  Are you seeing my screen now?
22    A.  Yes, I can.
23

Page 117

18        MS. WERMUTH:  I'm sorry.  Before you
19  answer, Ms. Reporter, can you please read it for
20  me one more time, the question.
21        (Whereupon, the question was read.)
22        MS. WERMUTH:  Okay.  Objection, vague,
23  confusing, and argumentative.
24

30 (Pages 114 - 117)



Page 118

1    BY THE WITNESS:

11    BY MR. BRAMWELL:

Page 119

2        MS. WERMUTH:  Objection, argumentative,
3    vague.
4        MR. BRAMWELL:  Yeah, yeah, yeah.
5    BY MR. BRAMWELL:
6        Q.  You can answer.

13        MS. WERMUTH:  Objection, improper
14    hypothetical.
15    BY MR. BRAMWELL:
16        Q.  You can answer.

Page 120

17        MS. WERMUTH:  I'm going to object to the
18    question.  It was -- the narrative form of the
19    question was pure argument.
20    BY MR. BRAMWELL:
21        Q.  You can answer.
22            And, you know, we'll get through
23    this deposition a lot faster -- I got seven
24    hours.  We'll get through this deposition a lot

Page 121

1    faster without these serial objections and having
2    the court reporter read everything back.  Your
3    choice.
4        MS. WERMUTH:  My objection took probably
5    two seconds.  So I don't want to be accused of
6    unnecessarily eating time during this deposition,
7    because it's not accurate.
8        MR. BRAMWELL:  I think it is accurate,
9    but I'm just letting you know.
10    BY THE WITNESS:



Page 122

4      MS. WERMUTH:  Objection, vague.
5  BY MR. BRAMWELL:
6     Q.  You can answer.
7
8     Q.  And faculty have to engage with the
9  material in the dossier with a goal to seeking
10  truth?
11     A.  Yes, faculty have to.
12

Page 123

Page 124

Page 125

13      MS. WERMUTH:  Objection, misstates the
14  record.
15  BY MR. BRAMWELL:
16     Q.  You can answer.



Page 126

1
2
3    Q. Okay. So if there is a violation of
4 process and procedure, what's the remedy?
5    A. It depends on the nature of the
6 violation of process and procedures.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 128

1
2
3
4    Q. Sure. So this is a -- if you're a
5 grammar nerd like me, this is a fun paragraph,
6 because it's a one-sentence paragraph. But it
7 reads as I just read it.
8
9
10
11
12
13
14
15
16    Q. So -- what to your mind would need to
17 happen to rise to the level of a procedural
18 violation?
19    MS. WERMUTH: Objection, vague, calls
20 for speculation.
21 BY MR. BRAMWELL:
22    Q. You can answer.
23    A. They skipped a level could be a
24 procedural violation.

Page 127

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 129

1    Q. I'm sorry, they skip pay level?
2    A. They skipped a level.
3    Q. Oh, a level. Okay.
4    A. Yeah. So from personnel review, it went
5 straight to the UBPT, that would be procedural.
6 If they went over and above what's expected to be
7 submitted in a document as part of the dossier
8 and it was significant, then that would have been
9 procedural.
10    Q. I'm sorry, can you unpack that a little
11 bit. Over and above what was expected in a
12 dossier?
13    A. A candidate is supposed to submit
14 certain material as part of their dossier.
15    Q. Okay.
16    A. The probationary review typically is not
17 part of that. So if I was on the committee, I
18 could not request -- there are certain things
19 which you're allowed and not allowed to ask for,
20 so to speak.
21    Q. So if material is supposed to be
22 included in the dossier and is not, that's
23 procedural; and if material is not supposed to be
24 included in the dossier and is included, that's

Page 130

1 also procedural?
2 MS. WERMUTH: Objection. I think that
3 misstates the testimony.
4 BY MR. BRAMWELL:
5 Q. You can answer.
6 A. Yeah. The second part, if I was a
7 candidate for promotion and tenure and I
8 submitted things which I don't have to include as
9 part of the dossier, as per the faculty handbook,
10 then that's on me. It's not on the committee.
11 Q. Okay. And if the committee -- if the
12 candidate asks for material to be included and
13 that's failed -- I'm sorry, let's strike that and
14 start again.
15 If the candidate asks for certain
16 materials to be included and those materials are
17 not included, that's procedural?
18 A. You mean after the submission date?
19 Q. No. Prior to.
20 A. Anything prior to the official date of
21 submission, candidate can include it.
22 Q. Okay. And if it's not -- okay.
23 Okay. So if -- I'm just trying to
24 understand what you consider procedural and not,

Page 131

1 and I'm trying to get a better understanding of
2 this second piece. I know that you have been
3 instructed to only answer the questions I've
4 asked, but it will be a little easier if you help
5 me out a bit.
6 So obviously skipping a level,
7 that's a procedural violation. Material that
8 doesn't belong in the dossier is a procedural
9 violation; is that right?
10 MS. WERMUTH: Objection, misstates his
11 testimony.
12 BY MR. BRAMWELL:
13 Q. You can answer.
14 And, Ms. Wermuth, honestly if you
15 stop with the misstates testimony objections,
16 we'll get through a lot faster, because I'm
17 trying to understand what the testimony is. So
18 just FYI, I don't want to have to go back to the
19 judge and say, hey, I need more time because
20 Ms. Wermuth kept interposing objections.
21 A. If I was on UBPT and asked for things
22 which are not required to be part of the dossier,
23 then that could be a procedural.
24 Q. Okay. Were there any other procedural

Page 132

1 issues?
2 A. Well, I mean, the way it's decided is at
3 each level they're supposed to evaluate what was
4 done at the level below them to make sure that
5 there are no procedural guidelines.
6 Q. So, you know, and obviously you said
7 full transparency is important, right?
8 A. Yes.
9 Q. And is full transparency a procedural
10 issue or a substantive issue?
11 A. I don't quite understand.
12 Q. Sure. So if I understand correctly, you
13 believe that there are three reasons -- three
14 grounds for appeal, and one of them is that
15 procedures are not followed.
16 A. Uh-huh, that's correct.
17 Q. Okay. Now, I'm trying to understand,
18 you know, sort of what, you know, that means to
19 you. I'm trying to understand what that means to
20 you when you say procedures were not followed.
21 A. I'll give you an example. Was there an
22 evaluation by the personnel review committee of
23 the portfolio? Was there an examination of the
24 portfolio by the -- or dossier by the college

Page 133

1 committee? Was there an evaluation at the dean
2 level? Those are procedural. If any of those
3 steps were missed, okay, then you have a
4 procedural issue.
5 You're supposed to be evaluated on
6 the basis of teaching, scholarship, and service.
7 If a candidate was only evaluated on one of those
8 three and there was no mention of the other two
9 throughout the whole process, then that's a
10 procedural issue.
11 Q. What if the evaluation on one of these
12 areas -- and we can pick any of the areas, but
13 we'll just pick -- you can pick your favorite.
14 What if one of the evaluations was just
15 objectively wrong? Is that a procedural
16 violation?
17 A. What do you mean by objectively wrong?
18 Q. Sure. So you mentioned a hypothetical
19 earlier, and I know I'm going to draw an
20 objection. We'll just have to live with it. You
21 know, for research, certain colleges or certain
22 academic units might say you need to have three
23 publications in a tier one journal. And this
24 particular candidate has three evaluations in the

34 (Pages 130 - 133)



Page 134

1  -- in, you know, the tier one journals. There's
2  no dispute or debate about that. And,
3  nonetheless, they are dinged on their research
4  for not having the requisite number of
5  evaluations -- or requisite number of
6  publications. Would that be a procedural
7  violation?
8      MS. WERMUTH: Objection, vague, improper
9  hypothetical.
10      Go ahead.
11  BY THE WITNESS:
12    A. Yeah. And, well, this is all
13  hypothetical. So I'm not sure if any of our
14  colleges or schools have that as a criteria first
15  and foremost.
16      If you have the three publications,
17  there typically are more restrictions than just
18  those three publications. Lead authorship might
19  be something else a college might look at. Is it
20  single; is it double.
21      In some fields, for example, the
22  sciences, it's not unusual to have maybe five,
23  six coauthors, so to speak, including students.
24  So you'll have to look very specific at that.

Page 135

1      So assuming it's as clear-cut as
2  having -- you have three publications in tier one
3  journals and, at least, one of them, let's say --
4  and I'll be very specific. At least, one of them
5  has to be sole authorship and two you have to
6  be -- in one of the other two you have to be the
7  lead author. And you hit that criteria for
8  scholarship, if there's no other criteria, then,
9  yes, I'd say you hit -- you meet that standard
10  for research. As to whether that standard for
11  research means excellent, very good, or good,
12  that depends on the college or school.
13  BY MR. BRAMWELL:
14    Q. Okay. But I think you sidestepped the
15  question. And the question is: You know, if I
16  have this bright line -- and, you're right, I'm
17  making this hypothetical clean or simple for --
18  just so that I can understand what the parameters
19  are. If I have this bright line and, you know, I
20  objectively hit this bright line and,
21  nonetheless, am told that I didn't hit that
22  bright line, would this constitute a procedural
23  violation such that my appeal should be granted?
24      MS. WERMUTH: Objection to form.

Page 136

1  BY MR. BRAMWELL:
2    Q. You can answer.
3    A. Okay. And is the assumption that bright
4  line is the minimal expectations or --
5    Q. Sure, minimum expectation. If I hit
6  this bright line, I satisfy the requirements; if
7  I don't hit the bright line, I don't satisfy the
8  requirements.
9    A. It should have been -- if you have that
10  criteria, it should have been caught at the
11  personnel, the college, or the dean level before
12  it even gets out of the college. And if it
13  doesn't at any of those levels, then I'd say that
14  that still -- that may be considered a -- that's
15  an evaluation is the challenge. Is it procedural
16  or not? I'd say, yes, it could be procedural,
17  because you're not following the guidelines set
18  in the college or school, if that's where it's
19  set.

Page 137

Veritext Legal Solutions
www.veritext.com        888-391-3376



Page 138

16    MS. WERMUTH: Objection, form,
17  argumentative, asked and answered.
18  BY MR. BRAMWELL:
19    Q.  You can answer.

Page 139

                                I'm asking
14  this.
15        If they did misread the file, so
16  assuming, without deciding, assuming they did
17  misread the file -- and I promise you I am not
18  going to go run into court and say Dr. Esteban
19  agrees that they misread the file.  I'm just
20  saying if they misread the file, why isn't that a
21  procedural violation?
22        MS. WERMUTH:  Objection, form,
23  argumentative.
24

Page 140

1  BY MR. BRAMWELL:
2    Q.  You can answer.
3    A.  If they misread the file completely and
4  they -- there was a clear bright line, as you put
5  it, which said if you have this in your teaching,
6  you're going to be -- promotion, right, then I'd
7  have to look at the file more closely and look at
8  the discussions back and forth on the evaluation
9  of teaching, and I'd make an assessment.
10        But then the challenge with that is
11  I'm overstepping my authority, because I'm
12  supposed to look at -- I'm not supposed to make
13  my own evaluation of the teaching, substitute my
14  judgment for that of the committees at the
15  different level,
16
17    Q.
18                                    But maybe
19  that is argumentative there, so I apologize for
20  being argumentative there.
21

Page 141

2    A.  Was that a question?
3        MS. WERMUTH:  Object.
4  BY MR. BRAMWELL:
5    Q.
12        MS. WERMUTH:  I'm going to object to the
13  form of the question.  It's argumentative.  I'm
14  also going to ask after the President finishes
15  this question if we can take a break.  I need a
16  break.
17        MR. BRAMWELL:  Yeah, sure.
18  BY THE WITNESS:
19    A.
21        MR. BRAMWELL:  You want to come back at
22  1:00 o'clock.  We'll take 45 minutes for lunch.
23        MS. WERMUTH:  Sounds great.  Thank you.
24        THE WITNESS:  Thank you.

36 (Pages 138 - 141)



Page 142

1  (A short recess was taken for lunch
2  from 12:15 p.m. to 1:04 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 143

1  MR. BRAMWELL:  Back on the record.
2  A. GABRIEL ESTEBAN,
3  called as a witness herein, having been
4  previously duly sworn, was examined and testified
5  further as follows:
6  EXAMINATION (Resumed)
7  BY MR. BRAMWELL:
8  Q.  Dr. Esteban, we just took about a
9  45-minute lunch.  Is there anything that you wish
10  to clarify of your earlier testimony?
11  A.  Not at this time.
12  Q.  Okay.  Good.
13

Page 144

1
2  Q.
5  MS. WERMUTH:  Objection, assumes facts
6  not of record.
7  BY MR. BRAMWELL:
8  Q.  You can answer.
9  A.  Are you referring to this type of
10  question or -- because I responded earlier with
11  what I thought would be a material procedural
12  violation.
13  Q.  All right.  Since it's been actually
14  about 50 minutes, can you refresh my
15  recollection?
16  MS. WERMUTH:  Asked and answered.  He's
17  answered the question about this paragraph
18  several times.
19  BY MR. BRAMWELL:
20  Q.  You can answer.
21  And, Ms. Wermuth, when I finally get
22  a legitimate answer to my question, I'll stop
23  trying to reformulate.
24

Page 145

1  BY THE WITNESS:
2  A.  So, again, you are asking me if --
3  BY MR. BRAMWELL:
4  Q.
9  MS. WERMUTH:  Objection, assumes facts
10  not of record.
11  BY MR. BRAMWELL:
12  Q.  You can answer.
13  A.  Am I being asked to evaluate her file in
14  terms of her teaching?
15
21  Q.

37 (Pages 142 - 145)



Page 146

1 ███████████████████
  ███████████
3     MS. WERMUTH: Objection, form, assumes
4 facts not of record, argumentative.
5 BY MR. BRAMWELL:
6     Q. You can answer.
7 █████████████
  ████████████████████
  ████████████████████
  ██████████████████
12    Q. I'm not sure I understand that answer.
13    A. ████████████
  █  ██████████
  █  █████████████████
  █  ████████
  █████████████████████
  ████████████████
22    MS. WERMUTH: I'm just going to object
23 again to form.
24

Page 147

1 BY THE WITNESS:
2 ███████████████████
  ███████████████████
  █████████████████
  ████  ██████████
7 BY MR. BRAMWELL:
8 ███████████████
  ████████████████████
11    MS. WERMUTH: Objection, form.
12 BY MR. BRAMWELL:
13    Q. You can answer.
14 ███████████████████
  █  █████████████
  ████████████████████
  █  ██████████████
  █████████████████
  ███████████████████
24    MS. WERMUTH: Objection, form, calls for

Page 148

1 speculation.
2 BY MR. BRAMWELL:
3    Q. You can answer.
4    A. ████████████████
  █  ████████████
  █  █████████████████
  █  █████████
  █  ███████████
  █████████████████████
  █████████████████
  █████████████████
  ████████████████████
  █  ████████
  █  ████████████████
  ████████████████████████
  █  ████████████
  █  ██████████
  █  ████████████

Page 149

█  ███████
█  ████████████
█████████████████
█  ██████████
█  ████████████████
█  ██████
█████████████████
█  ███████
█  █████████████████
█  ███████████
█  ████████████
█████████████████
█  ███████████
█  █████████████████
█  ████████████
█████████████████████████
█  █████████

Veritext Legal Solutions
www.veritext.com                                                    888-391-3376

Page 150

1    A. I just want to understand how you define
2  those two terms.
3    Q. Well, you are tasked with evaluating
4  Dr. Calvente's appeal, correct?
5    A. Meaning me as president or appeal board?
6    Q. You as president.
7    A. Yes. I'm tasked with reviewing the
8  recommendations of the appeals board.
9    Q. Right. And you ultimately get to decide
10 whether Dr. Calvente gets tenure or she doesn't,
11 correct?
12   A. Those are some of my options, correct.
13   Q. What are your other options?
14   A. I could also just ask that it be
15 remanded to the provost if I believe there was a
16 procedural issue. The faculty handbook doesn't
17 say I'm limited to those two options.
18   Q. I believe earlier you testified those
19 were the only two options. Now you're saying
20 that there's another option, you can remand to
21 the provost?
22      MS. WERMUTH: Objection, misstates his
23 testimony.
24

Page 151

1  BY MR. BRAMWELL:
2    Q. You can answer.
3    A. No, I did not say those were the only
4  two options.
5    Q. Okay. So the options are to grant
6  tenure, to deny tenure, and to remand to the
7  provost. Are there any other options?
8    A. Well, the faculty handbook doesn't say
9  what all the options are. I could remand it to
10 the provost. I could ask for a second review. I
11 mean, there's nothing specific as to what the
12 limits are in terms of my options.
13   Q. Okay. What other options -- you said
14 you can do anything you want is your belief?
15   A. I would say anything within reason.
16   Q. What constitutes within reason?
17   A. If I -- well, I mean, are you talking
18 about this specific case or hypothetically?
19   Q. I'm talking any case.
20   A. That would be dependent on the specific
21 case.
22   Q. So your power depends on a specific
23 case. That doesn't make sense.
24   A. The options I employ would depend on a

Page 152

1  specific case.
2    Q. Well, obviously what you ultimately do
3  is on a case-by-case basis. But earlier, you
4  know, I asked about your authority and you said
5  that your authority -- and, Ms. Wermuth, if you
6  want to go back to the transcript, we can do it
7  when it comes out. But I understood your
8  authority as granting tenure or denying tenure.
9  Now I hear you saying that there's a third option
10 to remand to the provost. I'm trying to
11 understand if there are options 4 through N.
12   A. And as I indicated, it depends on the
13 specific case. Because I look at what's
14 recommended by the appeals board and I assess the
15 basis for their recommendations and based on that
16 I make a determination.
17   Q. Well, yes, obviously you make a
18 determination. But my question now is, because
19 I'm getting information that is different than my
20 understanding earlier, what could you do as
21 president when you get an appeal that you've
22 decided to affirm? You know, we talked about
23 remanding to the provost, granting tenure,
24 denying tenure. Can you do other things as well?

Page 153

1    A. Based on the faculty handbook, it was
2  vague as to what other options I have.
3    Q. Okay. Do you believe you have other
4  options?
5    A. I could ask another appeal board to
6  evaluate it, I guess, if that was my -- based on
7  my assessment of that particular situation that
8  was called for.
9    Q. Okay. So you could ask another appeals
10 board to evaluate. Do you have other powers or
11 other options?
12   A. I assume there are.
13   Q. I'm sorry?
14   A. I assume I have other options.
15   Q. It looks like Dr. Ghanem has now joined
16 the deposition.
17      All right. So we've gone through
18 now I think four options. Is there a fifth
19 option?
20   A. As I indicated, the faculty handbook is
21 vague on this area as to what other remedies or
22 options I have as president. And you asked me
23 what I thought the options might be, and those
24 are my responses as possible options.

39 (Pages 150 - 153)



Page 154

1    Q.   Okay.  And what I want to understand is
2  what you understand the universe to be.  If you
3  think that those are the realistic options, fine.
4  If you think now that there are even more
5  options, I'd like to know.
6    A.   Those would probably be the first
7  options I'd look at.
8    Q.   Okay.  Are there other options you would
9  look at?
10    A.   No, not at this time.
11

21    A.   Which exhibit is that?
22    Q.   That would be Exhibit No. 6.
23    A.   Hold on.  I have too many windows open.
24    Q.   That's a challenge with today's Zoom

Page 155

1  work, right?
2    MS. WERMUTH:  Yeah, I have the same
3  problem, Gabe.
4    Exhibit 6.
5

- 157)



Page 158

12  Q.  What are evolving recommendations?
13  A.  Can I give you an example?
14  Q.  Sure.
15  A.  When I was -- and I'll give myself as an
16  example.
17  Q.  Okay.
18  A.  As a tenure-track faculty.
19      We had yearly evaluations as a
20  tenure-track faculty in my institution, and we
21  also had -- similar to here, we had merit pay
22  increases, as well as cost of living adjustments
23  or across-the-board increases.  Part of that
24  evaluation every year, as we were told, this is

Page 159

1  an area which you need to work on.  It might be
2  service.  It might be teaching.  It might be
3  scholarship.  And the next time around next year,
4  maybe I worked on it, on a particular area which
5  I was told I needed to improve upon.  And it
6  might turn out that I still need to work on
7  another area even more.
8      Let's say, the first year they said
9  my scholarship is not progressing at the rates
10  they expected.  And so they asked me to work on
11  that, and that they may have said that service
12  and teaching was on track.  The following year
13  they might say your scholarship has met
14  expectations, maybe even exceeded expectations at
15  this point.  However, we did see a slight dip in
16  service.  You did not serve on as many
17  committees.  And they asked me to put a little
18  emphasis on that area, keeping in mind that I
19  can't let up on the other areas which they may
20  not have necessarily pointed out.
21      So throughout my probationary
22  review, I expect there to be -- there might be
23  difference -- I guess expect is a strong word.
24  There might be difference in areas I'm asked to

Page 160

1  focus on depending on progress I make in those
2  different areas.
3  Q.  Okay.  Now, I understood you did not
4  earn tenure at --
5  A.  University of Houston Victor.
6  Q.  That's right.  You didn't earn tenure
7  there, right?
8  A.  No.  I was only there for four years.
9  Q.  You didn't even go up for tenure, did
10  you?
11  A.  I went up for tenure fourth year, on the
12  start of my fourth year, on the advice of my
13  dean.
14  Q.  Okay.  And you didn't receive it?
15  A.  The provost at University of Houston
16  Victoria informed me I needed more years in rank.
17  I was also told that I met all the criteria for
18  promotion and tenure.  It was years of rank that
19  I was missing.
20  Q.  Okay.  And then when you joined
21  Arkansas -- is it Arkansas Tech University?
22  A.  That's correct.
23  Q.  And you joined as a tenure -- you joined
24  as a tenured member of the faculty there, right?

