UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LISA CALVENTE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | Case No.: 1:20-cv-03366 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| SALMA GHANEM and DEPAUL UNIVERSITY, | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE THE DEADLINE TO RESPOND TO DEFENDANTS' COMBINED MOTION FOR SUMMARY JUDGMENT**

1. Defendants do not object to Plaintiff's Motion to Continue Deadline to Response to the Defendants' Combined Motion for Summary Judgment [Dkt No.56] ("Motion to Continue Deadline"),[1] provided Defendants' deadline for filing Reply papers is likewise continued as set forth below.[2]

2. Given the two interceding holidays between Plaintiff's Response papers and Defendants' Reply papers, and DePaul's winter recess from December 23, 2021 through January 2, 2022, Defendants propose January 31, 2022 as the date for their Reply papers.

3. Further, Defendants seek clarification on the Court's November 17, 2021 Order. [Dkt. No. 42.] In granting Defendants' Motion to Exceed Page Limits and Statements of Fact, this Court ordered that "Plaintiff may similarly exceed the page and statement of fact limits when she

---

[1] Plaintiff argues merits and procedural issues in her Motion to Continue Deadline, at notes 1 and 2. Given that the Motion to Continue Deadline is not the appropriate vehicle for those arguments, Defendants will respond to those arguments in appropriate filings made by motion, or response or reply thereto as the case may be.

[2] Plaintiff did not confer with Defendants regarding this Motion to Continue Deadline.

files her response and cross motion on 12/10/21." Defendants understand this Order grants Plaintiff up to 30 pages in any Memorandum of Law in Support of her Cross Motion for Summary Judgment, if she files,[3] and up to 160 paragraphs in her 56.1(a) Statement of Undisputed Material Facts. What remains unclear to Defendants is the number of Local Rule 56.1(b) Statements of Additional Undisputed Material Facts (which is usually limited to 40), Plaintiff may file. Clarification from the Court on the 56.1(b) filing would be helpful.

Respectfully submitted,

By: */s/ Anneliese Wermuth*
       Attorney for Defendants, Salma Ghanem and
       DePaul University

Anneliese Wermuth (#6270970)
Nandini K. Sane
Cozen O'Connor
123 N. Wacker Drive, Ste. 1800
Chicago, IL 60606
Telephone:   312/474-7876
Email: awermuth@cozen.com
Email: nsane@cozen.com

---

[3] In her Motion to Continue Deadline, Plaintiff only seeks an extension on her Response to Defendants' Combined Motion for Summary Judgment. Defendants understand that as a result, any Cross Motion for Summary Judgment Plaintiff submitted by Plaintiff must still be filed by December 10, 2021, as set forth in the Court's current Scheduling Order [Dkt. No. 30].

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 22, 2021 she electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of Illinois using the ECF system, which will send notification of such filing to the following counsel of record:

>Fitzgerald T. Bramwell
>Law Offices of Fitzgerald Bramwell
>77 West Wacker Drive, Suite 4500
>Chicago, IL 60601
>bramwell@fitzgeraldbramwell.com

>s/ *Anneliese Wermuth*
>Anneliese Wermuth