IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| Lisa Calvente )<br>   Plaintiff, )<br>v. )<br>)<br>Salma Ghanem, and )<br>DePaul University )<br>   Defendants. )<br>_____) | No. 20-cv-3366 |

**Lisa Calvente's Motion For Partial Summary Judgment**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Lisa Calvente ("Dr. Calvente"), respectfully moves for summary judgment on questions of liability on counts I-I of her Complaint and Jury Demand, filed at Docket No. 1 in the above captioned case. In support of this motion, Dr. Calvente submits a memorandum of law, a state of undisputed facts as required by Rule 56.1 of this Court's Local Rules, and supporting exhibits.

Ms. Kotoklo reserves the right to present all remaining questions (including questions of liability and damages on counts III-VI of her Complaint and Jury Demand, and damages on counts I-II) to the jury.

Respectfully submitted,           */s/ Fitzgerald T. Bramwell*
December 23, 2021             Fitzgerald T. Bramwell
                    LAW OFFICES OF FITZGERALD BRAMWELL
                    77 West Wacker, Suite 4500
                    Chicago, Illinois 60601
                    312-924-2884 (voice)
                    bramwell@fitzgeraldbramwell.com

**Certificate of Service**

The undersigned, an attorney, certifies that on December 23, 2021, he caused the foregoing Lisa Calvente's Motion For Partial Summary Judgment to be electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system. Accordingly, service will be accomplished through CM/ECF on the following counsel of record:

Anneliese Wermuth, Esq.
Cozen O'Connor, P.C.
123 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
awermuth@cozen.com
*Counsel for Defendants*

                */s/ Fitzgerald T. Bramwell*
                Fitzgerald T. Bramwell
                **LAW OFFICES OF FITZGERALD BRAMWELL**
                77 West Wacker, Suite 4500
                Chicago, Illinois 60601
                312-924-2884 (voice)
                bramwell@fitzgeraldbramwell.com