Page 161

1  A.  Yes.  My file was evaluated by the
2  College of Business at Arkansas Tech University.
3  Q.  Okay.
4  A.  And they awarded me tenure.
5  Q.  Now, evolving -- going back to evolving
6  recommendations.  If somebody were told that they
7  were given consistent -- well, yeah, if somebody
8  were given inconsistent guidance, would that be
9  problematic?
10      MS. WERMUTH:  Objection, form.
11  BY MR. BRAMWELL:
12  Q.  You can answer.
13  A.  Yeah, what do you mean by inconsistent
14  guidance?
15  Q.  That you're told to do X and then the
16  next year told that they should not have done X.
17  A.  Are you implying that there was a change
18  in the standards?
19  Q.  No.  What I'm asking is if somebody were
20  told to do X in one review and then told to do
21  something that was inconsistent with X in another
22  review, would that be problematic?
23      MS. WERMUTH:  Objection to form.
24      Go ahead.

41 (Pages 158 - 161)

Page 162

1  BY MR. BRAMWELL:
2      Q.  Yeah.
3      A.  When you say inconsistent, in the
4  example I gave you, I was asked, for example,
5  that I had to work on, let's say, scholarship one
6  year and I was able to work on it; and the
7  following year they felt that I needed to work
8  more on my service, so I would work on that.
9          That being said, the assumption is
10 in terms of scholarship I continue on the path
11 which got me to the level which would be
12 consistent with earning tenure at that
13 institution.
14     Q.  Okay.  But I think that you're
15 sidestepping the question here.  Here is the
16 question.  You're being told with respect to
17 service -- because we're talking about service
18 right now.
19     A.  Yeah.
20     Q.  Not scholarship and service, but just
21 service.  And you can answer subject to
22 Ms. Wermuth's objection, which I know is coming.
23 But if you're told to do X during one review and
24 then told to do something that's inconsistent

Page 163

1  with X during your next review, is that
2  problematic?
3          MS. WERMUTH:  Objection, form.
4  BY THE WITNESS:
5      A.  And I tried to understand the question
6  in this case.  In terms of service, which you
7  point out, if I'm told I had to serve on, let's
8  say, more substantial committees at the college
9  level or more long-term committees at the college
10 level and I do it; and when I do serve on longer
11 term more substantial committees at the college
12 level, I'm told that, no, you don't have to do
13 that, instead you have to do this other thing
14 which is maybe serve on ad hoc committees or
15 whatever, then I'd say you did receive
16 inconsistent guidance; and I would have asked why
17 is this different from my previous years or my
18 previous evaluation.  That's if I was a faculty
19 member.
20 BY MR. BRAMWELL:
21     Q.  If a faculty member receives
22 inconsistent guidance and that inconsistent
23 guidance is then held against her, would that be
24 a procedural violation?

Page 164

1          MS. WERMUTH:  Objection to form.
2  BY MR. BRAMWELL:
3      Q.  You can answer.
4      A.  Yeah.  If I receive inconsistent
5  guidance, I would question why the guidance was
6  inconsistent.  I'd have that documented if I was
7  a faculty member.
8      Q.  Okay.  But I'm not talking about what
9  the faculty member should do.  I'm talking about
10 what constitutes a procedural violation.
11         If the faculty member is told to do
12 X during one review cycle and then told to do
13 something that is inconsistent with X during the
14 next cycle, is that a procedural violation?  It's
15 a yes-or-no question.
16         MS. WERMUTH:  I object to the form.
17 It's also vague and it's an incomplete
18 hypothetical.
19         Go ahead.
20 BY MR. BRAMWELL:
21     Q.  Yeah, go ahead.
22     A.  I'd say it's inconsistent guidance, but
23 procedurally, the procedure says they get a
24 review every year.

Page 165

1      Q.  You're supposed to get a review every
2  year or a review every other year?
3      A.  Depending on the college.  My previous
4  institution it was -- two institutions ago it was
5  every year.  The cycle here is different at
6  DePaul.
7      Q.  So, again -- and Ms. Wermuth is going to
8  lodge her objections, and one of them is going to
9  be asked and answered; but I still haven't gotten
10 an answer to this question.  And this is a very
11 simple yes-or-no question, right.  If you're
12 being given inconsistent guidance with respect to
13 your service obligations, does that constitute a
14 procedural violation?
15         MS. WERMUTH:  Objection, vague.
16 BY THE WITNESS:
17     A.  Based on --
18 BY MR. BRAMWELL:
19     Q.  You can answer.
20     A.  -- our discussions, I'd say no.
21     Q.  No.  Why not?
22     A.  It's my opinion.
23     Q.  Okay.  I know it's your opinion, but at
24 the level you're at, it's not enough to say it's

42 (Pages 162 - 165)



Page 166

1 just my opinion. I need to understand why you
2 believe that.
3     A. I think I stated it earlier as to the
4 context.
5         If we can go back to my earlier
6 response, Ms. Burke.
7         (Discussion off the record.)
8     MS. WERMUTH: So, Gabe, I'm not sure
9 exactly which response you're referring to.
10 There's been a fair amount of back and forth on
11 this line of questioning. So can you summarize
12 what you recall saying on the topic?
13 BY THE WITNESS:
14     A. Well, the thing is I gave an example of
15 me personally what I thought, and I also
16 responded to the question as to if someone
17 received inconsistent guidance and so on. And my
18 response was as a faculty member, I would have
19 raised issue if I thought I was receiving
20 inconsistent guidance. Then I thought we went
21 into the question is whether or not it was a
22 material -- if what is inconsistent. And I had
23 an initial response to that before the follow-up
24 to the same question.

Page 167

1 BY MR. BRAMWELL:
2     Q. Here is the challenge. You know, is it
3 a material procedural violation if a faculty
4 member is receiving inconsistent guidance with
5 respect to their service obligations. You said
6 no. I asked why. You said it was just my
7 opinion.
8     A. Yeah, it's my opinion. But it depends
9 on the context. I mean, it's easy to give
10 hypothetical without any context around the
11 question. And that's what I was trying to get
12 at, what context are we looking at.
13

Page 168

1
19     MS. WERMUTH: Objection.
20 BY MR. BRAMWELL:
21
22         Ms. Wermuth, make your objections.
23         But, Dr. Esteban, I'll need your
24 answer.

Page 169

1     MS. WERMUTH: Yeah, I do object to the
2 form of the question. It's an incomplete
3 hypothetical. It calls for speculation, vague.
4 BY THE WITNESS:
5
7 BY MR. BRAMWELL:
8     Q. Why don't we do this. Why don't we take
9 five minutes. You read the section on -- why
10 don't we take ten minutes. You read the section
11 on service, and then we'll come back. All right.
12 Let's come back at 1:50.
13     MS. WERMUTH: Wait, wait, wait. I'm
14 sorry, what are you asking my client to do?
15     MR. BRAMWELL: I'm asking him to take
16 ten minutes to read the appeals committee report
17 on service, and then we'll come back.
18     MS. WERMUTH: Okay. We're taking a
19 ten-minute break.
20     MR. BRAMWELL: Yep.
21     (A short recess was taken.)
22 BY MR. BRAMWELL:
23     Q. All right. We just took ten minutes.

43 (Pages 166 - 169)



Page 170

Page 172

1    All right.  Do you see my screen up
2    here?
3        A.   Yes, I do.

17       Q.   And I love this, too, because it's a
18   one-sentence paragraph.  I love it when people
19   can do that.
20

appeal
24   committee's search pedantic?

Page 171

1        MS. WERMUTH:  Object to the question.
2    It assumes facts not of record, and I object to
3    form.
4        Go ahead.
5    BY MR. BRAMWELL:
6        Q.   You can answer.

21       Q.   And I'll try to share my screen.  Let's
22   see if I can use the technology correctly three
23   times in one deposition; and for the record, I
24   was smiling a little bit there.

Page 173

12       MS. WERMUTH:  Object to the form of the
13   question.  I also think you're becoming -- I'll
14   leave it at that.
15   BY THE WITNESS:

18   BY MR. BRAMWELL:
19       Q.   Okay.  Do you believe that the appeals
20   board -- do you believe that anybody promised the
21   appeals board anything or offered the appeals
22   board anything for a -- to uphold the appeal?
23   I'm sorry, that was a horrible question.  Let me
24   strike that.

44 (Pages 170 - 173)

Page 174

1    Do you believe that the appeals
2  board was offered anything of value or offered
3  anything at all in exchange for finding the way
4  that they did?
5    A.   And I just need to clarify.  Are you
6  asking me if I believe that they were bribed?
7    Q.   Yeah.
8    A.   No.
9    Q.   Bribe is a crass way of putting it, but,
10  yeah, that will work.
11    A.   No.
12    Q.   Do you believe that they were pressured?
13    A.   No.

Page 175

20    A.   Uh-huh.
21    Q.   Uh-huh doesn't show up.

Page 176

Page 177

10    MS. WERMUTH:  Jerry -- I'm sorry,
11  Mr. Bramwell, he has answered the question.
12    MR. BRAMWELL:  There are two answers to
13  this question.
14    MS. WERMUTH:  Not necessarily, not
15  necessarily.  And he's telling you how he can
16  answer the question.  It may not be the answer
17  that you think is the best or the one that, you
18  know, supports a particular position.  But that
19  being said, he can't answer it in a yes or no.
20  He's telling you that.
21

45 (Pages 174 - 177)



Page 178

6   BY MR. BRAMWELL:

10      MS. WERMUTH:  Well, I'm going to allow
11   the witness to answer the question in the manner
12   that he sees appropriate.
13      MR. BRAMWELL:  You don't get to make
14   that decision, Ms. Wermuth.
15      MS. WERMUTH:  Well, I don't think you
16   get to tell him it has to be yes or it has to be
17   no.  I don't think that's appropriate instruction
18   to give a witness.  He's answered this question.
19   But if you're going to ask it a last time, then
20   fine, he can answer it a last time.
21      MR. BRAMWELL:  I can ask it as many
22   times as I need to get an answer.
23      MS. WERMUTH:  He's given you an answer.
24   We're not going to do this for the next three

Page 179

1   hours.
2      MR. BRAMWELL:  Well, as soon as he gives
3   me an answer, then we'll get it.  If you want to
4   call the judge, you're welcome to do it.
5   BY THE WITNESS:

9   BY MR. BRAMWELL:

Page 180

8      MS. WERMUTH:  Objection.
9   BY MR. BRAMWELL:
10   Q.  You can answer.

Page 181

5      MS. WERMUTH:  I'm sorry, what page are
6   you on?
7      MR. BRAMWELL:  I'm on the very first
8   page.  And, here, this might help if I share my
9   screen.
10      MS. WERMUTH:  Again, I'm sorry, what's
11   the question, Mr. Bramwell?
12      MR. BRAMWELL:  Can I ask the court
13   reporter to read it back, please.
14      (Whereupon, the question was read.)
15   BY MR. BRAMWELL:
16

46 (Pages 178 - 181)

Page 182



15    Q.   Now, is it enough that a faculty member
16  have procedural protections, or do the procedural
17  protections also have to be effective procedural
18  protections?
19    A.   And how in this case would you define
20  effective procedural protections?
21    Q.   Sure.  You need to have unbiased
22  reviewers, correct?
23    A.   That's correct.
24    Q.   What does the phrase preponderance of

Page 183

1  the evidence mean?
2    A.   To me it means significant proof.
3    Q.   Significant proof.  So 75 percent?
4    A.   Yeah, at least, more than half, if
5  you're to look at percentages.  But I think you'd
6  have to look at what evidence is displayed and to
7  weigh them if you are to look at.
8    Q.   Okay.  Well, does it mean, you know,
9  just more than 50 percent?  Does it mean a lot
10  more than 50 percent?  Does it mean, you know,
11  close to 100 percent?
12    A.   So you're asking me to quantify the
13  evidence?
14    Q.   I'm asking -- I'm trying to understand
15  what preponderance of the evidence means to you.
16  You said significant proof.  And so I'm trying to
17  understand what significant proof means to you.
18    A.   It would depend on the types of evidence
19  I presented and how I might weigh it.
20    Q.   Well, here is the reason I ask.  You
21  mentioned that the -- I think you testified
22  earlier, correct me if I'm wrong, that the
23  appealing faculty member has the burden of proof
24  by the preponderance of the evidence, correct?

Page 184

1    A.   That's correct, according to the faculty
2  handbook.
3    Q.   Right.  My question then is:  What does
4  preponderance of the evidence mean to you?
5    A.   And my response is it depends on the
6  type of evidence presented and the weight I
7  assign to it.
8    Q.   Okay.  But it means significant proof is
9  the best you can do?
10    A.   That's the best I can do, that's
11  correct.
12    Q.   Is significant proof, does that mean
13  more likely than not, or is that a greater
14  standard?
15    A.   And I have a difficulty, because I keep
16  trying to assign weights in my mind or
17  percentages, and that's not an accurate way to
18  look at it.
19    Q.   My background is in economics and my
20  family are all scientists and engineers.  I'm the
21  black sheep, so...
22    A.   Yeah, and so that's the challenge.  At
23  least, in my mind, if you ask me about what
24  constitutes preponderance, I would say it depends

Page 185

1  on the evidence being presented and the weight I
2  assign to the evidence.
3    Q.



16    Q.   Do you have confidence in Salma Ghanem
17  as the provost?
18    A.   Yes, I do.
19    Q.   Has anyone ever accused you of making an
20  employment decision for racially discriminatory
21  reasons?
22    A.   I really don't recall.  I been in this
23  -- either provost or president since 2003.
24    Q.   Would anything refresh your

47 (Pages 182 - 185)

Page 186

1   recollection?
2       A.  I'd have to look at I guess all my files
3   from 2000, from all time I became provost at
4   university, I had to make those determination.
5       Q.  Have you ever been accused of academic
6   dishonesty?
7       A.  I have not.
8       Q.  Have you ever been arrested in the
9   United States?
10      A.  Speeding tickets don't count, do they?
11      Q.  No, they do not.
12      A.  Okay.  No, I have not.  I have to ask.
13          MS. WERMUTH:  I don't blame you.
14  BY MR. BRAMWELL:
15      Q.  I appreciate the request for
16  clarification.  But between you and me and I
17  guess the transcript, yes, speeding tickets, I
18  don't think many of them are legitimate and
19  valid.  I was trying to make a joke.
20      A.  And I agree with you on the legitimate
21  and valid.

Page 188

1       Q.  Okay.  I can look it up.  That's fine.
2           Let's take another five minutes if
3   we can.  Come back at, let's say, four minutes,
4   2:20.
5           (A short recess was taken.)
6               EXAMINATION
7   BY MS. WERMUTH:

16          MR. BRAMWELL:  Object to the extent that
17  the answer contradicts anything that he testified
18  to earlier.

21  BY MS. WERMUTH:
22      Q.  Okay.  Now, you were also asked

Page 187

Page 189

12          MR. BRAMWELL:  Objection, leading.
13  BY THE WITNESS:
14      A.  Yes.
15          MS. WERMUTH:  Thank you.
16          I have nothing else.
17          MR. BRAMWELL:  All right.  Dr. Esteban,
18  thank you for your time today.
19          THE WITNESS:  Thank you.  Appreciate it.
20          MS. WERMUTH:  And, Ms. Burke, we'll
21  reserve signature.
22          THE REPORTER:  Do you want to order the
23  transcript?
24          MR. BRAMWELL:  Yeah, I'll order the



48 (Pages 186 - 189)

Page 190

1  original.  Thank you.
2      MS. WERMUTH:  And yes.
3        (Whereupon, the deposition was
4        concluded at 2:33)
5        (Signature was reserved.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 191

1  STATE OF ILLINOIS  )
           ) SS:
2  COUNTY OF C O O K  )
3      I, Suzanne Burke, Illinois CSR
4  No. 084-002573, do hereby certify that A. GABRIEL
5  ESTEBAN was duly sworn to testify the whole
6  truth, and that the foregoing deposition was
7  recorded stenographically by me and was reduced
8  to typewriting by me, and that the said
9  deposition constitutes a true record of the
10  testimony given by said witness.
11      I further certify that the
12  reading and signing of said deposition was not
13  waived by the witness and his attorney.
14      I further certify that I am not
15  a relative or employee or attorney or counsel of
16  any of the parties, or a relative or employee of
17  such attorney or counsel, or financially
18  interested directly or indirectly in this action.
19      IN WITNESS WHEREOF, I have
20  hereunto set my hand and affixed my seal of
21  office at Chicago, Illinois, 2nd of March, A.D.,
22  2021.
23      _Suzanne Burke_
     Certified Shorthand Reporter
24

Page 192

1        Veritext Legal Solutions
          1100 Superior Ave
2          Suite 1820
          Cleveland, Ohio 44114
3          Phone: 216-523-1313
4
  March 3, 2021
5
  To: Anna Wermuth, Esq.
6
  Case Name: Calvente, Lisa v. Ghanem, Salma, et al.
7
  Veritext Reference Number: 4445852
8
  Witness: A. Gabriel Esteban    Deposition Date:  2/16/2021
9
10  Dear Sir Madam:
11
  Enclosed please find a deposition transcript.  Please have the witness
12
  review the transcript and note any changes or corrections on the
13
  included errata sheet, indicating the page, line number, change, and
14
  the reason for the change.  Have the witness' signature notarized and
15
  forward the completed page(s) back to us at the Production address
16  shown
17  above, or email to production-midwest@veritext.com.
18
  If the errata is not returned within thirty days of your receipt of
19
  this letter, the reading and signing will be deemed waived.
20
21  Sincerely,
22  Production Department
23
24  NO NOTARY REQUIRED IN CA

Page 193

1        DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
2
  ASSIGNMENT REFERENCE NO: 4445852
3  CASE NAME: Calvente, Lisa v. Ghanem, Salma, et al.
  DATE OF DEPOSITION: 2/16/2021
4  WITNESS' NAME: A. Gabriel Esteban
5  In accordance with the Rules of Civil
  Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7  I have made no changes to the testimony
  as transcribed by the court reporter.
8
9  Date          A. Gabriel Esteban
10  Sworn to and subscribed before me, a
  Notary Public in and for the State and County,
11  the referenced witness did personally appear
  and acknowledge that:
12
  They have read the transcript;
13  They signed the foregoing Sworn
  Statement; and
14  Their execution of this Statement is of
  their free act and deed.
15
  I have affixed my name and official seal
16
  this _____ day of _____, 20___.
17
18  _____
  Notary Public
19
  _____
20  Commission Expiration Date
21
22
23
24
25

49 (Pages 190 - 193)

Page 194

1      DEPOSITION REVIEW
       CERTIFICATION OF WITNESS

2

       ASSIGNMENT REFERENCE NO: 4445852
3      CASE NAME: Calvente, Lisa v. Ghanem, Salma, et al.
       DATE OF DEPOSITION: 2/16/2021
4      WITNESS' NAME: A. Gabriel Esteban
5      In accordance with the Rules of Civil
       Procedure, I have read the entire transcript of
6      my testimony or it has been read to me.
7      I have listed my changes on the attached
       Errata Sheet, listing page and line numbers as
8      well as the reason(s) for the change(s).
9      I request that these changes be entered
       as part of the record of my testimony.
10
       I have executed the Errata Sheet, as well
11     as this Certificate, and request and authorize
       that both be appended to the transcript of my
12     testimony and be incorporated therein.
13     _____
       Date           A. Gabriel Esteban
14
       Sworn to and subscribed before me, a
15     Notary Public in and for the State and County,
       the referenced witness did personally appear
16     and acknowledge that:
17     They have read the transcript;
       They have listed all of their corrections
18         in the appended Errata Sheet;
       They signed the foregoing Sworn
19         Statement; and
       Their execution of this Statement is of
20         their free act and deed.
21     I have affixed my name and official seal
22     this _____ day of _____, 20____.
23     _____
       Notary Public
24
25     Commission Expiration Date

Page 195

1      ERRATA SHEET

       VERITEXT LEGAL SOLUTIONS MIDWEST
2          ASSIGNMENT NO: 4445852
3      PAGE/LINE(S) /     CHANGE     /REASON
4      _____
5      _____
6      _____
7      _____
8      _____
9      _____
10     _____
11     _____
12     _____
13     _____
14     _____
15     _____
16     _____
17     _____
18     _____
19

       _____     _____
20     Date           A. Gabriel Esteban
21     SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22     DAY OF _____, 20_____ .
23     _____
       Notary Public
24

25     _____
       Commission Expiration Date

50 (Pages 194 - 195)

| **0** |
|---|
| **00498** 86:4 |
| **016316** 54:1 |
| **03** 15:4 |
| **034394** 79:5 |
| **07** 15:4 |
| **084-002573** 191:4 |

| **1** |
|---|
| **1** 3:8 28:4 29:21 30:4,5,8 92:7 108:23 109:1 156:1 |
| **1/15/20** 76:7 |
| **1/17** 80:14,15 |
| **10** 84:2 99:13,15 106:5 |
| **100** 183:11 |
| **103** 28:18 |
| **10:12** 57:5 |
| **11** 49:14 |
| **1100** 192:1 |
| **113** 3:13 |
| **12** 61:5 |
| **123** 2:8 |
| **12:15** 142:2 |
| **14** 124:20 |
| **143** 3:4 |
| **15** 96:14 |
| **16** 1:15 57:1,2 78:19 80:21 107:5 |
| **16th** 80:8 |
| **1800** 2:8 |
| **1820** 192:2 |
| **188** 3:5 |
| **1981** 11:13 |
| **1983** 11:23 12:12 |
| **1985** 12:12 |
| **1986** 12:3,15 |
| **1993** 12:5 |

**1996** 14:17
**1:00** 141:22
**1:04** 142:2
**1:50** 169:12
**1st** 15:12 29:2

| **2** |
|---|
| **2** 3:8 53:16,19 |
| **2/16/2021** 192:8 193:3 194:3 |
| **20** 1:5 104:11 193:16 194:22 195:22 |
| **2000** 186:3 |
| **2001** 14:17,22 |
| **2002** 20:16 |
| **2003** 185:23 |
| **2007** 14:22 15:11 |
| **2010** 15:12 |
| **2011** 15:2,13 |
| **2015** 108:12 110:21 122:15 123:2 124:20 |
| **2017** 15:13 27:8 28:24 29:2 108:12 110:22 117:3 |
| **2018** 28:18,20 35:20 45:5 |
| **2020** 78:19 80:21 82:8 143:15 |
| **2021** 1:16 191:22 192:4 |
| **2108** 191:23 |
| **216-523-1313** 192:3 |
| **2200** 2:3 |
| **225** 2:3 |
| **2:20** 188:4 |
| **2:33** 190:4 |
| **2nd** 191:21 |

| **3** |
|---|
| **3** 3:9 31:24 60:24 79:2,7 104:23 105:4,7 116:13,16 116:23 192:4 |
| **3.3** 97:7 |
| **3.3.1** 96:10 |
| **3.3.1.** 96:6 |
| **3.3.1.1** 97:4 |
| **30** 3:8 20:16 96:6 |
| **30th** 82:8 98:23 143:15 |
| **31** 3:11 |
| **312** 2:4,9 |
| **31st** 81:12 |
| **320** 77:6 |
| **33** 97:10 |
| **3366** 1:5 |
| **34** 76:11 |
| **382-3100** 2:9 |
| **396** 79:5 |
| **3995** 104:24 |

| **4** |
|---|
| **4** 3:4,10 85:17,18 85:20 96:14 108:16 109:13 152:11 156:1 |
| **4.1.** 92:23,24 |
| **4002** 82:19 |
| **44114** 192:2 |
| **4445852** 192:7 193:2 194:2 195:2 |
| **45** 141:22 143:9 |
| **4:12** 80:21 |

| **5** |
|---|
| **5** 3:12 31:24 61:2 61:4 82:11,14,16 82:18 83:4 86:8 87:4 98:11,23 99:10 104:23 |

105:1 108:4
121:22 122:13,20
127:10,15 143:14
155:23 157:7,15
171:16 181:2
189:1
**5.1.1.1.** 61:9
**50** 33:2 144:14 183:9,10
**53** 3:9
**55** 117:6,11,13 118:18 119:9,19 120:11 121:13

| **6** |
|---|
| **6** 3:12 75:18,20 108:3,8 109:5,10 109:12,19 122:12 122:20 127:10,15 136:21 143:15 154:22 155:4 |
| **6.4.1** 92:19 |
| **60** 33:2 |
| **60604** 2:14 |
| **60606** 2:4,9 |

| **7** |
|---|
| **7** 3:13 113:4,11,12 116:14,16 148:6,9 |
| **75** 3:12 183:3 |
| **79** 3:10 |

| **8** |
|---|
| **8** 171:15,18 |
| **82** 3:12 |
| **84** 3:16 |
| **85** 3:11 |
| **87** 13:2,2 |
| **88** 3:16 13:3,10,11 |

| **9** |
|---|
| **9** 157:13,16,20 |

**92**  13:11,18 20:15
20:15 42:3
**924-2884**  2:4
**93**  13:10
**96**  13:18 14:1,2
42:3
**96th**  92:20
**99**  86:4
**9:00**  8:19
**9:02**  1:16

**a**

**a.d.**  1:16 191:21
**a.m.**  1:16 8:19
**aaup**  68:23
**abd**  13:13,21
**ability**  8:12
**able**  19:6 25:22
28:9 162:6
**absence**  74:7
**absolutely**  85:8
119:8
**abusive**  63:15 67:9
67:12 70:19,23
**academia**  33:14
102:20
**academic**  14:7
21:3,4,10,23 32:8
33:24 42:5 62:8
68:13,23 88:22
124:17 133:22
186:5
**academics**  32:13
33:8
**academy**  12:7,10
19:2,3 20:15,16
22:10,13 24:5
**accept**  61:21 66:20
66:24 105:12
126:21
**acceptable**  120:6

**accurate**  5:20
121:7,8 184:17
**accurately**  8:9,13
**accused**  48:11
121:5 123:21
185:19 186:5
**accuses**  118:17
**accusing**  63:20
120:10
**acknowledge**
193:11 194:16
**acknowledged**
78:22
**act**  193:14 194:20
**acted**  74:10
**acting**  35:19,22
36:1 127:17
136:22 143:17
157:2,5
**action**  191:18
**activity**  53:2,13
**ad**  103:11 163:14
**adapt**  120:8
**added**  59:5
**adding**  33:16
**address**  30:6
105:13 107:7
192:15
**adequate**  110:15
**adjustments**
158:22
**administration**
12:3 16:12 19:18
19:23
**administrative**
14:11,12,13 15:18
15:22,23 20:2
**administrator**
19:21 20:5
**administrators**
94:22

**admission**  49:10
**admit**  30:16
**adopt**  23:12
**adp**  50:19
**adult**  19:12
**advancement**
49:11
**advice**  24:14 84:14
160:12 169:6
**advise**  24:6 25:12
**affairs**  14:7 42:6
49:8
**affirm**  152:22
**affixed**  191:20
193:15 194:21
**ago**  55:15 85:22
165:4
**agree**  5:21 6:4,17
19:18 22:10,13
28:18,21 39:7
66:3 92:13 96:21
97:20 98:3,6
108:14 110:19
171:7 175:24
176:1 186:20
**agreed**  5:20 6:13
6:21 77:22,23
107:9 126:12
171:9
**agrees**  139:19
**ah**  31:10 157:22
**ahead**  16:7 17:14
22:17 23:6 24:10
24:15 27:2 29:8
35:5 47:7 53:8
83:2 89:8 102:11
134:10 161:24
164:19,21 171:4
**al**  192:6 193:3
194:3

**alcoholic**  8:15
**allegations**  52:6
105:14,17 106:6
106:17 107:8,19
**alleged**  105:11
**allocation**  33:18
**allow**  20:10 65:17
68:4 178:10
**allowed**  68:24
129:19,19
**allows**  180:12
**alma**  12:11
**alternatively**
123:22
**alumni**  32:24
43:20
**amado**  4:14
**amount**  26:16
102:9 166:10
187:11
**ample**  109:7
121:24
**analyst**  12:21
**anna**  2:7 84:23
192:5
**announced**  82:7
**answer**  6:10,19
7:9 8:19,20 16:7,9
17:13 18:21 20:19
20:21 21:9,21
23:8 24:10,12,14
25:19 26:6 27:4
29:7,10 30:17
34:3 35:7,15 41:9
41:10,21 45:21
46:17 47:9,17
48:2,6 49:22 50:7
51:4,11 52:10,17
53:5,10 54:22
55:20 56:8,17,23
57:21 58:8 63:9

63:18 64:2 65:11
66:13 67:7 68:16
68:19 69:24 70:18
72:4 73:5 74:19
75:1,14 80:13
83:24 84:7,15
85:12,13 86:18,23
87:9 88:7,14,19
90:22 94:7 96:2
97:2 98:15 99:24
101:2,9,13,19
104:8 105:23
106:10,20 107:15
110:4 111:2,5
114:13,23 115:9
115:19,22 116:7
117:19 119:6,16
120:21 122:2,6
125:16 128:22
130:5 131:3,13
136:2 138:2,14,19
140:2 144:8,20,22
145:12 146:6,12
147:13 148:3
151:2 154:12,20
161:12 162:21
164:3 165:10,19
168:21,24 170:18
171:6 177:16,16
177:19 178:11,20
178:22,23 179:3
180:10 188:17
**answered** 55:18
56:6,15,21 66:5,11
67:5 73:3 75:12
89:21 95:23
101:11 106:8
138:17 144:16,17
165:9 173:7 177:7
177:11 178:18

**answering** 46:18
**answers** 5:19 6:6
177:12
**anybody** 11:2
51:24 58:3 70:2
83:15 139:4,5
173:20
**anyway** 8:21 24:1
**apart** 188:11
**apologize** 78:8
109:13 140:19
**apparently** 28:12
**appeal** 3:10,11,12
34:13,15,19 36:22
37:21,24 38:3,6,8
38:17 40:22,24
44:9 54:19 55:6
59:2,16,18,20 60:9
61:18,22,24 62:5
62:15 63:11 65:17
66:7 67:20 71:7
72:1,7,18 74:11
77:22 80:1,23
81:7,17,23 87:14
87:18,21 88:11,20
89:7,14 100:3
105:11 106:4
107:11 114:2
116:1,3 124:1
132:14 135:23
150:4,5 152:21
153:5 168:4
172:23 173:3,9,22
180:1,19 187:8
188:11,15 189:3,7
**appealed** 70:8
**appealing** 60:12
67:1 183:23
**appeals** 3:12 31:23
41:1,3,12 54:13
55:9 59:16,22

60:3 61:1,3,11
62:1,3,19 63:1,6
65:15,16 66:1,3,21
66:23 68:4,8
69:11,19 71:6,24
72:6,17 74:10,14
76:6,8,23 78:22
81:5 89:3,8 90:3
90:17,18,23 91:16
91:24 92:3 105:9
105:12 106:24
107:2,18 108:11
122:14 123:1,8
125:7,10,18,24
126:7,21 140:15
140:18 148:11,18
149:3 150:8
152:14 153:9
154:12,18 155:7
155:13,19,20
156:7,13,17,18
167:14 168:7
169:16 170:1,6,10
170:18 171:7
172:8 173:2,4,9,16
173:19,21,21
174:1,14 175:4,6
176:6,9,18,21
177:2,4,8,22,24
178:1,3,4,7 186:22
187:12,22 188:13
**appear** 29:22
175:6 193:11
194:15
**appearances** 2:1
**appeared** 2:6,15
175:5
**appears** 112:7
118:9
**appended** 194:11
194:18

**application** 42:18
42:23 77:2,9,12
78:12 88:16 185:4
185:6
**applications** 185:7
185:9
**applies** 94:15
**apply** 33:13 93:24
94:21
**appreciate** 46:13
75:7 186:15
189:19
**approached** 27:10
27:12
**appropriate**
178:12,17
**approve** 89:7
**approximately**
32:17,20 55:13,23
57:13 71:23 81:15
83:18 107:5
**area** 153:21 159:1
159:4,7,18
**areas** 32:17,21
97:17,22 100:21
107:11 133:12,12
159:19,24 160:2
**argue** 158:8 168:3
**arguing** 139:4,5
187:12
**argument** 99:17
120:19 176:15
**argumentative**
39:15,16 63:7,14
63:19,21,22 67:5
70:13,22 72:9,12
73:22 74:1,17
75:12 88:17
107:13 111:6,8,9
111:14 114:8
115:17 117:23

119:2 138:17
139:23 140:19,20
141:13 146:4
**arguments** 88:9
168:3
**arkansas** 14:4,16
14:20 15:18,19
22:7,7 42:6
160:21,21 161:2
**arrested** 186:8
**arrives** 53:17
**arts** 104:13
**aside** 61:14
**asked** 10:18 19:24
20:2 26:18 27:15
31:19 36:10 42:15
51:21 55:17 56:5
56:14,21 66:10
67:4 72:24,24
73:3 75:7,12
76:20 89:21 90:14
90:17 95:22
101:10 106:7
114:5 119:23,23
131:4,21 138:17
139:11 144:16
145:13 146:13,18
152:4 153:22
159:10,17,24
162:4 163:16
165:9 167:6
170:14 171:10
173:6 176:24
179:6 188:8,22
**asking** 62:22
66:16 69:5 75:2
86:23 87:2,3
98:21 101:23
108:9 139:9,12,13
145:2 155:11
161:19 169:14,15

**asks** 130:12,15
**assertions** 156:13
**assess** 152:14
**assessed** 102:16
**assessment** 40:4,7
66:2 75:4 121:11
121:16 139:3
140:9 149:11
153:7 156:4
167:19,24 170:12
171:8 187:15
**assessments** 40:9
62:20
**assign** 184:7,16
185:2
**assignment** 193:2
194:2 195:2
**assistant** 13:20,21
13:22 104:18
**associate** 14:6,8
42:5,11
**assume** 6:20 15:16
49:4 52:18 76:17
81:3 153:12,14
180:21
**assumed** 6:20
**assumes** 144:5
145:9 146:3 171:2
**assuming** 56:10
126:7 135:1
139:16,16
**assumption** 60:6
136:3 147:14
162:9
**athletics** 32:15
**attached** 30:11
75:22 113:17
194:7

**attaching** 3:9,10
**attachment**
115:14
**attacked** 63:15
**attention** 97:18,22
**attorney** 86:5,5
191:13,15,17
**attorneys** 48:9
83:19
**attracted** 19:11
**attractive** 18:16
19:13
**attributed** 148:14
148:20 149:5
154:14 155:9,15
**author** 135:7
**authority** 72:23
107:17 140:11
148:12 152:4,5,8
170:11 180:19
**authorize** 194:11
**authorship** 134:18
135:5
**available** 102:10
**ave** 192:1
**avenue** 61:18
65:17
**avoid** 46:9
**awarded** 126:16
161:4
**aware** 44:20,22,24
45:7,8,12,16,23
57:15 101:16
180:20
**awermuth** 2:10

**b**

**b** 3:6,9 4:9,10
109:1
**bachelor's** 11:15
11:24

**back** 19:14 40:5
41:9 55:3 57:5
65:1 73:19 85:5
91:3,7 92:6 95:5
104:22 108:16
112:4 114:16
121:2,16,20
131:18 136:20
137:24 139:3
140:8 141:21
143:1 152:6
157:10 161:5
166:5,10 169:11
169:12,17 181:13
188:3 192:15
**backdrop** 148:11
**background** 16:12
184:19
**bad** 70:2
**ballpark** 69:9
**based** 41:4 44:6
45:18 62:4 66:1
67:11 89:4 101:3
112:19 118:7
121:16 137:6
139:2,8 141:19
148:4 152:15
153:1,6 165:17
176:4 187:17
**bases** 88:20 89:3
90:20
**basically** 32:16
**basis** 16:10 18:13
33:11 44:1 62:12
100:3 111:16
122:14 123:2,8
133:6 152:3,15
**bates** 29:20 53:22
53:24 79:4 82:18
86:3 104:24
127:16 171:16

**becoming** 173:13
**beginning** 179:6
**behalf** 2:6,15
**behavior** 63:24
　117:6,10,15
　118:19 119:11,19
　120:13
**belief** 93:9 151:14
**believe** 13:2 15:2
　37:19 43:16,17
　50:13 57:24 58:2
　60:12 70:19 72:19
　72:20,22 73:1,6
　74:3,9 75:3 78:16
　81:13 98:23
　110:14 123:7
　124:19 127:2
　132:13 139:9,13
　148:18,24 149:8
　149:12,17 150:15
　150:18 153:3
　154:12 155:6,13
　166:2 170:16
　173:8,10,11,11,16
　173:19,20 174:1,6
　174:12 175:8
　176:19,21 177:1,4
　177:8 178:1 180:4
**believed** 149:2
　176:17
**believes** 177:22,23
**belong** 131:8
**best** 50:1 73:11,12
　73:14 99:24 107:6
　177:17 184:9,10
**better** 30:15 131:1
**big** 27:21 47:23
**binding** 63:1
**bit** 30:2 41:7 58:18
　76:21 92:21
　116:18 129:11

131:5 157:19
　171:24
**black** 184:21
**blame** 186:13
**board** 41:1,3
　54:13 55:9 62:19
　66:1,3 76:7 78:23
　89:3,8 105:9
　107:2 122:14
　123:1,8 125:10
　140:15,18 148:12
　148:18 149:3
　150:5,8 152:14
　153:5,10 154:13
　154:19 155:7,13
　155:19,20 156:7
　156:17,18 158:23
　168:7 170:1,7,10
　171:8 172:8 173:4
　173:9,16,20,21,22
　174:2,14 187:12
　188:13
**board's** 105:12
　107:18 108:11
　156:13 187:3
**boeck** 3:9 54:8,12
　54:13,18
**boer** 29:15 33:23
**book** 102:15
**borders** 70:2
**bottom** 80:18
　157:7
**boulevard** 2:13
**bramwell** 2:2,2,5
　3:4,4 4:6 9:4,5
　16:8 17:6,12,18
　20:20 21:8,20
　22:21 23:7,14,20
　23:21 24:11,17
　25:7,18 26:5 27:3
　29:9,18,24 30:9,21

31:3,5,11,12 35:6
　39:14,16,18 41:6
　41:11,20 43:11
　45:20 46:13 47:1
　47:8,16 48:3,5,20
　49:21 50:6 51:3
　51:10 52:9,16
　53:4,9,20 54:3,21
　55:2,19 56:7,16,22
　57:4,8,10,20 58:7
　63:8 64:1,4,10,18
　64:21 65:4,8
　66:12 67:6,23
　68:15,18 69:23
　70:6,17,24 71:3,5
　72:3,10,15 73:4,18
　73:23 74:5,18
　75:13,21 79:10,16
　79:20,21 80:7,12
　83:23 84:8,12,16
　84:18 85:3,16
　86:17 87:2,6,10,12
　88:6,18 91:1,2,6,9
　91:13,22 94:6
　95:9 96:1 97:1
　98:14,21,22 99:1
　101:1,8,12,18
　104:7 105:22
　106:9,19 107:14
　108:1,2 110:7
　111:1,4,7,13,17,18
　111:18,19 112:3,9
　113:7,15 114:9,12
　114:22 115:8,18
　115:21 116:6
　118:11 119:4,5,15
　120:20 121:8,19
　122:5 125:15
　128:21 130:4
　131:12 135:13
　136:1 138:18

140:1 141:4,17,21
　143:1,7 144:7,19
　145:3,11 146:5
　147:7,12 148:2
　151:1 161:11
　162:1 163:20
　164:2,20 165:18
　167:1 168:20
　169:7,15,20,22
　171:5 173:18
　177:11,12,21
　178:6,13,21 179:2
　179:9 180:9 181:7
　181:11,12,15
　186:14 188:16
　189:12,17,24
**bravo** 109:1
**break** 57:12
　107:24 141:15,16
　169:19
**bri** 185:14
**brian** 54:7,8
**bribe** 174:9
**bribed** 174:6
**brief** 49:18
**briefly** 58:15
**bright** 135:16,19
　135:20,22 136:3,6
　136:7 140:4
**brought** 182:3,13
　182:14
**budgets** 33:24
**bugging** 10:21
**bulk** 106:16,21
**burden** 62:15
　183:23
**burke** 1:13 86:20
　95:5 166:6 189:20
　191:3
**business** 12:1 15:1
　42:9 102:14 161:2

butcher 78:4
buzzing 14:14
bylaws 180:18

c

c 78:6 99:16 191:2
ca 192:24
cabinet 48:24 49:4
 49:6,16 50:20
calculation 141:11
calculations
 119:21
california 12:4
call 20:5 23:22
 75:10 111:8,21,22
 179:4
called 1:10 4:3
 143:3 153:8
calls 47:4 51:1
 69:21 83:21 85:8
 88:1 128:19
 147:24 169:3
calm 10:1
calvente 1:3 2:17
 3:11 43:3,11 44:5
 44:13,18 45:8
 50:4 54:1,19 58:3
 58:12 76:16 77:12
 79:5 82:22 86:4
 88:3 89:17 100:14
 110:14 113:1
 115:5,11,23 117:9
 118:17 119:20
 120:11,13 123:21
 124:7 125:9,12
 126:15,24 137:8
 137:10 147:6
 150:10 168:13
 170:7,19,22 180:5
 181:3 186:23
 192:6 193:3 194:3

calvente's 9:19
 11:8 46:4 49:19
 50:23 51:7 52:1,6
 52:21,24 53:2,13
 71:7,24 72:7,18
 74:11 76:23 77:5
 77:22 78:12,19
 80:9 81:17,23
 87:14 88:12,15
 107:1,11 108:14
 110:21 114:1
 117:11,13 119:9
 124:17,23 126:9
 126:10 138:22
 140:22 141:7
 150:4 158:1
 167:13 170:1
 173:3,9 187:13
 188:11 189:7
campus 43:4,5
candidate 62:20
 89:12 90:9 100:4
 100:11 129:13
 130:7,12,15,21
 133:7,24
candidates 100:8
capable 91:14
capacity 7:1,1,3
care 5:24 6:2
 170:3
career 42:22
case 60:9 63:11,12
 67:17 69:18 88:9
 89:13 90:20 94:23
 100:14 124:23
 126:9 151:18,19
 151:21,23 152:1,3
 152:3,13 163:6
 167:18 168:6,10
 182:19 187:15,18
 192:6 193:3 194:3

cases 42:10 103:3
categories 25:9
 100:16
caught 136:10
caution 46:8
central 14:19
 15:19 22:6
certain 26:16
 68:21 78:8 103:21
 129:14,18 130:15
 133:21,21 175:5
 176:19,20 177:2,9
 177:23 178:2
certainly 7:6
certificate 194:11
certification 193:1
 194:1
certified 1:14 3:15
 191:23
certify 84:12,16
 87:10 191:4,11,14
cfo 49:12
chain 80:16,16
chair 78:22
challenge 136:15
 140:10 154:24
 167:2 168:12
 184:22
challenging 20:11
 44:3
chaminade 12:1
chance 68:5
change 84:20
 161:17 192:13,14
 194:8 195:3
changed 92:5
changes 192:12
 193:7 194:7,9
chapter 31:24,24
 61:4

chapters 32:4
characterization
 156:13
characterizes 6:12
charm 94:2
charmed 5:13
check 78:21
chewing 53:22
chicago 1:15 2:4,9
 2:14 191:21
chief 49:12 54:17
 80:20 81:3 87:13
cho 58:4,11
choice 121:3
 172:10
choose 7:6 155:12
cited 125:17
civil 1:11 193:5
 194:5
claim 119:18
claimed 117:4
clarification 75:7
 80:14 186:16
clarify 6:16 17:5
 61:12 72:14 92:9
 101:23 115:10
 143:10 149:20
 174:5 180:21
clarifying 12:9
 71:11 139:12
class 16:1,2 19:22
classify 69:3
classroom 102:5
 127:20 137:1
 143:21
clean 6:4 135:17
cleaner 30:3
clear 6:6,10 75:21
 76:4 91:19 96:16
 98:4,7,11 108:5
 114:10 135:1

140:4 189:1
cleveland 192:2
client 86:5 169:14
close 48:3 98:18
  183:11
closely 140:7
closer 48:4
coach 24:17
coauthors 134:23
coffee 27:17
colleagues 25:14
  25:15,20,21,23
  94:12,19 156:21
collect 87:16
college 11:5 14:24
  18:11 24:23 26:13
  33:13 34:5 35:11
  37:15 38:15 40:3
  40:7 42:8,9 89:13
  90:12 100:10
  104:12,12,14
  112:20 118:8,8
  123:18 127:17
  132:24 134:19
  135:12 136:11,12
  136:18,22 143:17
  156:19,23 161:2
  163:8,9,11 165:3
  168:10 172:12
  180:24 182:5,9
  187:16,21
colleges 33:7,9
  34:9 43:21 104:16
  133:21 134:14
come 26:24 27:5,9
  38:8 57:5 65:1
  78:24 141:21
  169:11,12,17
  179:15,18 180:2
  187:23 188:3

comes 25:5 38:23
  41:14 82:16 152:7
coming 65:4
  162:22
commencing 1:16
commendable
  99:19,22
comment 48:16
  49:2 117:5 118:22
  179:12
comments 102:6
  109:8 118:6 120:6
  137:18,18 138:6
  139:2 156:20
  157:6,9 179:16
commission
  193:19 194:25
  195:25
committee 3:12
  36:5 38:19 40:6,7
  40:12 41:12 59:7
  59:16,18,19,22
  60:4 63:1,6 90:3
  90:18,18,23 91:16
  91:24 92:3 103:11
  103:12,12,24
  104:1,2,10 106:24
  117:4 119:18
  125:7,19,24 126:7
  126:22 129:17
  130:10,11 132:22
  133:1 167:14
  169:16 170:18
  173:2 175:4,6
  176:7,9,18,21
  177:2,4,8,22,24
  178:2,3,4,8 186:23
  187:16,22
committee's
  172:24

committees
  103:10 104:15
  140:14 159:17
  163:8,9,11,14
  167:20 170:13
common 37:7
communicating
  64:19
communication
  11:6 86:5 88:2
  100:10 102:11
  182:5
communications
  49:10 51:2 85:14
  86:11,14,24 87:7
  103:3
compare 16:3,10
complained 44:13
  44:18 45:8
complaint 30:12
  44:23 45:1,3,10,13
  46:4,6,7 47:3,22
  47:24 49:19 50:4
  50:23 51:7 52:2
  52:11,19,21,24
  75:23 113:17
  115:14
complaints 45:17
  57:14 70:12
  123:23
complete 5:20
completed 82:6
  192:15
completely 8:8,13
  140:3
comport 24:6
comprehensive
  123:14
comprised 61:5
computer 78:24

concept 115:2
concerned 175:15
concerning 170:1
concerns 112:17
  127:19 136:24
  137:15 140:23
  143:19 182:3,13
  182:14
concluded 156:18
  190:4
conclusion 99:16
  122:15 123:2,8
  156:16 179:16,19
  179:21,24 180:2
conclusions
  105:13 188:10,14
  188:23 189:6,9
conduct 105:16,20
conducted 103:6
  137:20
confidence 185:16
confidential 7:22
  7:24
confusing 52:8,15
  91:12 117:23
connection 110:16
cons 123:10
consider 27:15
  81:7,16 130:24
considered 16:20
  136:14
considering 76:22
consistent 96:16
  98:4,7,11 114:6
  115:4,14 158:7
  161:7 162:12
  172:5
consistently 147:2
constitute 127:22
  135:22 137:3,15
  138:12 143:23

145:17,24 146:1
146:19,21 165:13
**constituted** 59:20
59:21,23
**constitutes** 151:16
164:10 184:24
191:9
**constitution**
128:10
**contacted** 27:18
**contains** 157:2
**content** 120:6
**context** 68:20,22
100:3 109:7 120:1
121:24 166:4
167:9,10,12 175:1
**continue** 35:15
79:3 162:10
**continuing** 111:15
**contract** 34:7
61:22 127:8
**contradictions**
172:13
**contradictory**
172:10
**contradicts** 188:17
**controversial** 69:1
69:2,4
**conversation**
10:15 58:20 59:4
85:8 110:10
119:12
**conversations**
46:9,21 48:8
**copy** 28:4 30:10
30:11,18 60:17
**corporate** 12:21
**corporation** 12:24
**correct** 4:20,24
5:10,17 9:23 15:5
15:20 25:10,11

29:17 37:13 38:9
38:10,13 39:23
45:11 51:17 54:15
54:16 59:12,13,17
61:19,23 62:2
63:2 66:9,21,22
68:6,7 69:10,17
76:10,18,19 78:23
81:6 82:8,9,12
93:4,5,8 94:20
95:8,13,19 100:19
105:2 114:3
116:12 123:6,20
123:24 124:5,9,12
124:18 126:8,17
126:19 127:9
132:16 146:17
147:20,23 148:5
149:7 150:4,11,12
155:21 156:22
160:22 171:19
180:17 181:18
182:6,22,23
183:22,24 184:1
184:11
**corrected** 111:19
167:22
**corrections** 192:12
194:17
**correctly** 36:12
58:22 78:11 86:3
99:2,7 124:14
132:12 147:8
171:22 175:4
**cost** 158:22
**council** 43:6
**counsel** 2:12 6:23
7:5 9:10,22,22
45:15,23 47:22
48:2,23 49:5 61:6
63:24 64:15 83:6

83:14 84:19 85:10
86:8 87:1 191:15
191:17
**counsel's** 46:11
82:2,5 84:9,14
85:15 86:11
**counsels** 9:20,21
**count** 78:5 140:22
141:19 186:10
**counterargument**
121:14
**county** 191:2
193:10 194:15
**course** 52:13
117:6,14 118:18
120:11 158:3
**court** 1:1 5:22 6:7
6:12 7:23 30:6
41:8 53:21 55:2
64:5 73:18 79:3
82:17 85:4 91:3,6
112:4 114:16
121:2 139:18
181:12 193:7
**courteous** 26:11
26:15,21
**courts** 1:12
**coworkers** 25:22
**cozen** 2:7 28:11
**cozen.com** 2:10
**crass** 174:9
**created** 33:20
**creating** 29:4
**criteria** 25:8 41:4
60:2 66:2 93:24
94:3,21 96:18
100:6,12 101:16
134:14 135:7,8
136:10 160:17
**criticized** 168:16

**csr** 191:3
**culture** 21:3,4,10
21:23,24 22:6
23:11,13
**cup** 27:17
**currently** 51:16
**cut** 18:18 135:1
**cv** 1:5 44:7
**cycle** 164:12,14
165:5

## d

**d** 3:1 4:14
**data** 93:19
**date** 32:23 78:21
130:18,20 192:8
193:3,9,19 194:3
194:13,25 195:20
195:25
**dated** 76:7 143:14
**dates** 86:10
**day** 56:3,10,11,13
56:19 83:2 193:16
194:22 195:22
**days** 56:2,20
192:18
**dean** 14:24 34:6
35:10 38:18 40:8
40:10 59:5,9
103:23 124:16
127:17 133:1
136:11,22 143:17
157:5 160:13
182:11
**dean's** 157:2
**dear** 192:10
**debate** 134:2
140:17
**deceive** 74:7
**decent** 27:24
**decide** 150:9

**decided** 17:21
132:2 152:22
**deciding** 139:16
**decision** 23:12
38:16 40:17,18
41:15,16 58:24
59:2,3,11,15 61:21
63:1 65:18,19,21
65:22,24 66:8,15
66:17 75:5 81:11
81:20 82:7,7,23
83:1 88:12 89:23
90:8 91:18 124:22
125:8 126:14
174:18 178:5,14
185:20
**decisions** 34:11
95:3
**deed** 193:14
194:20
**deemed** 192:19
**deep** 34:8
**defendants** 1:8
2:15
**deference** 26:2,7
26:10,19,20
**define** 21:10 26:7
26:19 73:7 150:1
182:19
**defines** 74:6
**definition** 26:12
26:20 73:8,13
74:9 174:21 176:4
**degree** 11:14
12:14 19:19 25:8
26:1 100:18
**degrees** 11:18,20
**delegate** 81:19
82:1
**delete** 8:2

**demeanor** 10:1
**demonstrate** 26:1
**demonstrates**
158:9
**den** 29:15 33:23
**denial** 66:7 69:12
78:11 81:8
**denied** 40:20,21
58:19 61:16,17
**dennis** 27:21,22
**deny** 65:22 66:9
88:11 127:7 151:6
**denying** 3:12
39:21 152:8,24
**dep** 8:19
**department** 24:23
40:3 192:22
**depaul** 1:6 2:12
4:18,22 7:2,3 9:15
9:18 15:14,15
16:4,17 17:2,8,16
17:24 18:3,5,13
20:24 21:3 22:19
22:23 25:8 26:24
27:6,7,9 28:17,19
28:23 32:11 34:20
35:1 37:3 44:14
44:19 54:1 57:13
68:22 69:9 79:5
86:4 92:15 103:16
114:5 165:6
**depend** 151:24
183:18
**dependent** 151:20
**depending** 33:2
37:14 102:24
160:1 165:3
**depends** 32:22
37:15 101:14
102:9 103:5 126:5
135:12 151:22

152:12 167:8
184:5,24
**deposed** 5:4,8
10:12
**deposition** 1:9 3:7
8:2 9:1,7 30:7
53:18 64:16 75:19
76:18 77:19 79:6
82:13 85:19
113:10 120:23,24
121:6 153:16
171:23 189:2
190:3 191:6,9,12
192:8,11 193:1,3
194:1,3
**depositions** 1:13
51:23
**described** 156:3
**designed** 67:15
97:15
**desire** 61:19
**desk** 38:8
**destroy** 8:2
**detail** 100:7
**detailed** 176:5
**details** 33:12 77:1
**determination**
35:9 38:2 41:4,13
89:4,6 126:2,11,18
126:21 127:4,5
152:16,18 186:4
**determine** 141:8
**determined**
104:20
**determining** 90:20
**develop** 96:17
**developed** 88:1
**deviated** 156:16
**dictionary** 26:8,13
73:10 74:6

**difference** 139:1
149:23 159:23,24
**different** 16:14
19:10,17,19 20:22
22:4,6 26:20 37:6
43:24 67:16 76:21
90:10,14 92:4
102:16 123:15,17
137:7,11 138:21
138:23 140:15
152:19 160:2
163:17 165:5
167:20 170:13
182:1,3,14
**differentiate**
100:20 101:6
**differing** 158:4
**difficult** 20:5,7
22:1
**difficulty** 184:15
**dillard** 58:10,11
**dillard's** 185:3,4
185:12
**dimensions** 147:4
**dinged** 134:3
**dip** 159:15
**diplomacy** 33:21
33:21
**direct** 85:13
**direction** 85:9
**directly** 191:18
**disagree** 71:2,3
111:16 121:11
138:20 156:12,15
168:4
**disagreed** 149:10
149:12,17 156:21
**disagreement**
108:11 156:3,8
**discern** 22:1

discomfort 157:4
discovery 9:12
discrimination
44:13,19 45:9
48:11 52:6 62:12
88:23
discriminatory
185:20
discuss 48:23
discussed 64:15
discussion 34:6
109:7 110:20
112:8,11,16
118:10,13,13,14
121:24 122:2
123:10,13,14
137:7,24 147:9,15
147:17,21 148:4
157:3 166:7
discussions 33:22
33:24 34:8 118:8
121:18 139:6,7
140:8 165:20
dishonesty 186:6
dismissive 117:6
117:10,15 118:19
119:11 120:12
dispensation 8:6
displayed 183:6
dispute 134:2
dissatisfaction
172:6
dissertation 13:13
district 1:1,1,12
diversity 49:13
division 1:2
docket 30:12,13
doctoral 16:20
document 7:24 9:9
28:17 30:7,17
31:14 32:5 53:15

53:18,24 60:8,14
75:17,19,22 76:2,5
76:6 79:1,6 82:13
82:18,21 83:3
85:19 92:20 96:6
97:17,21 113:10
113:16,18,21,24
114:4 120:1 129:7
157:14 174:17
documentation
3:9 54:19
documented 164:6
documents 7:21
9:11 35:14 55:5,7
55:8,11,22,24
76:24 77:3 170:4
172:10
doing 6:3 12:20
14:5,23 15:24
29:13 36:3,7,7
168:16
donors 33:1
dossier 40:9 77:1,5
107:1 109:6
121:23 122:9,22
129:7,12,14,22,24
130:9 131:8,22
132:24 148:5
185:8 188:11,12
double 134:20
doubt 114:8,11
dr 9:19 10:22 11:8
23:23 31:13 35:12
35:17 43:11 44:5
44:13,18 45:8
46:4 49:19 50:4
50:17,23 51:7
52:1,6,21,24 53:2
53:13 54:4,23
57:11 64:12 65:9
67:8 71:7,24 72:7

72:18 74:11 76:1
76:16,23 77:5,12
77:14,22 78:3,10
78:12,19 79:22
80:9 81:17,23
82:22 87:14 88:3
88:12,15 89:17,22
91:13 94:24 98:24
100:14 107:1,11
107:21 108:14
110:14,21 113:9
113:19 114:1,13
115:5,11,23 117:9
117:11,13 118:17
119:9,20 120:11
120:13 123:21
124:7,10,13,16,17
124:20,21,23
125:4,9,12 126:9
126:10,15,24
137:8,10 138:22
139:18 140:22
141:7 143:8 147:6
150:4,10 153:15
158:1 167:13
168:13,23 169:24
170:1,7,19,22
173:3,9 180:5
181:3 185:3,4
186:23 187:13
188:8,11 189:17
drafts 83:7,8
188:24
draw 22:11 68:2
133:19
drew 18:5 19:2,23
drink 8:15
drive 2:8
driven 67:22
drug 8:12

due 3:11
duly 4:4 143:4
191:5

e

e 3:1,6 4:9,10,10
earlier 57:12
58:14,17 116:9
133:19 143:10
144:10 150:18
152:3,20 166:3,5
183:22 186:22
188:18
earliest 99:4
early 19:21 83:1
earn 11:21 160:4,6
earned 12:2,5,15
12:17
earning 162:12
easier 116:18
131:4
easiest 26:9
east 2:13 27:21
eastern 1:2
easy 39:11 119:1
140:21 141:5,6,11
167:9
eating 121:6
economics 184:19
edition 26:14
editor 176:3
educational 18:15
eeo 3:9 45:2,10,12
45:16 46:4,6 47:3
47:22,24 49:19
50:4,10,23 51:7
52:21,24 53:2,13
54:18 55:11 57:14
70:11 107:1
effective 182:17
182:20

**effort** 74:4
**eight** 8:16 56:11
**either** 29:22 49:2
  66:20 69:16 127:6
  173:10,11 175:5
  177:21 185:23
**electronic** 64:19
**elicit** 46:15
**eligible** 18:10
**elite** 102:21
**email** 3:8,9,10
  30:6,20 54:5,7
  79:4 80:15,19
  86:1 192:17
**emailed** 28:2
  85:17
**emails** 64:11,14
  86:7 87:4
**embarked** 172:8
  176:7
**emphasis** 159:18
**emphasizes**
  175:14
**employ** 151:24
**employee** 191:15
  191:16
**employment**
  185:20
**enclosed** 192:11
**ended** 83:9
**ends** 138:4
**engage** 110:1
  122:8
**engaged** 156:19
**engineers** 184:20
**enjoyed** 19:6 20:8
**enrollment** 49:7
**enter** 12:7,10
**entered** 7:23 189:2
  194:9

**entering** 24:5
**entire** 28:20 32:12
  43:22 76:12
  174:17 193:5
  194:5
**entitled** 96:11
  180:5,10,15
**equality** 49:13
**errata** 192:13,18
  194:7,10,18 195:1
**especially** 99:18
**esq** 192:5
**esteban** 1:10 3:3,8
  3:10 4:2,10,11,15
  23:22,23 30:7
  31:13 53:18 54:4
  54:23 57:11 64:12
  65:9 67:8 75:19
  76:1 79:6,22
  82:13 85:19 91:13
  98:24 107:21
  113:9,10,19
  114:13 139:18
  143:2,8 168:23
  169:24 188:8
  189:17 191:5
  192:8 193:4,9
  194:4,13 195:20
**et** 192:6 193:3
  194:3
**evaluate** 42:15
  132:3 145:13
  153:6,10
**evaluated** 42:12
  42:13 133:5,7
  161:1 181:24
  182:4,7
**evaluating** 90:9
  94:11,13,18 95:1
  102:22 150:3

**evaluation** 100:4
  122:17 123:5
  128:14 132:22
  133:1,11 136:15
  140:8,13 149:9
  158:24 163:18
  167:21 168:2,5,9
  177:6 182:11
  187:20
**evaluations** 102:1
  108:12 109:9
  117:7,14 118:6,18
  119:10 120:12
  133:14,24 134:5
  138:21 141:7
  148:15,22 149:6
  154:16 155:10,17
  156:4,9 158:19
**evaluative** 62:19
  174:18 175:9
**events** 32:24 81:4
**everybody** 6:20
  139:13
**evidence** 96:24
  105:10 127:20
  128:8 137:1
  143:21 145:16
  172:11,13 183:1,6
  183:13,15,18,24
  184:4,6 185:1,2
  189:2
**evolving** 158:3,12
  161:5,5
**evp** 49:11
**exact** 57:22
**exactly** 23:19
  69:15 166:9
  172:12
**examination** 1:10
  3:4,4,5 4:5 64:20
  105:17,20 132:23

  143:6 188:6
**examined** 4:4
  100:12 143:4
**example** 32:23
  33:16 34:7 102:13
  103:2 132:21
  134:21 158:13,16
  162:4,4 166:14
  169:5 187:6
**exceed** 25:3
**exceeded** 159:14
**excellent** 28:22
  100:11,21 101:6
  135:11 137:12,21
  137:23 172:7
**exchange** 86:7
  174:3
**exchanged** 87:3
**excuse** 29:18
  77:15 84:22
**executed** 194:10
**execution** 193:14
  194:19
**exhaustive** 67:19
**exhibit** 3:7,8,8,9
  3:10,12,12,13 28:4
  29:21 30:4,5,8
  53:16,19 75:18,20
  75:23 79:2,7
  82:11,14,15,18
  83:3 85:17,18,20
  86:8 87:4 92:7
  98:17,20,22 99:10
  99:14 104:22
  105:1 108:4 113:4
  113:5,11,17
  116:14,16,24
  121:22 122:12,13
  122:20,21 127:10
  127:15 143:14
  154:21,22 155:4

155:23 157:15
171:16 181:2
189:1
**exist**  93:21 94:1,3
**existing**  33:18
**expect**  25:22,24
26:15,18 52:12
159:22,23
**expectation**
104:17,18 136:5
**expectations**
92:15 136:4
159:14,14
**expected**  25:3 52:4
75:4 129:6,11
159:10
**experience**  24:19
**expiration**  193:19
194:25 195:25
**explained**  91:17
**extent**  10:14 29:14
34:8 47:18,21
48:1 51:1 85:11
86:23 114:20
188:16
**external**  32:14
33:4

**f**

**face**  44:3
**facebook**  41:24
**fact**  48:18 49:3
61:16 70:1 118:3
123:12 172:14
175:5
**factors**  148:14,21
149:5 154:15
155:9,16
**facts**  138:10,10
144:5 145:9 146:4
171:2

**faculty**  24:5 25:13
26:1,22,23 28:17
28:19 29:4,13
35:2,10 36:11,22
37:1,9 39:1,3,10
39:11 40:4,10,19
40:21,24 41:5
42:17,19,20,22
43:6,20 44:2
45:17 47:3 48:10
59:1,14 60:1,3,6
60:11 61:6,6
62:14,17 63:10
65:17 67:2,17,21
68:4,10,20,21
69:18 76:6,16
81:5,7 88:21 92:6
92:8,14,15,17,19
93:3,6 94:4,10,11
94:16,17,18 95:12
96:17 97:10,16,17
97:22 98:18
104:15 110:1
120:5,7 121:15
122:8,11 130:9
150:16 151:8
153:1,20 158:5,18
158:20 160:24
163:18,21 164:7,9
164:11 166:18
167:3 176:23
180:14,16,22
181:21 182:10,15
183:23 184:1
187:3 188:13
**fail**  99:7
**failed**  130:13
**fair**  20:13,16 42:1
74:13 103:20
107:10 116:11
122:17 123:4

125:3 146:8
166:10 167:23
**fairly**  119:1 141:5
141:6
**faith**  70:3 72:21
73:1,7,9,15 74:3,6
74:9,10
**fall**  45:5
**familiar**  24:21,21
31:13,17,21 32:3
39:22 71:18 88:8
88:14 113:18
185:11
**familiarized**  44:8
**family**  18:11
184:20
**fantastic**  28:7
**far**  5:3
**faster**  79:11 92:21
120:23 121:1
131:16
**father**  27:20
**fault**  62:21
**favorite**  133:13
**february**  1:15
15:2
**federal**  1:11
**feedback**  9:16
**feel**  63:14 67:8
91:23 141:10
**feeling**  8:22
127:19 136:24
140:23,24 143:19
**felt**  125:20 139:1
141:9 162:7
187:13
**field**  102:9,13,24
103:5
**fields**  134:21
**fifth**  153:18

**figure**  49:24
**file**  40:24 44:8
59:2,15 61:18
74:15 75:23 78:19
80:9 127:3 139:8
139:10,13,15,17
139:19,20 140:3,7
140:22 145:13
161:1 185:12
**filed**  44:23,24 45:9
45:17 47:3 53:1
57:14 59:20
115:13
**files**  42:12,14,16
115:24 186:2
**filing**  46:7 70:11
116:2,3
**final**  110:22 189:3
**finally**  144:21
**financial**  32:14
**financially**  191:17
**find**  25:23 36:6
47:2 192:11
**finding**  125:21
174:3
**findings**  105:12
177:6 178:4
**fine**  31:11 65:5
154:3 178:20
188:1
**finished**  18:19,21
34:2 82:24
**finishes**  141:14
**firm**  27:13
**first**  4:3 5:6 13:14
18:11 19:4,15
20:1 24:20 32:5
41:17 43:19 61:24
62:7 67:3 69:14
80:18 93:14 96:5
97:13 109:17,18

134:14 154:6 159:8 181:7

**fitzgerald** 2:2,2

**fitzgeraldbramw...** 2:5

**five** 57:5 58:1 134:12 169:9 188:2

**flawed** 158:8

**focus** 12:3 16:21 147:4 160:1

**folks** 51:8

**follow** 36:12 166:23

**followed** 62:10 89:1 90:13 100:6 132:15,20 171:14 175:12

**following** 8:2 69:12 136:17 159:12 162:7 167:24

**follows** 4:4 143:5

**footnote** 105:8,9

**foregoing** 191:6 193:13 194:18

**foreign** 78:6

**foremost** 134:15

**forgive** 16:11 110:8

**form** 63:16 67:10 92:11 98:13 103:17 120:18 135:24 138:16 139:22 141:13 146:3,23 147:11 147:24 161:10,23 163:3 164:1,16 169:2 171:3 173:12

**formal** 97:5,15 98:5 117:3 122:15 123:3 172:5

**formulate** 45:24

**forth** 121:16 137:24 139:3 140:8 166:10

**forward** 192:15

**found** 105:9 107:24 108:1 119:19 167:14

**foundation** 52:8 52:15 54:20 72:2 100:23 101:7,17 110:19 111:3 114:21 116:5

**founded** 18:14

**founding** 18:13

**four** 13:18 21:1 37:2 42:4 69:8 124:6 153:18 157:8 160:8 188:3

**fourth** 21:2 26:13 160:11,12

**frank** 157:3

**free** 193:14 194:20

**freedom** 62:9 68:13,23 88:22

**front** 60:8,18 99:11

**frozen** 84:23

**frustrating** 138:3 138:4

**full** 13:10 14:13 36:6 60:7,9,12,13 109:6,18,24 110:15 112:10,14 112:23 114:6 115:2,4,15 116:10 121:23 122:22 127:15 132:7,9

**fully** 96:18 115:3

**fun** 128:5

**function** 52:5

**functioned** 158:9

**fundraising** 32:14

**funny** 28:15

**further** 80:16 143:5 191:11,14

**fyi** 131:18

**g**

**g** 3:10 4:9

**gabe** 30:23 31:9 46:9,18,21 48:1 85:11 155:3 166:8

**gabriel** 1:9 3:3 4:2 4:9 143:2 191:4 192:8 193:4,9 194:4,13 195:20

**garbled** 44:16

**gc** 51:8,12,13,13 51:16,18

**geared** 77:18

**general** 2:12 23:15 33:13,14,24 45:14 45:22 46:10 49:5 77:9 82:2,4 83:6 83:13 84:19 85:9 85:14 86:8,11,24

**generally** 22:10,14 34:10 37:13 99:19 181:22

**getting** 44:10 74:20 85:9 152:19

**ghanem** 1:6 2:17 10:9,23,24 35:12 35:17 78:10 89:22 94:24 124:10,13 124:16,20,21 125:4 153:15 185:16 192:6 193:3 194:3

**ghanem's** 10:22

**give** 5:19 6:6,10 39:24 44:20 81:16 102:13 127:7 132:21 158:13,15 167:9 169:5 178:18

**given** 161:7,8 165:12 169:6 170:4,7,19,22 178:23 191:10

**gives** 179:2

**glad** 37:4 139:11

**go** 5:14 10:5 11:10 14:3,18 15:6 16:7 17:14 18:11 22:17 23:6 24:10,15 26:16,22 27:2 28:11 29:8 31:10 34:8 35:5 37:18 38:11,14,21 40:5 47:7 48:19,21 49:1 52:19 53:8 58:23 60:20 80:16 82:12 89:7 92:6 96:14 97:4 102:11 108:16 131:18 134:10 136:20 139:18 148:15,21 149:6 152:6 154:15 155:10,16 157:22 160:9 161:24 164:19,21 166:5 171:4 175:7

**goal** 122:9

**goes** 37:9 40:7,8 40:10,12 59:10 102:23 119:20 157:1

**going** 5:18,19 6:19 7:8 21:16 22:11

23:19 34:13 39:5
45:18 46:19 61:3
67:15 68:1 78:4
82:10 83:20 84:5
84:6,9 86:9,13
87:8 89:6,7
103:20 111:8
113:4 116:18,19
120:17 121:20
133:19 139:18
140:6 141:12,14
146:22 157:10,11
157:17 161:5
165:7,8 175:7
178:10,19,24
**good** 7:14 72:21
73:1,7,9,15 74:3,6
74:8,9,10 79:20
100:15,21 101:6
135:11,11 137:8
137:20 143:12
167:24,24 168:1
**gotten** 138:14
165:9
**grace** 157:19
**gradations** 16:14
**grade** 78:5 103:21
**graded** 104:3
**grading** 104:9
**graduate** 11:12,16
11:18,19
**grammar** 128:5
**grant** 8:5 65:22
66:9 126:24 127:6
151:5 157:18
**granted** 69:20
88:3,15 99:18
135:23
**granting** 152:8,23
**gravity** 145:6

**gray** 23:10 24:1
**great** 141:23
**greater** 184:13
**greets** 43:5
**grew** 5:1
**ground** 5:15 62:11
63:19
**grounds** 46:2
47:20 62:5 63:23
132:14
**group** 102:22
**guess** 12:10 23:22
24:2 30:2 56:24
57:3 66:14 76:20
90:21 109:23
121:24 138:7
139:6 153:6
159:23 168:12
186:2,17 187:4,5
**guidance** 96:17
98:4,7,11 161:8,14
163:16,22,23
164:5,5,22 165:12
166:17,20 167:4
167:15 170:8,20
170:23 172:14
**guide** 29:13 62:14
76:16
**guidelines** 24:22
62:10 68:23 88:24
90:6 100:8 101:4
101:15 132:5
136:17 180:24
**guy** 27:24

### h

**h** 3:6
**half** 13:23 56:3,10
170:5 183:4
**hall** 4:23 15:7,10
15:21 16:3,23
17:2,8,20,23 18:23

27:8,12
**hall's** 22:6
**hand** 88:12,13
191:20
**handbook** 3:8
28:18,19 29:4
30:18 32:4 35:9
36:13 37:24 38:22
39:22 41:5 60:16
60:17,23 61:14
62:18 68:11 81:14
88:21 90:7,12
92:7,8,14,17,19
96:4 97:10 98:19
130:9 150:16
151:8 153:1,20
180:14,16,22
181:21 184:2
**handled** 29:5
50:10
**handling** 50:15
**handy** 26:8
**happen** 128:17
**happened** 138:23
**happens** 40:14,20
41:2,13 58:16,19
59:9
**happy** 80:21
**harassing** 63:23
**hard** 44:2 46:14
72:18,19 78:7
176:16
**hazard** 51:23
**head** 154:20
**headhunter** 27:18
**health** 17:23 18:2
18:3
**hear** 65:5,7 86:19
91:4 99:5 152:9
176:17

**heard** 69:11 84:24
**hearing** 7:14
115:12
**heavy** 74:15,20
75:3,8,15
**held** 163:23
**help** 10:5 35:14
83:10 92:21 131:4
154:17,18 181:8
**helped** 87:15
**hereunto** 191:20
**hey** 27:19 131:19
**hi** 80:21
**hiccup** 41:7
**hierarchal** 22:24
**hierarchical** 22:14
23:2,2
**high** 10:4
**highlighted**
116:24 117:1
119:17 157:23
158:2 172:5,15
**hill** 12:24
**history** 70:11
**hit** 135:7,9,20,21
136:5,7 137:11
**hoc** 103:11 163:14
**hold** 13:19 137:6
154:23
**holtschneider**
27:22
**honest** 110:2
118:14 119:12
122:3
**honestly** 84:4
111:14 131:14
**honesty** 93:7,11
94:13 95:1
**honolulu** 12:2
**hooked** 19:15

hope 46:13 78:10 86:2 89:21 157:18
hopefully 92:11
horrible 32:18 173:23
hour 1:16 55:16
hours 8:16 56:11 57:1,2 71:23 107:5 108:21 120:24 179:1
house 9:22
houston 13:15,17 19:9 22:8 42:2 160:5,15
hr 51:7 52:1,4
huh 6:8 37:11 46:24 54:9,10 56:12 57:7 80:2,3 105:5 109:2,3 132:16 175:20,21
human 6:1 7:12 50:14,19
humor 89:22
humoring 99:8
hypothetical 24:9 25:17 26:4 88:5 104:6 119:14 133:18 134:9,13 135:17 164:18 167:10 169:3
hypothetically 151:18

**i**

identification 30:8 53:19 75:20 79:7 82:14 85:20 113:11
ii 105:9
illinois 1:1,15,15 2:4,9,14 191:1,3 191:21

imagine 16:16 20:12 118:24
immigrants 18:14
impact 157:8
impartial 93:17
implying 161:17
important 16:2 81:4 98:3,6 132:7
impressed 5:12
improper 88:5 104:6 119:13 134:8
improve 159:5
inaccurate 119:9
inappropriate 63:24
inaudible 70:2
inbox 28:5
include 115:23 130:8,21 180:22 180:23
included 129:22 129:24,24 130:12 130:16,17 192:13
includes 32:13 49:5
including 134:23
incompetence 71:21
incomplete 25:17 26:4 164:17 169:2
inconsistencies 172:9
inconsistent 161:8 161:13,21 162:3 162:24 163:16,22 163:22 164:4,6,13 164:22 165:12 166:17,20,22 167:4,15 170:8,19 170:23

incorporated 194:12
incorrect 15:16 167:22
increase 168:1
increases 158:22 158:23
independent 40:9 105:16,20
indicated 152:12 153:20
indicating 192:13
indirectly 191:18
individual 46:7 100:4
individuals 43:24 137:19
indulge 51:22
information 3:10 46:10,15,22 74:21 76:20 83:22 115:6 116:10 117:16 152:19
informed 29:12 81:4 160:16
informing 82:22 172:12
inherited 7:15,16
initial 121:21 166:23
initially 12:10 13:20 167:21,23
initiated 122:16 123:3
input 29:3
instance 67:3 81:21,22 169:6
instances 34:18
institution 16:20 18:17 19:1 21:22 21:24 32:12,15

43:22 158:20 162:13 165:4
institutional 13:23 14:7 49:13
institutions 19:10 20:23 21:5 22:5 22:20 34:21 102:14,17 165:4
instruct 48:2 86:22 87:9
instructed 131:3
instruction 48:13 84:10 178:17
instructions 85:9
integrity 71:20
intellectual 93:7 93:10 94:13 95:1
intellectually 110:2 118:14 119:12 122:3
intention 27:11 74:7
intentions 74:8
interact 19:20 21:12,13,14
interacting 25:14
interaction 6:1
interested 27:19 76:21 191:18
interim 15:12 35:22,23,24 36:1,4
internal 33:5
internet 30:21 79:11
interposing 131:20
interpretation 148:13,19 149:4 154:13 155:8,14
interrogatories 9:8

**intimidated**
127:19 136:24
140:24 141:1,9,10
143:20
**intimidating** 117:5
117:9,14 118:19
119:10 120:12
**invading** 50:2
**investigate** 52:11
52:19
**investigating** 52:5
**investigation**
52:13 106:2
**investment** 12:21
**investments** 33:17
**invocation** 181:4
**involve** 34:10,18
**involved** 33:21,22
34:14 36:15,16,19
37:3,20 38:5
**involves** 68:24
**involving** 33:7
**irvine** 12:5 13:6,7
**island** 5:1
**issue** 50:16 109:8
132:10,10 133:4
133:10 150:16
157:3 166:19
168:14,14
**issued** 104:15
**issues** 47:23 132:1
**italicized** 127:12
**items** 48:22 49:1

**j**

**jackson** 2:13
**jan** 3:11
**january** 13:2
15:13 78:19 80:8
80:21 81:12 82:8
98:23 143:15

**japanese** 12:1
**jerk** 6:10
**jerry** 64:18 99:6
111:17 177:10
**job** 13:14 19:5,16
20:1 24:20 90:10
**jog** 43:9
**jogged** 43:15
**joined** 124:20
153:15 160:20,23
160:23
**joke** 28:14 186:19
**jose** 51:14
**journal** 133:23
**journals** 102:16
102:19 134:1
135:3
**judge** 71:4 72:11
73:23 111:8,21,23
131:19 137:23
179:4
**judged** 100:11
**judging** 175:11
**judgment** 26:11
62:17 89:11 120:4
140:14 149:14
168:8,8 174:19
176:22 187:2,19
**july** 15:12 29:2
**justification** 55:9

**k**

**k** 3:11 191:2
**kathryn** 2:13
**kathy** 51:15 86:2
**keep** 7:17 10:2
184:15
**keeping** 159:18
**keeps** 81:4
**kept** 131:20
**kids** 65:1

**kind** 44:15
**knew** 27:20
**know** 5:24 6:11
7:5 16:13,17
22:10 23:18,19
27:8 29:24 31:20
43:2 44:4,6,12,18
48:9 53:1,12,16,21
62:22,23 65:10
66:5 67:10 68:1
70:20 71:6,8,15,16
71:19,23 77:18
78:7 82:15 84:4
86:12 89:20 90:18
91:13 96:7 99:5
103:22 105:6
108:6,20 109:14
110:11 113:8
114:11 116:8,15
120:9,22 121:9,23
131:2 132:6,18,18
133:19,21 134:1
135:15,19 136:21
138:3,4,8,9,11,14
148:7 152:4,22
154:5,11,19
157:11 162:22
165:23 167:2
173:4,8 177:18
178:5 183:8,10
187:4,24
**knowledge** 73:12
73:14

**l**

**l** 4:9
**labeled** 53:24 79:5
82:19 86:3 127:16
**labeling** 29:20
**lacks** 52:8,15
**laid** 35:8 90:6,11
123:16

**language** 78:6
**large** 19:7 49:2
104:14 146:20
**larger** 17:17 18:4
**law** 2:2
**lawsuit** 9:19 11:8
116:3
**lc** 104:24
**lc0003993** 82:19
**lc0004000** 171:17
**lc3998** 108:5
127:16
**lead** 134:18 135:7
**leadership** 44:2
**leading** 189:12
**learn** 48:10
**learned** 52:20,23
**learning** 47:22
**leave** 27:8 173:14
**leaving** 27:11
**lecturer** 12:11
**led** 5:13
**left** 13:13 14:1
**legal** 9:20,21 46:11
48:23 192:1 195:1
**legitimate** 144:22
186:18,20
**letter** 3:12,13
76:15 77:14 82:22
91:17 98:23 105:2
108:4,10,17
110:12 115:6,11
143:14,16 148:7
157:24 187:7,8
192:19
**letting** 121:9
**level** 34:5 38:4,10
40:2 59:7 65:18
67:20,20 78:16
89:1,2,14 90:12,13
103:13,19 104:19

104:21 123:19
128:17,23 129:1,2
129:3 131:6 132:3
132:4 133:2
136:11 140:15
145:7 149:11,15
149:18 162:11
163:9,10,12
165:24 168:2,4,11
180:24 182:1,1,9
187:14
**levels** 47:6 58:23
67:16 89:13 90:10
123:15,18 136:13
137:7 138:22,24
146:7,7 147:3
168:10 176:23
182:3,12,14
**lexa** 80:21
**liberal** 104:13
**life** 5:13
**lifting** 74:15,20
75:3,8,16
**limited** 150:17
**limits** 151:12
**line** 23:16 39:3,10
84:5 96:11,16
97:5,10 119:20,22
119:23,24 120:3,4
135:16,19,20,22
136:4,6,7 140:4
166:11 192:13
194:7 195:3
**lines** 96:14
**link** 41:22
**linkedin** 41:18
**lisa** 1:3 2:17 43:2
58:3,11 192:6
193:3 194:3
**list** 48:18,19,21
49:1

**listed** 68:10 194:7
194:17
**listing** 194:7
**litigation** 10:9
**little** 10:21 30:2
58:18 76:21 92:21
116:17 129:10
131:4 157:18
159:17 171:24
**live** 22:12 64:23
68:3 133:20
**living** 158:22
**liz** 49:17 50:12
**local** 24:22 38:4
40:2 58:23 59:7,8
59:9 62:10 67:19
78:16 89:2 90:13
100:8 101:3,14
103:13,18 104:19
104:21 149:11,15
149:18 168:2
176:23 180:23
187:3
**lodge** 23:15 73:21
165:8
**log** 86:12
**logged** 86:12
**long** 13:16 14:16
14:21 15:9 91:16
147:9,21 148:4
163:9 170:5
**longer** 163:10
**look** 24:22 25:3
35:13 37:23 40:23
45:6 48:17 60:5
60:11,19 62:11
65:24 92:18 96:4
98:17,21 100:8
101:24 102:20
103:9 108:3
116:13 120:3,4,14

134:19,24 140:7,7
140:12 148:6
152:13 154:7,9,18
155:18 156:24
157:13 170:4
171:15 181:1
183:5,6,7 184:18
186:2 187:9,10
188:1
**looked** 18:9 44:8
55:12 76:24 77:2
77:3 105:18
156:23 170:3
173:17 174:24
175:13 185:13,15
**looking** 33:16
55:14 60:21,24
61:7 109:15,17
128:14 148:10
155:5 167:12
173:1 174:16
175:1 176:14
179:14
**looks** 80:19 81:10
82:24 86:1 103:14
108:24 109:18
153:15
**loosely** 43:23
**lost** 107:21
**lot** 20:14,17,23
32:24 33:4 109:14
110:20 120:23,24
131:16 183:9
**love** 9:24 172:17
172:18
**lower** 89:12
168:10
**lunch** 141:22
142:1 143:9,13

**m**

**m** 4:14
**madam** 91:6
192:10
**main** 68:11
**making** 23:12
29:13 62:15 74:10
81:20 95:2 119:18
124:22 135:17
149:9 179:20
185:19
**malice** 74:7
**management** 49:7
**manner** 16:24
110:2 122:3 176:8
176:12 178:11
**march** 191:21
192:4
**margin** 25:4
**mark** 137:11
**marked** 7:22,24
30:7 53:15,18
75:18,19,23 79:2,6
82:13 85:19
113:10
**marketing** 12:4
14:9 15:1 49:9
102:14
**martin** 29:15
33:22
**master's** 11:24
12:14,18
**mater** 12:11
**material** 62:1 69:1
69:3,4 84:6
106:22,23,24
110:1 122:9
127:22 128:10
129:14,21,23
130:12 131:7
137:3,15 138:1,7

138:12,24 143:23
144:11 145:18,24
146:1,21 147:22
148:5 166:22
167:3,16 168:17
179:17
**materials** 62:23
67:2 87:16 107:1
115:24 130:16,16
188:12
**mathematician**
100:17
**mathematics**
11:15
**matter** 23:3,9,10
48:18 49:3
**matters** 46:11
**mba** 11:22
**mckeown** 185:14
**mean** 9:22 10:10
12:8 19:13,24
22:19 23:9,10
27:5 34:4 38:18
39:11 42:13 43:19
48:21,22 63:20
68:12 70:22 71:8
71:16 73:11 74:20
75:2 81:21 100:2
100:17 101:21,21
101:22 103:18
112:14,22 115:2
125:10 130:18
132:2 133:17
138:20 151:11,17
158:5 161:13
167:9 174:20,21
176:8,9,11,13
177:24 181:20
183:1,8,9,10 184:4
184:12

**meaning** 102:21
148:13,19 149:4
150:5 154:14
155:8,15
**means** 64:20 71:1
93:10,15,18
132:18,19 135:11
175:13 183:2,15
183:17 184:8
**meant** 175:6
176:14
**measure** 102:8
103:8
**medical** 17:21,24
18:3
**medication** 8:11
**meet** 33:1,10 43:5
45:14 135:9
**meeting** 10:17
**meetings** 43:6
48:24
**member** 24:5
25:13 26:1,22,23
35:2 36:11,22
37:1,9 40:10,19,21
42:17,19,20,23
47:3 59:1,15
63:10 67:2 68:21
89:16 94:10,11,16
94:18 95:12 96:18
97:16 120:7
160:24 163:19,21
164:7,9,11 166:18
167:4 182:15
183:23
**member's** 97:18
97:22
**members** 45:17
48:10 49:1 61:6
67:17 71:6 90:2
104:16 187:23

**memorandum**
154:19
**memory** 43:10,15
**mention** 133:8
**mentioned** 37:5
52:20,23 57:11
77:4 116:9 120:3
133:18 146:11
181:2 183:21
**mentor** 19:6 20:3
**mentoring** 24:4
**mentors** 20:3 99:4
**mere** 123:12
**merely** 63:19
**merit** 158:21
**merited** 124:7
**merits** 62:20
**met** 9:9 43:4,7,16
43:17,20,22,23
71:13 159:13
160:17
**metrics** 102:10
**midwest** 192:17
195:1
**mind** 91:20 92:5
128:16 159:18
171:12 184:16,23
**minds** 137:19
**minimal** 136:4
**minimally** 25:3
**minimum** 136:5
**minute** 79:14
143:9 169:19
**minutes** 28:3 57:5
85:22 141:22
144:14 169:9,10
169:16,23 188:2,3
**minutia** 175:15
**miscalculation**
145:5

**misread** 139:10,13
139:15,17,19,20
140:3
**misreading** 139:8
**misreads** 138:11
**misrepresent**
157:5
**misrepresentation**
122:16 123:4
146:14,19,20
156:20
**missed** 133:3
**missing** 160:19
**mission** 18:6,7
**misstatement**
127:21 128:9
137:2 143:22
144:2 145:4,6,17
145:22,23
**misstates** 53:6
96:23 114:20
125:13 130:3
131:10,15 150:22
**misstating** 68:2
**misunder** 138:11
**misunderstanding**
127:21 128:9
137:2 143:22
144:3 145:16,21
145:22
**misunderstood**
127:18 136:23
137:14 138:5
143:18
**mix** 14:11
**month** 33:2
**monthly** 45:14
**morning** 6:23 7:6
27:17 58:15,17
**mother** 7:11

**mother's** 7:16
**mountains** 65:1
**move** 19:14 64:24
  157:11
**moved** 50:13
**moving** 20:3 65:7
**multiple** 181:3,17
**murphy** 3:10,13
**murphy's** 77:14
**music** 103:2
**mute** 65:3
**muting** 64:23

**n**

**n** 3:1 4:10 152:11
**name** 4:8,9 10:22
  44:3 46:6 192:6
  193:3,4,15 194:3,4
  194:21
**named** 15:2
**names** 99:6
**narrative** 120:18
**naturally** 19:14
**nature** 45:19
  126:5
**necessarily** 159:20
  177:14,15
**need** 5:23 6:2,6,9
  7:17 10:5 28:11
  54:23 60:14 79:10
  81:14 97:17,22
  103:21 110:18
  111:22 128:16
  131:19 133:22
  141:15 144:3
  145:5,6 159:1,6
  166:1 168:23
  174:5 178:22
  182:21
**needed** 159:5
  160:16 162:7

**negative** 118:4,5,7
  147:5 157:9
**negatives** 146:10
**nerd** 128:5
**never** 5:8 19:3
  42:22
**new** 26:13,22
  30:24 33:16,20
  80:22
**nice** 137:9
**noise** 65:2
**non** 106:16
**nonrenewal** 38:3,9
**nonrenewals**
  37:21
**nonrenewed** 37:17
  39:6
**nontraditional**
  19:8
**normal** 6:1
**normally** 170:4
  175:23
**north** 2:8
**northern** 1:1
**nos** 3:7
**notarized** 192:14
**notary** 192:24
  193:10,18 194:15
  194:23 195:23
**note** 192:12
**notion** 173:17
**notwithstanding**
  172:5
**number** 17:23
  30:13 37:15 48:22
  57:22 103:23,24
  104:1 120:5 134:4
  134:5 188:24
  192:7,13
**numbers** 53:22
  82:11 102:4 194:7

**o**

**o** 4:14 191:2,2
**o'clock** 141:22
**o'connor** 2:7
  28:11
**oath** 4:15 5:15
**object** 7:6 26:3
  45:18 46:16 47:19
  63:18 69:21 80:10
  83:20 86:9 91:11
  114:19 120:17
  141:3,12 146:22
  164:16 169:1
  171:1,2 173:12
  188:16
**objection** 7:7 16:6
  17:3,10 20:18
  21:6 22:11,15
  23:4,15 24:7
  25:16 27:1 35:4
  39:13 41:19 46:1
  47:4,14 48:4
  49:20 50:5,24
  51:1,9 52:7,14
  53:3 54:20 55:17
  56:5,14 57:16
  58:5 63:7 66:10
  67:4,11 68:2,14
  70:13 72:2,8
  74:17 75:11 88:4
  92:11 94:5 95:22
  96:23 97:14 98:13
  100:23 101:7,17
  104:5 105:21
  106:7,18 107:12
  110:3,23 111:17
  114:7 115:16
  116:5 117:22
  119:2,13 121:4
  122:4 125:13
  128:19 130:2

  131:10 133:20
  134:8 135:24
  138:16 139:22
  144:5 145:9 146:3
  147:11,24 150:22
  161:10,23 162:22
  163:3 164:1
  165:15 168:19
  180:8 189:12
**objections** 21:17
  48:12 63:23 73:22
  115:7 121:1
  131:15,20 165:8
  168:22
**objective** 101:16
  101:20
**objectively** 102:8
  103:8 133:15,17
  135:20 138:10
**obligation** 93:3,6
  94:12,17,24 95:10
  95:15,18,21
**obligations** 93:21
  94:1,4 165:13
  167:5,16 170:9
**observations**
  102:5
**obtaining** 58:18
**obviously** 6:23
  37:8 61:20 131:6
  132:6 152:2,17
  179:19
**occasion** 32:6
**occupational**
  51:23 103:4
**occur** 144:23 145:7
**occurs** 147:21
**october** 35:19
**offer** 68:5 154:20
**offered** 20:4
  173:21 174:2,2

| | | | |
|---|---|---|---|
| **offhand** 187:24 | 51:20 54:4,12,14 | 165:23 169:18 | **oversaw** 14:7 |
| **office** 2:12 29:6 | 54:18 55:7,10,13 | 170:6,22 171:9,15 | **oversight** 32:12 |
| 45:14,22 46:11 | 56:3 57:4 58:22 | 171:20 172:4 | **overstepped** 72:22 |
| 49:12 50:11,12 | 59:8 61:10 62:6 | 173:19 179:10 | 168:7 170:11 |
| 80:23 82:1,2,4,5 | 62:13,21 64:14,21 | 181:1 183:8 184:8 | **overstepping** |
| 83:6,13 84:19 | 66:5,20 67:24 | 185:14 186:12 | 140:11 |
| 85:15 86:11 | 68:8,12 69:7,8,16 | 188:1,8,22 189:5 | **overturn** 107:17 |
| 191:21 | 74:13 75:1,17 | **once** 19:4 | 126:14 |
| **officer** 13:24 | 76:4,8 77:5,11,24 | **ones** 102:3 181:20 | |
| **offices** 2:2 | 78:15,18 79:15,20 | **open** 17:21 28:8 | **p** |
| **official** 130:20 | 80:10,14,24 81:10 | 28:16 154:23 | **p.m.** 80:21 142:2,2 |
| 193:15 194:21 | 81:19 82:12,21,24 | **opened** 17:22 | **padilla** 51:14 |
| **ogc** 45:22 | 83:15 86:1 92:6 | **opinion** 23:10 | **page** 3:2,7 76:11 |
| **oh** 5:2 35:16 78:24 | 93:3 96:10 97:7,9 | 26:10 68:5 69:5,6 | 80:17,18,19 92:18 |
| 79:19 107:24 | 98:10,17 99:16,22 | 75:2 121:15 | 92:20 96:6 97:8 |
| 129:3 | 102:2 103:20,22 | 165:22,23 166:1 | 99:13,14,15 |
| **ohio** 192:2 | 105:8 106:23 | 167:7,8 168:7 | 104:23 105:4,7 |
| **oide** 49:12,15 52:1 | 107:7 108:9,18 | **opinions** 158:4 | 108:3,8,16 109:5 |
| 52:21 | 109:5,20 111:12 | **opportunity** 182:2 | 109:10,12,13,19 |
| **okay** 4:11,13,18 | 112:10,22 113:3 | **opposed** 39:6 | 116:13,16,23 |
| 5:2,18,22 6:6,15 | 114:4 116:9,21 | 175:10,11 186:24 | 122:12,19,20 |
| 7:5,11,20 9:14,15 | 117:22 118:15 | **option** 150:20 | 127:10,15 136:21 |
| 9:21 10:3,6,13,20 | 119:8,22 122:23 | 152:9 153:19 | 143:15 148:6,9 |
| 10:24 11:10 12:13 | 123:17 124:1,6,16 | **options** 18:15 | 156:1 157:7,13,16 |
| 12:15,20 13:4,6,8 | 124:21 125:7,23 | 150:12,13,17,19 | 157:20 171:15,18 |
| 13:12,16,19 14:1,3 | 126:3,20 127:5,10 | 151:4,5,7,9,12,13 | 181:5,8 192:13,15 |
| 14:14,18,21 15:9 | 127:13 129:3,15 | 151:24 152:11 | 194:7 195:3 |
| 15:14 16:11,22 | 130:11,22,22,23 | 153:2,4,11,14,18 | **pages** 3:16 28:18 |
| 17:16,19 19:2 | 131:24 132:17 | 153:22,23,24 | 77:6 170:5 |
| 23:1,20 25:12 | 133:3 135:14 | 154:3,5,7,8 | **panel** 61:11 62:1,3 |
| 27:14 28:22 29:1 | 136:3,20 137:13 | **order** 7:23 8:1 | 65:15,16 66:21,24 |
| 29:7 31:11,16 | 137:17 138:2 | 189:22,24 | 68:4,9 69:19 70:1 |
| 32:3,6 34:10,15,17 | 143:12 147:8,10 | **original** 190:1 | 71:7,24 72:7,17 |
| 34:23 35:21,24 | 147:17 148:10 | **ortiz** 49:17,18 | 74:10,14 76:8 |
| 36:5,9,16 37:4,20 | 151:5,13 153:3,9 | **ortiz's** 50:12 | **paragraph** 109:15 |
| 38:11,20 39:9 | 154:1,8,11 155:5 | **outcome** 178:8 | 109:18 122:12 |
| 40:14,19,23 41:2 | 155:22,24 156:2 | **outline** 92:14 | 123:1 127:11,15 |
| 41:12,15,17 42:13 | 156:23 157:17,22 | **outside** 9:22 | 128:5,6 136:21 |
| 42:17 45:4,7,24 | 158:17 160:3,14 | **overall** 172:6 | 143:16 144:17 |
| 46:11,12,23 49:4 | 160:20 161:3 | **overly** 175:15 | 156:12,18 172:4 |
| 49:18 50:15,18,22 | 162:14 164:8 | | 172:18 |

| | | | |
|---|---|---|---|
| **parameters** 135:18 | **people's** 99:6 | **piece** 20:6 110:19 131:2 | **possibility** 20:4 |
| **part** 13:23 20:6 30:14 32:15 49:2 50:20 54:13 55:5 55:6,21 89:14 119:17 124:19 129:7,14,17 130:6 130:9 131:22 155:5,6 158:23 174:19 179:13 194:9 | **percent** 33:2 84:2 106:5 117:11,13 118:18 119:9,19 120:11 121:13 183:3,9,10,11 | **place** 23:11,13 107:22,24 108:1 | **possible** 153:24 |
| | **percentage** 18:9 18:10 | **plaintiff** 1:4 2:6 | **power** 151:22 |
| | | **planning** 12:22 13:24 14:8 19:13 | **powers** 153:10 |
| | | **plays** 34:12 | **practice** 93:7,10 94:13 95:1 |
| | **percentages** 84:1 183:5 184:17 | **please** 4:7 6:16 7:18 10:1 28:7 35:15 51:22 53:16 55:1 67:10 73:19 80:22 82:15 84:12 84:16 85:5 87:11 91:8 96:8 99:13 105:6 108:3,7 109:10 112:2,4 113:8 114:17 117:19 148:8 156:6 181:13 192:11,11 | **precluded** 122:17 123:4 |
| **particular** 6:2 89:12 133:24 153:7 159:4 177:18 | **perform** 172:13 | | **preconceived** 173:17 |
| | **performances** 103:1 | | **predetermined** 178:8 |
| | **period** 37:10 96:22 158:4,6 | | **prejudge** 179:11 |
| | **permanent** 103:11 | | **prejudged** 107:10 173:3,9 179:7 |
| **particularly** 6:2 120:7 | **person** 63:20,21 70:8,11 71:14 103:10 111:13 | | **premise** 155:7 |
| **parties** 191:16 | | **point** 27:11 40:13 92:22 119:20 156:17 157:1 159:15 163:7 187:7 | **preparation** 76:17 77:19 113:23 |
| **parts** 31:18,21 83:12,16 | **personal** 6:24 47:11,12 69:5 | | **prepare** 8:24 9:6 83:15 97:16,24 |
| **party** 29:23 30:14 | **personally** 48:17 71:8,10 166:15 193:11 194:15 | | **prepared** 55:8 83:11,12 |
| **path** 162:10 | | **pointed** 159:20 | **preponderance** 182:24 183:15,24 184:4,24 |
| **pattern** 122:16 123:3 156:19 | **personnel** 38:19 40:6 59:7 117:4 119:18 129:4 132:22 136:11 182:10 187:16 | **points** 37:18 103:23,24 104:1 104:11 | |
| **pay** 129:1 158:21 | | **pop** 64:13 | **present** 2:16 62:1 |
| **pc** 2:7 | | **popped** 28:5 31:2 | **presentation** 102:24 |
| **pedantic** 172:9,20 172:24 174:15,16 174:20,23 175:13 175:23 176:2,7 179:13 | **pertaining** 1:12 | **population** 19:12 | **presented** 118:4 183:19 184:6 185:1 |
| | **phd** 12:3 13:5 | **portfolio** 41:3 132:23,24 | |
| | **philippines** 11:11 11:23 12:12 | **portions** 77:8 | **presenting** 72:7 118:5 |
| **peers** 67:16 102:22 123:15,17 123:18,21 181:24 182:4,7 | **philosophy** 25:2 | **position** 177:18 | **president** 3:8 4:18 4:21,22 5:7 7:1,3 8:5 14:6 15:12,12 32:11 33:10 34:23 34:24 49:7,8,9,10 49:11 63:12 65:20 69:8,13 76:7 89:2 89:5 95:14,17 |
| | **phone** 14:14 71:4 73:24 192:3 | **positive** 118:3,5,7 147:9 | |
| **pejorative** 175:23 176:2,8,11 | **photo** 43:9 | **positives** 112:18 | |
| **pending** 91:1 | **phrase** 182:24 | | |
| **people** 38:11 41:22 172:18 | **pick** 32:7 133:12 133:13,13 | | |

141:14 150:5,6
152:21 153:22
185:23
**president's** 80:22
**pressured** 174:12
**pretty** 140:21
**preventing** 8:7
**previous** 163:17
163:18 165:3
**previously** 143:4
**primarily** 14:12
15:18,23 19:7,20
118:4,5
**primary** 16:21
**prior** 4:21 21:4
130:19,20
**priorities** 96:17
**priority** 81:8
**private** 12:19
18:24 19:1,15
22:3
**privilege** 46:2
47:19 48:13 50:2
86:12
**privileged** 46:21
51:1 83:21 84:5
85:8 86:16
**privileges** 68:22
**probably** 22:23
35:13 43:20,22
56:9,18 60:10
121:4 154:6
**probationary** 37:1
37:9 96:11,15,22
97:5,15,21 98:8,10
108:13 129:16
156:5,14 158:4,6
159:21 172:11
**problem** 18:20
98:12 155:3

**problematic** 161:9
161:22 163:2
**problems** 79:1
**procedural** 105:11
125:17 126:22
127:23 128:11,13
128:17,24 129:5,9
129:23 130:1,17
130:24 131:7,8,23
131:24 132:5,9
133:2,4,10,15
134:6 135:22
136:15,16 137:4
137:16 138:7,12
139:21 143:23
144:4,11 145:7,18
146:2 147:22
149:13,19,21,24
150:16 163:24
164:10,14 165:14
167:3,17 168:18
170:23 171:11,12
181:3,17,19,23
182:16,16,17,20
**procedurally**
158:8 164:23
186:24
**procedure** 1:11
125:22 126:4
164:23 171:14
193:5 194:5
**procedures** 62:10
88:24 90:11 100:5
126:6,8 132:15,20
175:12
**proceed** 21:19
24:16 31:6
**process** 34:12 35:8
36:3,12,14,15,17
36:19,23,24 37:3
38:3,21 39:19,20

39:22 40:1 52:18
55:6 58:15 61:15
67:14,18,22 89:15
90:11 97:16 98:1
110:12,15 123:16
124:18,19 125:22
126:4,6,8 133:9
156:16 158:6,9
175:12 180:6,11
181:21
**processes** 100:5
**produced** 9:12
29:22 30:14 82:18
**product** 86:6
**production** 192:15
192:17,22
**profession** 93:16
93:20
**professional** 47:12
69:6 71:16,20,21
**professionally**
71:10,15
**professor** 13:20,21
13:22 14:9 15:1
60:10 189:6
**professors** 21:11
21:13,14,15 57:14
60:7,13 104:18
**proficiency** 25:9
**profile** 41:18
**program** 13:5
**programs** 17:22
17:23 18:1 33:17
**progress** 137:22
160:1 172:7
**progressing** 159:9
**promise** 139:17
**promised** 11:2
173:20
**promotion** 24:24
25:5 40:11,22

42:16 60:12 67:14
77:2,10,13 78:12
100:9 126:16
127:1,7 130:7
140:6 156:14
160:18 185:5,7,10
187:15
**pronounce** 10:22
10:23 124:13
**pronounced** 4:11
78:10 86:2
**pronouncing** 78:8
99:2
**pronunciation**
78:4
**proof** 183:2,3,16
183:17,23 184:8
184:12
**properly** 6:12
62:22
**pros** 123:10
**protections** 180:11
181:3,17,19,23
182:16,17,18,20
**protective** 7:23
**prove** 119:1
**provide** 63:10
87:15 96:16 98:4
98:7 180:19 182:2
182:12
**provided** 113:1
172:14
**providing** 98:11
**proving** 120:13
**provost** 5:10,12
15:3,4,11 20:1
29:11 33:10,11,22
34:22 35:10,18,19
35:21,22,23,24
36:1,1,4,6 38:16
40:12,15,16 42:15

49:5,12 58:24
59:11 61:17,21
65:18 66:15,18
87:23,24 88:16
90:15 95:20
126:14 150:15,21
151:7,10 152:10
152:23 160:15
182:12 185:17,23
186:3
**provost's** 29:5
32:8
**public** 18:23 22:2
64:24 116:4
193:10,18 194:15
194:23 195:23
**publication**
102:23
**publications**
102:18 133:23
134:6,16,18 135:2
**publics** 22:2
**pull** 73:9
**pulling** 26:8
**pure** 120:19
**purpose** 61:10
62:3,24 65:12,14
66:23 68:4 92:8
**purposes** 65:16
68:8,11 74:14
90:22 92:14 96:15
96:22
**pursuant** 1:10
7:22,24
**put** 44:3 61:13
67:24 100:2 109:6
109:21 122:23
137:17 140:4
159:17
**putting** 174:9

### q

**qualities** 7:13,13
7:16
**quality** 7:15
102:16,22
**quantify** 183:12
**quantitative**
101:21,22 102:10
**question** 6:16,16
6:19,21 7:9 8:20
9:3 10:20 24:2,3
24:13 25:4 32:19
45:19 46:1,17
50:1 52:22 54:24
55:3,4 62:8,22
63:19 64:3,6,7
66:6,14 71:12
72:12,14 73:15,17
73:20 75:6,8,10
80:6 83:21 84:10
84:17,24 85:2,6
86:20,21 87:10
88:14 90:14,24
91:1,5,10 95:5,6
105:19 109:23
110:6 111:10,15
112:2,5 114:14,18
114:24 117:20,21
118:16 120:18,19
121:21 122:1
128:3 135:15,15
137:8,19,21 138:3
138:15 139:7,12
141:2,13,15
144:10,17,22
149:1 152:18
162:15,16 163:5
164:5,15 165:10
165:11 166:16,21
166:24 167:11
169:2 170:14,15

171:1 173:6,13,23
176:24 177:8,11
177:13,16 178:7
178:11,18 179:23
181:11,14 184:3
187:5
**questioning** 23:16
31:6 67:12 84:5
166:11
**questions** 3:15
5:18 31:20 46:14
63:22 77:18 85:14
86:10 131:3
171:13 188:9,23
**quick** 187:9
**quickly** 16:6
108:20
**quite** 75:6 91:19
104:14,15 132:11

### r

**r** 4:9
**race** 69:3 96:5
**racially** 185:20
**racism** 69:3
123:22,23
**raise** 111:15
**raised** 166:19
**rank** 31:22 160:16
160:18
**ranking** 17:1
168:13,14
**rankings** 17:5
**rated** 100:15
**rates** 159:9
**rationale** 91:17
**reach** 50:3 176:18
176:20 177:2,9,23
178:2 188:10,14
**reached** 189:6,10
**react** 47:2,10 48:9

**reacting** 47:21
**reaction** 47:11,13
48:1
**read** 9:8 31:18,22
32:5 41:8,10 55:3
55:4 64:7 73:19
73:20 85:4,6
86:21 91:3,7,10
95:4,6 97:14
110:13 112:4,5
114:16,18 117:19
117:21 120:9,10
120:15,16 121:2
128:7 137:18
169:9,10,16
181:13,14 193:5,6
193:12 194:5,6,17
**reading** 106:21,23
112:19 191:12
192:19
**reads** 128:7
**ready** 44:10
**real** 187:9
**realistic** 154:3
**really** 19:5 20:8
75:10 185:22
**reason** 41:23
125:4 151:15,16
183:20 192:14
194:8 195:3
**reasons** 97:21
110:9 132:13
149:13,13,18,19
185:21
**reassert** 21:17
**recall** 45:6 46:3
48:15 50:22 55:15
55:21 57:22 58:19
59:24 61:4 62:18
69:15 70:5,7,10
71:13 100:10

**[recall - required]**

106:11 166:12
167:20 168:3
185:22
**receipt** 80:23
192:18
**receive** 7:24 11:14
83:10 160:14
163:15 164:4
**received** 28:4
36:21 54:6 78:18
80:9 82:20 85:21
113:8 125:9,12
166:17 167:14
188:12
**receives** 163:21
**receiving** 64:11,14
166:19 167:4
**recess** 57:9 142:1
169:21 188:5
**recognize** 76:1
**recollection** 60:15
79:23 106:13
107:6 144:15
186:1
**recommend** 69:19
69:19
**recommendation**
40:15,16 58:24
59:10,11 63:3,4,5
66:1,4,21 67:1
73:16 76:9 78:1
89:8,17,24 95:2
107:3 125:8,11,19
126:1,13,22 175:9
**recommendations**
72:21,23 73:2
74:11 84:20 91:18
91:20 107:18
150:8 152:15
158:3,12 161:6

**recommended**
152:14
**reconcile** 90:21
**record** 4:8 6:4 7:8
28:13 29:19,21,23
30:15 57:8 70:22
75:21 76:4 85:12
87:24 88:1,14
96:24 99:19,22
108:5 113:1,4
114:5,20 116:4
125:14 143:1
144:6 145:10
146:4,9 157:2
166:7 168:9 171:2
171:23 172:7
187:20 191:9
194:9
**recorded** 191:7
**recused** 124:21
125:5
**redacted** 86:4
**reduced** 191:7
**redundant** 82:5
**reevaluated**
186:23
**reevaluating** 90:9
90:19
**reference** 117:14
119:10 120:12
192:7 193:2 194:2
**referenced** 117:5
118:22 193:11
194:15
**referencing**
118:19
**referring** 65:21
108:23 144:9
166:9 180:13
**refers** 118:3

**reflect** 28:13 29:21
189:5
**reflecting** 172:6
**reflects** 157:7
**reformulate**
144:23
**refresh** 60:15
79:22 106:12
144:14 185:24
**regard** 26:11 99:9
**regarding** 48:13
**regardless** 168:13
**regards** 146:16
**regular** 44:1 104:2
**reject** 66:21,24
89:23
**rejected** 105:13,17
106:6,16 107:8,19
**relation** 61:12
**relations** 32:14
**relative** 119:15,16
**relayed** 46:10
**relevance** 16:6
17:11 21:7,18
22:16 23:5,16
24:8 25:17 26:3
41:19 47:15 57:16
58:6 75:12
**relevant** 31:18,20
68:17
**remaining** 105:10
**remand** 150:20
151:6,9 152:10
**remanded** 150:15
**remanding** 152:23
**remedies** 153:21
**remedy** 126:4,10
**remember** 51:21
**remind** 18:18,23
51:6

**remove** 114:5
**removed** 114:10
**renew** 38:2
**renewal** 34:6
**repeat** 44:15 51:22
64:3,6 85:2 92:22
112:2
**replace** 30:4
**replaced** 30:5
**replacing** 30:17
**reply** 81:14
**report** 3:12 76:7,9
76:11,12 112:20
118:9 141:8
156:21,24 157:7
169:16 170:1
179:14 188:24
189:3
**reporter** 1:14 5:22
6:7,12 41:8 53:21
55:3 64:5 73:19
79:4 82:17 85:4
91:3,6 112:4
114:16 117:19
121:2 181:13
189:22 191:23
193:7
**reporter's** 30:6
**reports** 106:24
**representative**
49:15
**represented** 6:24
**reputations** 71:17
71:20
**request** 129:18
186:15 194:9,11
**require** 33:17
102:17
**required** 74:24
131:22 192:24

requirements
24:24 136:6,8
requisite 134:4,5
reread 54:24
research 13:23
14:8 16:13,14
25:10 93:19
100:22 102:7,8
103:5 133:21
134:3 135:10,11
147:19
reserve 189:21
reserved 190:5
resistant 120:7
resonated 18:8
resources 33:18
50:14,19
respect 25:14
26:11,16,21 47:24
49:19 52:5 72:6
72:16 74:13 77:12
81:22 93:22 106:2
110:12 112:11
140:23 162:16
165:12 167:5,15
170:8 181:4
respond 84:10
responded 144:10
166:16
responding 48:1
responds 141:20
response 3:11
120:8,15 155:18
155:20 166:6,9,18
166:23 182:2,13
184:5
responses 153:24
responsibilities
14:10 15:17 32:10
responsibility
32:9

restrictions
134:17
result 176:19,20
177:3,9,23 178:2
resumed 3:4 143:6
retaliation 123:22
returned 192:18
reveal 46:22
reverse 66:14,17
review 28:20 36:4
36:8 37:14 55:7
55:10 59:7 62:4
62:23 67:16 76:12
76:14,22 77:7,8,11
77:13,18,24 78:3
78:11,15 81:16
82:6 97:15,21
108:19 110:21,22
110:22 117:3
122:15 123:3
124:3,10 126:1
127:3 129:4,16
132:22 137:20
140:21 141:6
147:3 151:10
155:11 156:15
158:7 159:22
161:20,22 162:23
163:1 164:12,24
165:1,2 181:21
182:11 185:3,6,9
188:13 192:12
193:1 194:1
reviewed 9:11
37:16 55:8,22
76:15,16 77:6,21
77:22 78:16
169:24 179:16
180:1 188:9
reviewers 138:5
182:22

reviewing 55:24
60:23 71:24 72:18
114:1 137:12,13
150:7 158:5
179:19,20,24
reviews 37:12 41:3
67:19 96:11,16
97:6 98:8,10
108:13 156:5,14
172:6,11
revisions 29:13
right 4:7 5:14
11:16,19 14:5
16:3,19 23:24
28:2,7 29:3,24
30:1,9 31:3,5,14
36:6,9,13 37:10,17
37:22 38:12,17,24
39:14,19 43:2,13
44:12 46:16 56:11
57:11 58:10,14
59:8,14 60:24
61:13,18,20,22
62:1,16 64:11,12
64:17 65:9,20
69:2,9 75:3 78:20
82:10 87:5 90:14
91:9 92:18 95:11
97:13 98:19 100:3
100:17 107:5,21
109:12 112:12
113:16 119:1
120:2 123:19,23
124:4,8,11 125:5,9
127:8 131:9 132:7
135:16 140:6
141:1,7,11 144:13
145:18 146:15
149:6 150:9
153:17 155:1
157:11 158:1

160:6,7,24 162:18
165:11 169:11,23
172:1 180:6
181:16,16 184:3
189:17
rights 68:21
180:16
rise 128:17 145:7
robust 118:10,13
role 20:2 23:11
68:20
roles 92:16
roster 59:24 60:3
rules 1:11 5:15
175:15 180:11,13
180:23 193:5
194:5
run 139:18

**s**

s 3:6,9 4:10 192:15
194:8,8 195:3
salma 1:6 2:17
10:8 185:16 192:6
193:3 194:3
satisfy 136:6,7
satisfying 96:18
save 23:17
saw 113:22,22,24
137:18,22 174:18
saying 35:16 99:5
139:20 150:19
152:9 166:12
167:22 175:3
says 8:4 61:17
80:14,15 81:11
96:10,15 100:9
104:10 109:6,21
121:13 122:13
127:16 143:16
148:11 164:23
170:7 178:3

**schedule** 10:18 20:10
**scheduled** 16:1
**scholarship** 93:16 93:18 100:13 102:21 133:6 135:8 159:3,9,13 162:5,10,20
**school** 17:21 33:20 48:11 64:24 89:13 104:12 135:12 136:18
**schools** 33:9 34:9 43:21 104:17 134:14 187:22
**science** 11:15,24 11:24
**sciences** 17:24 18:2,3 104:13 134:22
**scientists** 184:20
**scope** 18:1 89:5 103:12
**scoring** 103:16
**screen** 28:10 116:18,21 157:23 171:21 172:1 181:9
**seal** 191:20 193:15 194:21
**search** 27:12 36:5 36:7 103:23 172:9 172:24 174:23 176:7 179:13
**second** 12:14,18 22:3 61:14 62:9 69:15 80:17,19 127:14 130:6 131:2 143:16 151:10

**seconds** 121:5
**section** 31:23 60:22 92:19 96:6 96:10 97:4 99:16 108:10 169:9,10 169:24
**sections** 106:4
**sector** 12:19 19:15
**see** 7:22 28:9 29:19 43:9 44:1 60:19 67:24 72:16 79:15 80:22 81:1 81:2 85:23 90:10 96:5,12,19 97:5,11 97:18 105:14 109:9 111:22 116:19 117:1,7 118:20,20,23 121:11 122:18,23 125:4 127:12,20 127:23 128:8 137:1 143:21,24 145:15 148:15 158:2,10 159:15 170:6,10,16,17,18 171:22 172:1,4,15 172:21 176:3
**seeing** 116:21
**seek** 93:4,15 94:19 95:18
**seeking** 89:18 122:9
**seen** 20:14,17,23 22:24 31:15,17 103:4 113:20,21 117:6,10
**sees** 178:12
**segment** 19:7
**selection** 60:1
**send** 44:11 82:10 113:4

**sending** 44:10 53:15 54:18 79:1
**senior** 26:23 49:11
**sense** 62:24 151:23
**sent** 9:8 75:17 76:15 85:17,22 86:13 113:5
**sentence** 97:13 99:20 109:5 110:13 116:24 117:1 118:21 120:15 121:22 122:13,18,24 127:23 128:6 148:10,16 157:23 172:18
**sentences** 120:10 157:24 158:2
**serial** 121:1
**serve** 18:9,14 19:24 20:2 60:1,3 103:23,24 104:2 104:10,19 159:16 163:7,10,14
**served** 22:5
**serves** 103:10
**service** 25:10 100:13,22 103:7 103:22 104:20 133:6 147:18 158:1 159:2,11,16 162:8,17,17,20,21 163:6 165:13 167:5,13,15,19 168:9 169:11,17 170:2,8,12 172:7 172:12 187:8,13 187:17,20
**serving** 4:21
**set** 32:22 67:21 136:17,19 191:20

**seton** 4:22 15:7,9 15:21 16:3,23 17:1,8,20,22 18:23 22:6 27:8,12
**seven** 108:21 120:23
**severity** 127:18 136:23 137:14 138:6 143:19
**shades** 23:9 24:1
**shape** 63:16 67:9 103:17
**share** 48:8 115:5 116:18 171:21 181:8
**shared** 115:11 157:22
**sheep** 184:21
**sheet** 192:13 194:7 194:10,18 195:1
**short** 44:7 57:9 142:1 169:21 187:11 188:5
**shorthand** 1:14 191:23
**shortly** 28:5
**show** 6:8 54:10 80:3 109:3 119:21 156:22 175:21
**shown** 192:16
**shows** 109:6 121:23 122:22
**sick** 8:22
**side** 34:1
**sidestepped** 135:14
**sidestepping** 162:15
**sidetracked** 65:10
**signature** 189:21 190:5 191:23

[signature - stephanie]                                                                    Page 27

192:14
**signed** 193:13
  194:18
**significant** 129:8
  183:2,3,16,17
  184:8,12
**signing** 191:12
  192:19
**similar** 16:23
  158:21
**simple** 135:17
  165:11 178:9
**simply** 109:6,21
  122:23
**sincerely** 192:21
**sincerity** 74:8
**single** 134:20
**sir** 9:24 192:10
**situation** 66:7
  153:7
**six** 92:22 134:23
**size** 17:16 18:3,16
  144:2 145:4,21
  146:13,18
**skimming** 28:21
**skip** 129:1
**skipped** 128:23
  129:2
**skipping** 131:6
**slanted** 112:18,21
  116:11 118:2
**slanting** 117:15
  118:2
**slight** 159:15
**slightly** 18:1
**slow** 30:21
**smaller** 104:16
**smiling** 28:13
  171:24
**smith** 50:17

**snow** 65:1,7
**social** 104:13
**soft** 111:9
**sole** 135:5
**solely** 21:23
**solutions** 192:1
  195:1
**somebody** 39:5,6
  39:20,21 61:16
  118:17 120:10
  138:9 161:6,7,19
**somebody's** 42:18
  42:23
**soon** 179:2
**sorry** 9:2,15,16,24
  15:21 16:5,18
  18:18,19 24:15
  27:16 29:8 34:2
  35:12 41:6 44:17
  49:24 54:10 64:18
  64:22 65:2,10
  78:3,24 80:5,6
  82:4 84:22 85:1,7
  86:19 87:24 95:4
  98:5 102:11,12
  105:19 117:18
  124:2 129:1,10
  130:13 146:1
  153:13 169:14
  170:14 173:6,23
  175:17 176:24
  177:10 181:5,10
**sort** 24:8 121:20
  132:18
**sorts** 102:6
**sounds** 65:7
  141:23 176:17
**sources** 180:18
**speak** 24:19,23
  27:16 48:19 51:20
  51:24 67:22 87:13

87:17,20 89:16,20
  89:22 90:2,15,16
  90:17 129:20
  134:23 168:5
  180:23
**speaking** 48:4
  91:24 92:3
**special** 8:5
**specific** 32:23
  33:12 46:9 90:6
  104:12 106:4
  134:24 135:4
  151:11,18,20,22
  152:1,13 169:5
  172:14 173:1
  174:17,24 175:2
  177:9 179:14
**specifically** 108:15
**speculation** 47:5
  69:22 115:20
  128:20 148:1
  169:3
**speculative** 24:8
  70:2
**speeding** 186:10
  186:17
**spell** 4:8
**spelled** 38:22
  39:21 41:5 88:20
**spend** 32:21,24
  55:14,24 106:1,5
**spent** 71:24 106:3
  106:16,21 107:4
  188:23
**split** 157:8
**spoke** 58:17
**spoken** 9:14,17
  10:8 11:5
**ss** 191:1
**staff** 43:20 49:12
  54:17 80:20 81:3

87:13
**stand** 4:13
**standard** 103:11
  135:9,10 184:14
**standards** 161:18
  187:18
**standing** 59:18
**standpoint** 48:16
  69:7
**start** 28:23 38:6
  52:22 58:16 93:22
  110:17,18 117:12
  127:13 130:14
  160:12
**started** 13:3,5,14
  14:24 15:11 19:4
  28:3 57:13
**starting** 127:11
**starts** 40:2,6
**state** 1:14 4:7
  70:21 156:11
  157:6 191:1
  193:10 194:15
**stated** 81:13
  112:24 113:3
  166:3
**statement** 121:12
  121:13,14 193:13
  193:14 194:19,19
**statements** 172:10
**staten** 5:1
**states** 1:1,12 62:14
  62:18 186:9
**stating** 29:23
**statistic** 118:20
**stay** 19:14
**stenographically**
  191:7
**step** 17:8 61:24
**stephanie** 50:17

**steps** 133:3
**steve** 54:14,16
  80:20
**stieber** 2:13 3:11
  51:15,18 84:22
  86:2
**stop** 131:15
  144:22
**stoute** 3:9 54:14
  54:16 80:20 81:10
**straight** 13:8
  129:5
**street** 2:3 64:23
**strengths** 112:17
  123:10 146:9
  147:5,15,18
**stricken** 85:13
**strike** 17:7,7 38:6
  39:17 93:22 98:5
  117:12 124:2
  130:13 173:24
**strong** 159:23
**struggling** 46:18
  90:21 138:8,13
**stuck** 90:7
**student** 49:8 94:16
  102:1 109:8
  127:19 136:24
  137:14 138:6
  140:22 141:7
  143:19 156:20
  157:3,5,9
**students** 18:10,10
  19:6,7,8,20 21:12
  134:23
**studies** 12:1
**subcommittee**
  104:3
**subheading** 109:1
**subject** 86:24 87:3
  162:21

**submission** 130:18
  130:21
**submit** 67:2
  129:13
**submitted** 129:7
  130:8
**subscribed** 193:10
  194:14 195:21
**substance** 86:14
  87:6,18
**substantial** 112:8
  126:12,13,23
  127:2 156:8 163:8
  163:11
**substantiate**
  105:10
**substantive**
  108:11 132:10
  149:13,18,21,23
**substantively**
  186:23
**substitute** 89:11
  140:13 148:12
  170:12 176:22
**substituted** 148:19
  149:3,14 154:13
  155:7,14
**substituting**
  167:18 168:8
  187:2,19
**succeed** 99:8
**sueme** 58:4,11
**sufficient** 137:23
  138:1 187:17
**sufficiently** 88:13
**suggested** 46:17
**suggests** 110:14
**suite** 2:3,8 192:2
**sum** 39:19 56:1
**summarize** 59:4
  166:11

**summer** 51:19
**summit** 12:24
**superior** 192:1
**supervising** 33:6
**supplanted** 102:5
**supplemented**
  102:4
**support** 174:18
  177:5 178:3
**supported** 176:15
**supports** 155:6
  177:18
**supposed** 62:4,19
  89:3,10,11 90:8
  129:13,21,23
  132:3 133:5
  140:12,12 165:1
**sure** 6:3,11 9:4
  25:1 27:7 30:5
  31:8 32:1 37:24
  38:2 43:7 44:17
  58:9 65:22 72:16
  73:13 80:8 82:11
  83:8 84:1 85:3
  93:19 94:8,10
  98:22 99:6 106:3
  108:16 110:6,8
  114:15 115:1
  117:17 118:17
  127:14 128:4
  132:4,12 133:18
  134:13 136:5
  141:17 146:12
  157:15 158:14
  166:8 182:21
**survey** 141:20
**suspect** 92:12
**suzanne** 1:13
  191:3
**swear** 170:14

**sworn** 4:1,4 143:4
  191:5 193:10,13
  194:14,18 195:21
**sydney** 58:10,11
  185:4,12
**system** 103:17
  104:9
**systematic** 122:17
**systemic** 123:5

**t**

**t** 3:6 4:10
**tail** 179:12
**take** 5:4,24 6:2
  49:3 57:5 61:21
  84:9,14 92:18
  96:4 98:17 107:23
  108:3 116:13
  119:24 120:2,3
  141:15,22 148:6
  157:13 169:8,10
  169:15 171:15
  181:1 188:2
**taken** 1:13 4:15
  5:15 57:9 142:1
  169:21 188:5
**takes** 79:13 119:20
**talk** 5:24 33:11,19
  38:24 39:2 121:21
  121:22
**talked** 29:11 61:15
  152:22
**talking** 36:24 37:6
  39:2,4 47:10
  77:17 108:13
  116:2,3 143:13
  151:17,19 157:24
  162:17 164:8,9
**talks** 108:10
  119:17
**task** 90:20

tasked   90:19
150:3,7
taught   16:1 19:11
teach   16:2 19:4,22
20:9 68:24 69:2
teacher   137:9,12
137:21,22
teaching   13:14
14:11 16:15,18,18
16:21 19:4,5,16,17
20:1,8 24:20 25:9
100:13,21 102:1,6
108:12,14 109:8
110:21 118:10
120:8 123:11
128:15 133:6
138:22,23 140:5,9
140:13 145:14
146:8,10,16 147:4
147:6,16 148:15
148:21 149:6,10
154:15 155:10,16
156:4,8 159:2,12
tech   14:4,16 22:7
160:21 161:2
technology   116:19
157:18 171:22
tell   4:16 5:16 48:7
84:19 178:16
telling   28:14
149:22 177:15,20
ten   28:3 57:23
169:10,16,19,23
tend   33:23
tenure   21:14 24:4
25:1,6,13 26:1
31:22 34:11 35:2
36:11 37:18 38:12
39:3,5,10,21 40:11
40:21 42:10,16,18
42:24 58:18,19

61:16,17 65:23
66:7,9 67:15
69:12,19,20 77:3
77:10,13 78:13
81:8 88:3,10,12
95:2 96:11 97:5
97:16,24 99:17,23
100:9 103:21
110:22 124:7
125:9,12 126:16
127:1,6 130:7
150:10 151:6,6
152:8,8,23,24
156:15 158:7,18
158:20 160:4,6,9
160:11,18,23
161:4 162:12
181:4 185:4,7,10
185:12 187:14,15
187:17
tenured   21:13
25:15 40:3 42:3,6
42:8 60:6,7,10
61:5 94:11 95:12
120:5 121:15
160:24 182:10
term   43:23 118:2
163:9,11
terminal   61:22
127:7
terminate   35:1
terminated   37:2
terminating   36:10
39:1,2,5,9,10,20
terms   17:16,22
18:1 24:23 73:16
103:22 145:14
146:9 150:2
151:12 162:10
163:6 187:7

terribly   18:19
territory   46:19
testified   4:4 143:4
150:18 183:21
186:22 188:17
testify   8:12 191:5
testifying   8:8
testimony   9:15,18
11:3,6 36:12 53:7
68:3 130:3 131:11
131:15,17 143:10
150:23 191:10
193:6,7 194:6,9,12
thank   7:20 10:7
12:6,9 30:11
46:23 71:11 86:20
99:8 101:22
141:23,24 180:3
189:15,18,19
190:1
thanks   43:13
theater   103:3
therapy   103:4
thing   8:18 28:20
39:11 70:24
101:24 120:1
163:13 166:14
168:17
things   18:12 37:6
48:18 78:8 100:2
102:6 103:14
121:17 127:6
129:18 130:8
131:21 152:24
157:4
think   7:15 37:4,5
37:15 45:2 59:5
60:13 65:6,11
72:17 73:24 84:23
84:23 92:2 98:19
106:15 107:4

110:18 113:6
115:10 121:8
130:2 135:14
138:20 139:4,5
153:18 154:3,4
156:11 162:14
166:3 167:23
173:2,13 175:4
177:17 178:15,17
183:5,21 186:18
thinking   17:9
173:5
third   62:11,11
88:23 94:1 120:14
121:15 127:11,12
127:16 136:21
143:17 152:9
156:12
thirty   192:18
thorough   176:10
thought   19:3
28:14 110:11
124:7 144:11
153:23 166:15,19
166:20 167:23
177:5 179:7
thousand   43:24
three   11:18 22:2
25:9 37:1,12
58:11 62:5 68:10
88:20 89:3,4
90:20 100:12,15
120:9 124:6
132:13,13 133:8
133:22,24 134:16
134:18 135:2
157:8 170:5
171:22 173:7
178:24
tickets   186:10,17

**tied** 27:16
**tier** 133:23 134:1
  135:2
**tiers** 17:1
**ties** 93:14
**time** 5:6 13:10,23
  13:23 14:13 18:15
  23:17 25:5 29:12
  29:16 32:18,20,22
  32:23,24 33:3
  36:6 41:23,24
  45:9 50:13 51:13
  52:24 53:23 55:13
  55:23 56:4 60:20
  69:12 73:24 77:16
  78:7 81:16 92:1,4
  94:1 106:1,5,16,21
  108:20,22 117:20
  119:21 121:6
  127:3 131:19
  143:11 154:10
  159:3 176:16
  178:19,20 186:3
  187:11 188:23
  189:18
**timeline** 44:21
**timelines** 81:13
**times** 37:16 68:24
  86:10 144:18
  171:23 178:22
**title** 156:7
**titles** 13:19
**today** 7:22 8:9,22
  10:19 11:3 30:22
  31:18,21 108:21
  188:9 189:18
**today's** 8:24 9:6
  154:24
**told** 10:10 46:5
  50:23 51:6 99:4
  135:21 158:24

159:5 160:17
161:6,15,16,20,20
162:16,23,24
163:7,12 164:11
164:12 168:15,15
**tomorrow** 65:2
**tone** 111:9
**tongue** 27:16
**tons** 74:23
**top** 75:24 80:15,17
  80:18 154:19
**topic** 166:12
**topics** 33:13,19
  64:15
**track** 21:14 24:4
  25:13 26:1 36:11
  158:18,20 159:12
**tract** 35:2
**transcribed** 193:7
**transcript** 6:9
  109:3 152:6
  186:17 189:23
  192:11,12 193:5
  193:12 194:5,11
  194:17
**transmitted** 86:15
**transparency**
  109:7,24 110:16
  112:11,15,23
  114:6 115:2,5,15
  116:10 121:23
  122:22 132:7,9
**transparent** 115:4
  180:5
**traveling** 32:24
**treat** 25:20
**tried** 163:5 170:11
  187:8
**trouble** 115:3
**true** 5:20 22:1
  93:20 120:14

171:10 191:9
**trust** 60:21
**truth** 4:16 5:16
  93:4,15 94:19
  95:18 122:10
  191:6
**truthfully** 8:8,13
  100:1
**try** 6:17 23:12
  32:19 67:10 93:17
  99:7 116:19
  157:17 171:21
**trying** 6:10 45:24
  46:14 49:24 64:24
  65:3 115:1 130:23
  131:1,17 132:17
  132:19 144:23
  152:10 167:11
  171:11 175:8
  183:14,16 184:16
  186:19
**turn** 43:12,13
  99:13 104:22,23
  159:6
**twice** 5:10,12
**two** 5:7 19:22
  28:12 37:1,6,12
  38:1 56:20 69:16
  81:15 100:6,11,15
  102:18 107:11
  121:5 127:6 133:8
  135:5,6 150:2,17
  150:19 151:4
  157:23 158:2
  165:4 170:4
  177:12
**type** 103:5 144:9
  184:6
**types** 16:16 33:23
  102:18 104:20
  183:18

**typewriting** 191:8
**typical** 56:1
**typically** 33:12
  34:7,16,17 46:5
  59:6 102:4,20
  103:9 129:16
  134:17

**u**

**u.s.** 12:8
**ubpt** 3:13 38:15
  58:23 59:10,10
  88:2 89:17 90:16
  124:2,3,6 127:18
  129:5 131:21
  136:23 143:18
  157:2,6,7 182:8,11
**ubpt's** 77:24 89:23
  95:2
**uc** 13:6,7
**uh** 6:8,8,8 37:11
  46:24 54:9,10
  56:12 57:7 79:18
  79:18 80:2,3
  105:5 109:2,3
  132:16 175:20,21
**ultimately** 65:19
  66:8 150:9 152:2
**unaware** 104:9
**unbiased** 182:21
**uncomfortable**
  127:20 137:1
  141:9,10 143:20
**undergrad** 11:10
  100:18
**understand** 4:16
  5:16 6:15 7:9,10
  8:1 16:17 23:11
  25:1 36:11 44:4
  46:20 51:15 58:22
  78:18 94:8 110:6
  110:10,11 111:22

115:1 117:17
118:15 125:18,23
128:3 130:24
131:17 132:11,12
132:17,19 135:18
137:5 146:12
147:8 149:23
150:1 152:11
154:1,2 155:13
163:5 166:1
171:11 175:3
183:14,17
**understanding**
39:24 91:14 93:9
104:17 131:1
152:20
**understood** 6:21
152:7 160:3
**understoof** 122:1
**unduly** 175:14
**unfair** 158:7
**unfairly** 63:14
**unfortunately**
7:11,15
**unhappy** 59:1,15
**unit** 59:9 124:17
**united** 1:1,11
186:9
**units** 133:22
137:12,13
**universe** 154:2
**universities** 5:8
16:13,14,15,16
22:2
**university** 1:7
2:12 4:19,22,23
7:2,4 11:11,22
12:2,4,12 13:15,16
14:4,19 15:8,17,19
15:22 16:19 19:5
19:9 22:7 40:11

42:2 49:9 62:9
67:19 89:1,14
95:15,17 103:9,13
103:18 104:1
118:9 160:5,15,21
161:2 182:8 186:4
**unnecessarily**
121:6
**unpack** 129:10
**unsure** 58:13
124:20
**untenured** 21:14
24:4 25:13,24
35:2 36:10,22
37:8 39:1,3,9,10
94:12,18,19
**unusual** 134:22
**uphold** 173:22
**ups** 64:13
**use** 43:23 68:22
73:13 116:19
118:2 157:17
171:22

**v**

**v** 192:6 193:3
194:3
**vague** 16:6 17:10
20:18 21:6,17
22:15 23:4,15
24:7 25:16 26:3
27:1 35:4 39:13
45:19 47:4,5,14
49:20 50:5,24
51:9 52:7,14 53:3
57:17 58:5 68:14
69:21 70:14 72:8
73:22 75:11 80:11
91:11 94:5 104:5
105:21 106:18,18
107:12 110:3,23
115:16 117:22

119:3 122:4
128:19 134:8
153:2,21 164:17
165:15 169:3
**valid** 186:19,21
**value** 91:24 92:2
174:2
**variety** 47:5
**various** 33:7 37:18
148:14,21 149:5
154:15 155:9,16
**vary** 21:3
**venue** 63:11
**verbally** 63:15
70:19,23
**veritext** 192:1,7
195:1
**veritext.com.**
192:17
**version** 29:4,20
**versus** 33:4 167:19
168:9 170:12
**vetting** 65:12
**vice** 14:6 49:7,8,8
49:10,11
**victor** 160:5
**victoria** 13:15
19:9 22:8 160:16
**video** 43:12,14
**view** 123:9 137:11
138:1
**viewed** 176:5
**violate** 68:12
**violated** 126:9
**violation** 62:8
126:3,6 127:23
128:11,13,18,24
131:7,9 133:16
134:7 135:23
137:4,16 138:7,13
139:21 143:24

144:4,12 145:8,18
145:24 146:2,21
147:22 163:24
164:10,14 165:14
167:3,17 168:18
170:24 171:11,12
**violations** 105:11
125:17,21 126:23
**visiting** 13:21
**vocabulary** 37:7
39:4,7
**voice** 7:17 10:2
**volume** 10:4
104:19 127:18
136:23 137:14
138:6 143:18
**volunteer** 20:1
**vote** 38:15 42:10
124:7
**voted** 42:18,23
**vp** 42:5,11
**vpns** 79:13
**vs** 1:5

**w**

**wacker** 2:8
**wait** 31:7 34:12
63:17 169:13,13
169:13
**waiting** 53:21
**waived** 191:13
192:19
**walls** 79:12
**want** 6:11 23:15
28:20 29:20,21
31:7 43:11 46:20
73:9 107:23
108:19 110:10,11
111:21 114:19
121:5 131:18
136:20 141:21
150:1 151:14

152:6 154:1
155:12 176:4
179:3 189:22
**wanted** 41:22
125:24 176:18,19
176:21 177:2,5,9
177:22 178:2,3
**wants** 7:8 35:1
115:24
**washington** 2:3
**way** 17:9 21:11,12
21:13 22:9 24:3
30:10,15 43:23
46:2 50:1 60:22
63:16 66:6 67:9
67:18,21 79:13
92:10 102:7 103:7
103:17 104:3
106:15 112:19,21
116:11 120:16
132:2 139:1
154:20 172:23
174:3,9 175:7
184:17
**ways** 25:23 26:17
26:22 173:7
174:14
**we've** 61:15
108:20,21,21
153:17
**weaknesses**
112:17 123:11
147:15,18
**webster's** 26:13
**weekly** 10:17
33:11
**weeks** 81:15
**weigh** 183:7,19
**weighs** 38:19
**weight** 148:13,20
149:4 154:14

155:8,15 184:6
185:1
**weights** 184:16
**welcome** 179:4
**went** 13:8 14:19
15:7 43:21 57:12
58:15 121:17
129:4,6 160:11
166:20
**wermuth** 2:7 3:5
8:4 9:2 16:5 17:3
17:10,14 20:18
21:6,16 22:15
23:4,14,18 24:7,13
24:15 25:16 26:3
27:1 28:3 29:8,18
30:1,10,16,19,23
31:4,8 35:4 39:13
39:15 41:19 45:18
46:8,16 47:4,14,18
48:12 49:20 50:5
50:24 51:9 52:7
52:14 53:3,6 54:2
54:20 55:17 56:5
56:14,21 57:7,16
58:5 63:7,13,17
64:17,22 66:10
67:4,11 68:14,17
69:21 70:13,21
71:1,2 72:2,8,11
73:3,21,24 74:17
75:11 77:15 79:8
79:12,16,18 80:5
80:10 83:20 84:4
85:1,7,23 86:9,19
86:22 87:5,8 88:4
88:17 90:24 91:4
91:8,11 94:5 95:4
95:22 96:23 98:13
98:20 100:23
101:7,10,17 104:5

105:21 106:7,18
107:12,23 110:3
110:23 111:3,6,7
111:14,16,19
113:6,12 114:7,19
115:7,16,20 116:5
117:18,22 119:2
119:13 120:17
121:4 122:4
125:13 128:19
130:2 131:10,14
131:20 134:8
135:24 138:16
139:22 141:3,12
141:23 144:5,16
144:21 145:9
146:3,22 147:11
147:24 150:22
152:5 155:2
161:10,23 163:3
164:1,16 165:7,15
166:8 168:19,22
169:1,13,18 171:1
173:12 177:10,14
178:10,14,15,23
180:8 181:5,10
186:13 188:7,21
189:15,20 190:2
192:5
**wermuth's** 162:22
**west** 2:3
**whereof** 191:19
**wide** 25:4 103:13
**widely** 21:4
**wider** 18:2
**wife** 18:8,13,16
87:20
**willing** 60:1,3
**wind** 79:13
**windows** 154:23

**wise** 18:3
**wish** 7:16 143:9
**wishes** 26:11
**witness** 3:2 4:1,3
17:4,15 22:18
24:17,18 31:1
46:12,24 48:14
57:18 64:8,19
67:13 70:4,15
72:13 74:2 79:9
79:15 84:13 86:23
87:9 91:15 95:7
110:5 111:11
112:1,6 113:14
118:1 121:10
134:11 141:18,24
143:3 145:1 147:1
163:4 165:16
166:13 169:4
173:15 178:11,18
179:5 188:19
189:13,19 191:10
191:13,19 192:8
192:11 193:1,4,11
194:1,4,15
**witness'** 192:14
**wonderful** 7:12,13
8:18
**word** 159:23 172:9
172:20 174:20
**words** 6:8 68:1
128:8 173:1
174:17,24 175:1,2
175:5,16,18,19
176:15 179:15
**work** 11:17 25:23
28:11 33:6 72:6
74:22,23 75:9
86:5 94:14 102:23
103:12 155:1
159:1,6,10 162:5,6

162:7,8 174:10
**worked**  12:19
  72:18,19 83:5,5,13
  159:4
**working**  35:10
**world**  26:13
**worth**  60:21
**write**  83:19,19
  84:2
**writing**  83:10
**wrong**  110:9
  133:15,17 138:9
  138:10 183:22
**wrote**  83:3 99:20
  145:15,18 176:6

---

**x**

**x**  3:1,6 103:23
  161:15,16,20,21
  162:23 163:1
  164:12,13

---

**y**

**y**  103:24
**yeah**  11:1 16:10
  16:18 19:13 21:11
  21:15,22 24:19
  27:7,20,20 28:21
  30:19 34:4 35:17
  36:3,14 37:14
  43:19 48:6,15
  52:18 54:16 57:3
  57:19,22 61:2,3,5
  64:4 77:20 85:1,7
  86:22 87:8 91:4
  92:10,16 94:8
  101:14 104:9
  107:6 108:24
  109:4 112:3
  113:14 114:9
  115:10 116:17
  119:4,4,4,24

122:24 125:11
129:4 130:6
134:12 141:17
145:4 146:18
147:2 148:9 149:2
149:16 155:2
161:7,13 162:2,19
164:4,21 167:8
169:1,5 174:7,10
174:22 182:9
183:4 184:22
189:24
**year**  19:22 21:2
  32:5,23 43:19
  55:15 80:22
  113:22 114:1
  158:24 159:3,8,12
  160:11,12 161:16
  162:6,7 164:24
  165:2,2,5 168:16
  168:17
**yearly**  158:19
**years**  13:18 19:14
  20:16 21:1 37:1,2
  38:1 42:4 69:9
  160:8,16,18
  163:17
**yep**  97:12 156:10
  169:20
**yesterday**  10:18
**yielding**  26:10

---

**z**

**z**  104:1
**zoom**  1:9 6:3
  154:24

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.